# EXHIBIT 1

The
**Hanover**
Insurance Group.

OBCD394506     1308875

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL   60477

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL   60477

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL   60477

**The**
**Hanover**
Insurance Group.

OBCD394506     1308875

Dear Policyholder:

    As your local independent agent and on behalf of the employees of The Hanover Insurance Group from coast to coast, thank you for placing your insurance coverage with us.

    Since 1852 Hanover has provided quality insurance protection for businesses large and small. Today, nearly a million people insure their automobiles, homes, boats, businesses and more with one of Hanover's fine companies.

    Hanover has a very simple corporate goal: To provide affordable insurance to responsible safety-minded customers - customers like you. We are proud of the excellent rating Hanover has earned within our industry and of their reputation for treating customers responsibly.

    Your renewal policy has been prepared with care. Please take time to review it, including your new Declarations Page which illustrates your coverage selections and limits of protection. If you have any questions, please contact us.

Sincerely,

The
**Hanover**
Insurance Group™

OBCD394506        1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The Hanover Insurance Group.

OBCD394506      1308875

# IMPORTANT INFORMATION ABOUT YOUR INSURANCE COMPANY

The Home Office address for the Insurance Company shown on the policy Declarations page is:

**Allmerica Financial Alliance Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**Allmerica Financial Benefit Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**Campmed Casualty & Indemnity Company, Inc.**
(A Stock Company)
12100 Sunset Hills Road, Suite 300
Reston, VA 20190-3295

**Citizens Insurance Company of America**
(A Stock Company)
808 North Highlander Way
Howell, MI 48843-1070

**Citizens Insurance Company of Illinois**
(A Stock Company)
333 West Pierce Road, Suite 300
Itasca, IL 60143-3114

**Citizens Insurance Company of the Midwest**
(A Stock Company)
9229 Delegates Row, Suite 100
Indianapolis, IN 46240-3824

**Citizens Insurance Company of Ohio**
(A Stock Company)
1300 East 9th Street, Suite 1010
Cleveland, OH 44114-1506

**The Hanover American Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**Hanover Lloyds Insurance Company**
(A Texas Lloyd s Plan Company)
440 Lincoln Street
Worcester, MA 01653-0002

**Massachusetts Bay Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**The Hanover New Jersey Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002

**Verlan Fire Insurance Company**
(A Stock Company)
440 Lincoln Street
Worcester, MA 01653-0002



OBCD394506    1308875

THIS NOTICE IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT, AS AMENDED. THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THIS POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

## NOTICE - ACCEPTANCE OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM

### Schedule

| Disclosure of Premium: | |
|---|---|
| Total Terrorism Premium | $   575.00 |
| Fire Following Premium | $   330.00 |
| Other than Fire Following Premium | $   220.00 |

Coverage for "acts of terrorism," as defined in Section 102(1) of the Terrorism Risk Insurance Act ("Act") is included in your policy. You are hereby notified that under the Act, as amended in 2015, the definition of "act of terrorism" is:

> Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The **Hanover**
Insurance Group

OBCD394506        1308875

# ILLINOIS INQUIRY NOTICE

In accordance with Illinois statute 215 ILCS 5/143c, the following information is provided:

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following:

The Hanover Insurance Company, Massachusetts Bay Insurance Company, Citizens Insurance Company of America, Citizens Insurance Company of Midwest, Citizens Insurance Company of Illinois, Allmerica Financial Benefit Insurance Company, Allmerica Financial Alliance Insurance Company and The Hanover American Insurance Company, complaint department for policies written through agencies located in the state of Illinois is:

**Complaint Department**
**The Hanover Insurance Group**
**333 W. Pierce Road**
**Suite 300**
**Itasca, Illinois 60143**
**1-800-685-5669**

The address of the Consumer Division or Public Services Section of the Illinois Department of Insurance is:

**Illinois Department of Insurance**
**Consumer Division or Public Services Section**
**320 W. Washington Street**
**Springfield, Illinois 62767**
**Or**

**Illinois Department of Insurance**
**Consumer Division or Public Services Section**
**122 S Michigan Ave 19th Floor**
**Chicago, IL 60603**
**1-312-814-2420**

**Or**

**http://insurance.illinois.gov**

**The Hanover**
Insurance Group.
OBCD394506    1308875

THIS NOTICE IS PROVIDED IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS NOTICE DOES NOT GRANT COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF COVERAGE UNDER THE POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**Schedule**

| Disclosure of Premium: | |
| --- | --- |
| Total Terrorism Premium | $ 575.00 |
| Fire Following Premium | $ 330.00 |
| Other than Fire Following Premium | $ 220.00 |

**Disclosure of Terrorism Coverage Available**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism" defined in Section 102(1) of the Act as follows:

Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

The premium charged for this coverage is provided in the Schedule above and does not include any charges for the portion of loss that may be covered by the Federal Government as described below.

Your policy may contain other exclusions which could affect your coverage, such as an exclusion for Nuclear Events or Pollution. **Please read your policy carefully**.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In your state, a terrorism exclusion makes an exception for (and therefore provides coverage for) fire losses resulting from an act of terrorism. If you reject the offer of terrorism coverage, therefore, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is shown in the Schedule above.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**Rejection of Terrorism Insurance Coverage**

☐ I decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

---

Applicant/Policyholder Signature

CITIZENS INSURANCE COMPANY OF AMERICA

---

**Print Name**

**Insurance Company**

OBC-D394506-01

---

**Quote or Policy Number**

**Date**

The Hanover Insurance Group

OBCD394506 1308875

# Customer Notice of Privacy Policy and Producer Compensation Practices Disclosures

## Privacy Policy Disclosure

Collection of Information

We collect personal information so that we may offer quality products and services. This information may include, but is not limited to, name, address, Social Security number, and consumer reports from consumer reporting agencies in connection with your application for insurance or any renewal of insurance. For example, we may access driving records, insurance scores or health information. Our information sources will differ depending on your state and/or the product or service we are providing to you. This information may be collected directly from you and/or from affiliated companies, non-affiliated third parties, consumer reporting agencies, medical providers and third parties such as the Medical Information Bureau.

We, and the third parties we partner with, may track some of the web pages you visit through cookies, pixel tagging or other technologies. We currently do not process or comply with any web browser's "do not track" signals or similar mechanisms that request us to take steps to disable online tracking. For additional information regarding online privacy, please see our online privacy statement, located at www.hanover.com .

Disclosure of Information

We may disclose non-public, personal information you provide, as required to conduct our business and as permitted or required by law. We may share information with our insurance company affiliates or with third parties that assist us in processing and servicing your account. We also may share your information with regulatory or law enforcement agencies, reinsurers and others, as permitted or required by law.

Our insurance companies may share information with their affiliates, but will not share information with non-affiliated third parties who would use the information to market products or services to you.

Our standards for disclosure apply to all of our current and former customers.

Safeguards to Protect Your Personal Information

We recognize the need to prevent unauthorized access to the information we collect, including information held in an electronic format on our computer systems. We maintain physical, electronic and procedural safeguards intended to protect the confidentiality and integrity of all non-public, personal information, including but not limited to social security numbers, driver's license numbers and other personally identifiable information.

Internal Access to Information

Access to personal, non-public information is limited to those people who need the information to provide our customers with products or services. These people are expected to protect this information from inappropriate access, disclosure and modification.

Consumer Reports

In some cases, we may obtain a consumer report in connection with an application for insurance. Depending on the type of policy, a consumer report may include information about you or your business, such as:

- character, general reputation, personal characteristics, mode of living;
- credit history, driving record (including records of any operators who will be insured under the policy); and/or
- an appraisal of your dwelling or place of business that may include photos and comments on its general condition.

Access to Information

Upon written request, we will inform you if we have ordered an investigative consumer report. You have the right to make a written request within a reasonable period for information concerning the nature and scope of the report and to be interviewed as part of its preparation. You may obtain a copy of the report from the reporting agency and, under certain circumstances, you may be entitled to a copy at no cost.

You also may review certain information we have about you or your business in our files. To review information we maintain in our files about you or your business, please write to us, providing your complete name, address and policy number(s), and indicating specifically what you would like to see. If you request actual copies of your file, there may be a nominal charge.

We will tell you to whom we have disclosed the information within the two years prior to your request. If there is not a record indicating that the information was provided to another party, we will tell you to whom such information is normally disclosed.

There is information that we cannot share with you. This may include information collected in order to evaluate a claim under an insurance policy, when the possibility of a lawsuit exists. It may also include medical information that we would have to forward to a licensed medical doctor of your choosing so that it may be properly explained.

Correction of Information

If after reviewing your file you believe information is incorrect, please write to the consumer reporting agency or to us, whichever is applicable, explaining your position. The information in question will be investigated. If appropriate, corrections will be made to your file and the parties to whom the incorrect information was disclosed, if any, will be notified. However, if the investigation substantiates the information in the file, you will be notified of the reasons why the file will not be changed. If you are not satisfied with the evaluation, you have the right to place a statement in the file explaining why you believe the information is incorrect. We also will send a copy of your statement to the parties, if any, to whom we previously disclosed the information and include it in any future disclosures.

Our Commitment to Privacy

In the insurance and financial services business, lasting relationships are built upon mutual respect and trust. With that in mind, we will periodically review and revise our privacy policy and procedures to ensure that we remain compliant with all state and federal requirements. If any provision of our privacy policy is found to be non-compliant, then that provision will be modified to reflect the appropriate state or federal requirement. If any modifications are made, all remaining provisions of this privacy policy will remain in effect. For more detailed information about our customer privacy policy (including any applicable state-specific policies) and our online privacy statement, visit our Web site, located at www.hanover.com .

Further Information

If you have questions about our customer privacy policy (including any applicable state-specific policies) or our online privacy statement, or if you would like to request information we have on file, please write to us at our Privacy Office, N435, The Hanover Insurance Group, Inc., 440 Lincoln Street, Worcester, MA 01653. Please provide your complete name, address and policy number(s). A copy of our Producer Compensation Disclosure is also available upon written request addressed to the attention of the Corporate Secretary, N435, The Hanover Insurance Group, 440 Lincoln Street, Worcester, MA 01653.

## Producer Compensation Disclosure

Our products are sold through independent agents and brokers, often referred to as "Producers." We may pay Producers a fixed commission for placing and renewing business with our company. We may also pay additional commission and other forms of compensation and incentives to Producers who place and maintain their business with us. Details of our Producer compensation practices may be found at www.hanover.com .

This notice is being provided on behalf of the following Hanover Companies: The Hanover Insurance Group, Inc. - Allmerica Financial Alliance Insurance Company - Allmerica Financial Benefit Insurance Company - Allmerica Plus Insurance Agency, Inc. - Citizens Insurance Company of America - Citizens Insurance Company of Illinois - Citizens Insurance Company of the Midwest - Citizens Insurance Company of Ohio - Citizens Management, Inc. - AIX Ins. Services of California, Inc.- Campania Insurance Agency Co. Inc. - Campmed Casualty & Indemnity Co. Inc. - Chaucer Syndicates Limited- Educators Insurance Agency, Inc.- Hanover Specialty Insurance Brokers, Inc. - The Hanover American Insurance Company - The Hanover Insurance Company - The Hanover New Jersey Insurance Company - The Hanover National Insurance Company - Hanover Lloyd's Insurance Company - Massachusetts Bay Insurance Company - Opus Investment Management, Inc. - Professionals Direct Insurance Services, Inc. -Professional Underwriters Agency, Inc. - Verlan Fire Insurance Company - Nova Casualty Company - AIX Specialty Insurance Company.

OBCD394506    1308875



# Your Avenues
# Businessowners Insurance Policy

The **Hanover**
Insurance Group.

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS RENEWAL DECLARATIONS

07

RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Policy Period:  Beginning and Ending at 12:01 a.m. Standard Time at the Location of the Described Premises.**

**Business Type:**  ASSOCIATION.

**Mortgagee/Loss Payable:**

SEE ADDITIONAL INTEREST SCHEDULE

**Business of the Named Insured:**
CONDOMINIUM.

In consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the Schedule below and with respect to those coverages and kinds of property for which a specific Limit of Insurance is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof:

## LOCATION SCHEDULE

**Described Premises:**

NO. 001 000    40 S ASHLAND AVE, LA GRANGE, IL  60525

| SECTION I - PROPERTY | LIMITS OF INSURANCE | | | | | |
|---|---|---|---|---|---|---|
| | Loc No  001 | Bldg No 000 | Loc No | Bldg No | Loc No | Bldg No |
| **Deductible Amount** | $        2,500 | | $ | | $ | |
| **Building Amount Valuation** | $   10,000,000          RC | | | | | |
| **Business  Personal Property Valuation** | NOT COVERED | | | | | |
| **Business Income** | ACTUAL BUSINESS LOSS SUSTAINED NOT EXCEEDING 12 CONSECUTIVE MONTHS | | | | | |
| **Business Income Waiting Period** | Excluded / None / 24 hours / 48 hours /72 hours  24 HOURS | | | | | |
| **SECTION II - LIABILITY** | LIMITS OF INSURANCE | | | | | |

**Liability and Medical Expenses Limits of Insurance:**

Except for Damage to Premises Rented to You,  each paid claim for the following coverages reduce the Amount of Insurance we provide during the applicable annual  period.  Please refer to **SECTION II - LIABILITY, D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE,** paragraph **4.** of the Businessowners Coverage Form.

| Liability and Medical Expenses Limit | $ 1,000,000 | Per Occurrence | $ 2,000,000 | Aggregate |
|---|---|---|---|---|
| **Medical Expenses** | $     10,000 | **Each Person** | | |
| **Damage to Premises Rented to You** | $    300,000 | **All Perils** | | |

Date Issued: 09/05/2018          ORIGINAL/INSURED          Payment Type:  DIRECT BILL

GROUP NAME: GENERAL ACCOUNTS          GROUP NUMBER:  ZJA

**391-1002 08 16**

**The Hanover Insurance Group.**

## BUSINESSOWNERS DECLARATION
### BUSINESSOWNERS RENEWAL DECLARATIONS

07

RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Additional Property Coverages and Extensions:**
See attached Schedule for Additional Coverages provided for under this Policy.

**Additional Liability Coverages:**  General Liability Broadening Endorsement
**General Liability Class**: 62003
**Description**:  CONDO ASSN:RESIDENTIAL 11 - 30 UNITS
**Liability Exposure**:        17         UNITS

**Policy Forms, Endorsements and Optional Coverages Attached:**
See Forms and Endorsements Schedule

```
TOTAL BOP COVERAGE PREMIUM:                              $6,880.00
BOP TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) $ 550.00
     OTHER THAN FIRE FOLLOWING                         $  220.00
      FIRE FOLLOWING                                   $  330.00
TOTAL UMBRELLA COVERAGE PREMIUM:                         $450.00
UMB TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) $  25.00
TOTAL POLICY PREMIUM IS:                                 $7,330.00
```

**Countersigned this _____ Day of _____**

_____
**Authorized Representative**

**This Declarations Page with the Policy Contract, Forms and Endorsements, if any,
Complete the Policy.**

Date Issued:  09/05/2018          ORIGINAL/INSURED          Payment Type: DIRECT BILL

The
**Hanover**
Insurance Group

# ADDITIONAL INTEREST SCHEDULE

## BUSINESSOWNERS RENEWAL DECLARATIONS

07

RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Name And Address | Interest Type | Location | Building |
|---|---|---|---|
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | MORTGAGEE | 0 0 1 | 0 1 |
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | SECOND MORTGAGEE | 0 0 1 | 0 1 |

Form   391-1014 (7-99)
Date Issued:  09/05/2018                    ORIGINAL/INSURED

**The Hanover Insurance Group**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS RENEWAL DECLARATIONS**

07          RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL 60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| DEBRIS REMOVAL | NONE | $25,000 | N/A | $25,000 |
| PRESERVATION OF PROPERTY | NONE | 90 DAYS | N/A | 90 DAYS |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $25,000 | N/A | $25,000 |
| POLLUTANT CLEAN-UP AND REMOVAL | NONE | $25,000 | N/A | $25,000 |
| MONEY ORDERS AND COUNTERFEIT MONEY | $500 | $5,000 | N/A | $5,000 |
| FORGERY OR ALTERATION | $500 | $25,000 | N/A | $25,000 |
| GLASS EXPENSES | $250 | INCLUDED | N/A | INCLUDED |
| REWARDS ARSON, THEFT AND VANDALISM | NONE | $10,000 | N/A | $10,000 |
| TENANT SIGNS | $500 | $5,000 | N/A | $5,000 |
| FIRE PROTECTION EQUIPMENT RECHARGE | NONE | $25,000 | N/A | $25,000 |
| INSTALLATION FLOATER | $1,000 | $5,000 | N/A | $5,000 |
| FINE ARTS | $500 | $10,000 | N/A | $10,000 |
| FENCE AND WALLS | SEE BUILDING AND CONTENTS DEDUCTIBLE | INCLUDED | N/A | INCLUDED |
| SALES REPRESENTATIVE SAMPLES | $1,000 | $5,000 | N/A | $5,000 |
| LEASEHOLD INTEREST (TENANT'S ONLY) | NONE | $10,000 | N/A | $10,000 |
| UNAUTHORIZED BUSINESS CREDIT CARD USE | NONE | $5,000 | N/A | $5,000 |
| UTILITY SERVICES | | | N/A | |
| DIRECT DAMAGE | $500 | $10,000 | N/A | $10,000 |
| BUSINESS INCOME | 24 HOURS | $5,000 | N/A | $5,000 |
| DEFERRED PAYMENTS | NONE | $5,000 | N/A | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | | 180 DAYS | N/A | 180 DAYS |
| BUILDINGS | $500 | $1,000,000 | N/A | $1,000,000 |
| PERSONAL PROPERTY | $500 | $500,000 | N/A | $500,000 |
| BUSINESS INCOME AND EXTRA EXPENSE | SEE WAITING PERIOD | $250,000 | N/A | $250,000 |
| OUTDOOR PROPERTY - TREES, SHRUBS AND PLANTS-$1,000 EACH ITEM | $500 | $10,000 | N/A | $10,000 |

Form  391-1018  (7-02)
Date Issued:  09/05/2018

**The Hanover Insurance Group**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS RENEWAL DECLARATIONS**

07 RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL 60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| PERSONAL EFFECTS | $500 | $10,000 | N/A | $10,000 |
| INVENTORY AND LOSS APPRAISAL | NONE | $10,000 | N/A | $10,000 |
| KEY REPLACEMENT AND LOCK REPAIR | NONE | $1,000 | N/A | $1,000 |
| APPURTENANT STRUCTURE | $500 | $50,000 | N/A | $50,000 |
| PERSONAL PROPERTY IN TRANSIT | $1,000 | $10,000 | N/A | $10,000 |
| EXTENDED BUSINESS INCOME | | 30 DAYS | N/A | 30 DAYS |
| EMPLOYEE THEFT INCLUDING ERISA COMPLIANCE | $1,000 | $10,000 | N/A | $10,000 |
| COMMERCIAL TOOLS AND SMALL EQUIP | $500 | $5,000 | N/A | $5,000 |
| PERSONAL PROPERTY OFF PREMISES | $1,000 | $50,000 | N/A | $50,000 |
| BUSINESS INCOME FROM DEPENDENT PROPERTIES | 72 HOURS | $5,000 | N/A | $5,000 |
| TERRORISM | SEE BUILDING AND CONTENTS DEDUCTIBLE | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED | N/A | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED |
| INTERRUPTION OF COMPUTER OPERATIONS | SEE WAITING PERIOD | $10,000 | N/A | $10,000 |
| BUSINESS PERSONAL PROPERTY TEMPORARILY IN PORTABLE STORAGE UNITS | $500 | $25,000 | N/A | $25,000 |
| CIVIL AUTHORITY | 72 HOURS | 4 WEEKS | N/A | 4 WEEKS |
| COMPUTER AND FUNDS TRANSFER FRAUD | $500 | $5,000 | N/A | $5,000 |
| LIMITED COVERAGE FOR FUNGI, WET ROT, OR DRY ROT | $500 | $50,000 | N/A | $50,000 |
| PAVED SURFACES | $500 | $25,000 | N/A | $25,000 |
| TENANT BUILDING COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |
| TENANT BUSINESS PERSONAL PROPERTY COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |

Form 391-1018 (7-02)
Date Issued: 09/05/2018

The **Hanover** Insurance Group.

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS RENEWAL DECLARATIONS**

07        RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| THEFT OF TELEPHONIC SERVICES | $500 | $25,000 | N/A | $25,000 |
| UNDERGROUND PIPES | $500 | INCLUDED | N/A | INCLUDED |

Form  391-1018  (7-02)
Date Issued:  09/05/2018

The Hanover Insurance Group.

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS
## BUSINESSOWNERS RENEWAL DECLARATIONS

07        RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

Named Insured and Address

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

Agent

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Loc. No. | Bldg. No. | Deductible Amount | Amount Included | Additional Amount | Total Limit |
|---|---|---|---|---|---|---|
| ORDINANCE OR LAW | 001 | 000 | NONE | $5,000 | $1,789,260 | $1,794,260 |
| COMPUTER EQUIPMENT | | | $500 | $35,000 | N/A | $35,000 |
| COMPUTER EQUIPMENT EXTRA   EXPENSE | | | NONE | $5,000 | N/A | $5,000 |
| ELECTRONIC VANDALISM | | | $500 | | | |
|   OCCURRENCE LIMIT | | | | $10,000 | N/A | $10,000 |
|   AGGREGATE LIMIT | | | | $10,000 | N/A | $10,000 |
| VALUABLE PAPERS AND RECORDS   (OTHER THAN ELECTRONIC DATA) | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| ACCOUNTS RECEIVABLE | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| MONEY AND SECURITIES | | | $500 | | | |
|   ON PREMISES | | | | $10,000 | N/A | $10,000 |
|   OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| EQUIPMENT BREAKDOWN | | | $2,500 | INCLUDED | N/A | INCLUDED |
| PROTECTIVE DEVICES CREDIT | | | | | | |
|   AUTOMATIC SPRINKLER SYSTEM | | | | YES | | |
|   AUTOMATIC FIRE ALARM | | | | YES | | |
|   CENTRAL STATION SECURITY | | | | NO | | |
| COLLAPSE | | | $500 | INCLUDED | N/A | INCLUDED |

Form  391-1018A (9-04)
Date Issued:  09/05/2018

**The Hanover Insurance Group**

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS RENEWAL DECLARATIONS

07

RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL 60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

## Forms and Endorsements Schedule

| Form Number | Edition Date | Description |
|---|---|---|
| 391-1389 | 08/16 | DELUXE SILVER BROADENING |
| 421-0037 | 07/02 | LEAD POISONING LIABILITY EXCLU |
| 391-1005 | 08/16 | EMPLOYEE BENEFITS LIAB OCCUR |
| 391-2012 | 08/16 | IL CONDO, CO-OP, ASSOC D AND O |
| BP0517 | 01/06 | EXC - SILICA OR SILICA DUST |
| 391-1063 | 08/16 | CONDO D AND O INS EXC DELETE |
| 391-1890 | 06/15 | CONDO D&O - IL CHANGES |
| BP0404 | 01/10 | HIRED AUTO NON-OWNED AUTO LIAB |
| 401-1127 | 01/15 | TERRORISM ACCEPTANCE OF COVG |
| 391-1114 | 01/15 | CAP ON LOSSES FROM TERRORISM |
| 391-1313 | 01/15 | EXCLUSION OF PUNITIVE DAMAGES |
| 391-1966 | 08/16 | IL CONDO ASSOC COV |
| 391-1006 | 08/16 | LIABILITY SPECIAL BROADENING |
| 391-1390 | 08/16 | CONDO EXTENSION ENDORSEMENT |
| BP0417 | 01/10 | EMPLYMT RELATED PRACTICES EXCL |
| 231-0475 | 06/89 | PILR NOTICE |
| 391-1003 | 08/16 | BUSINESSOWNERS COVERAGE FORM |
| BP0643 | 04/06 | IL CHANGES - DEFENSE COSTS |
| 391-1901 | 06/18 | ILLINOIS CHANGES |
| 421-0022 | 07/02 | ASBESTOS EXCLUSION |
| 391-1102 | 08/16 | EXCL - FUNGI OR BACTERIA LIAB |
| 331-0053 | 08/16 | ILLINOIS INQUIRY NOTICE |
| 391-1375 | 01/10 | AMEND LIMITS PERSONAL AND ADV |
| 401-1374 | 01/15 | DISCLOSURE PURSUANT TO TRIA |

Form 391-1016 (7-99

Date Issued: 09/05/2018                    ORIGINAL/INSURED

The Hanover Insurance Group.

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS RENEWAL DECLARATIONS

07

RENEWAL OF OBC D394506

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL 60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

## Forms and Endorsements Schedule

| Form Number | Edition Date | Description |
|---|---|---|
| BP1203 | 01/10 | LOSS PAYABLE PROVISIONS |
| 391-1738 | 08/16 | EARTH MOVEMENT COVERAGE |
| 391-1739 | 10/13 | EARTH MOVEMENT SCHEDULE |
| 391-1742 | 10/13 | FLOOD COVERAGE |
| 391-1743 | 10/13 | FLOOD SCHEDULE |

Form 391-1016 (7-99

Date Issued: 09/05/2018

ORIGINAL/INSURED

**Hanover** Insurance Group.

| RENEWAL OF POLICY |
|---|
| **COMMERCIAL UMBRELLA POLICY** |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE
FORM(S) COMPLETE THE BELOW NUMBERED POLICY

POLICY NUMBER: OBC-D394506-01

DECLARATIONS

| **Named Insured and Address** (No., Street, Town, County, State) | **Agent** |
|---|---|
| 40 S ASHLAND CONDO. ASSOC.<br>C/O CARDINAL PROPERTY MGMT<br>PO BOX 757<br>TINLEY PARK, IL 60477 | 130887500<br>ASSOCIATED AGENCIES, INC.<br>TOWER 3, SUITE 700<br>1701 GOLF ROAD<br>ROLLING MEADOWS, IL 60008 |

**Policy Period:** (Month, Day, Year)

From 10/15/2018     To 10/15/2019
12:01 AM, standard time at the address of the Named Insured as stated herein.

Form of Business:

☐ Individual    ☐ Partnership    ☐ Corporation    ☐ Limited Liability Company
☒ Organization (Other than Partnership, Joint Venture, or Limited Liability Company)

**Business Description:**
**CONDOMINIUM.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS PREMIUM MAY
BE SUBJECT TO AUDIT.

**Limit of Liability (Section III)**

| | |
|---|---|
| **Each Occurrence Limit** | $ 1,000,000 |
| **General Aggregate Limit** | $ 1,000,000 |
| **Product Completed Operations Aggregate Limit** | $ 1,000,000 |

**Retained Limit**     **Self-Insured Retention**     $ NIL

**Premium Computation**

| | | |
|---|---|---|
| **Annual Premium** | $ | 450.00 |
| **Advance Premium** | $ | 450.00 |

**Endorsements:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CU2130 | 01/15 | CU2156 | 06/06 | CU2136 | 01/15 | 473-2207 | 08/16 | 473-1178 | 12/09 | 473-0004 | 10/05 |
| CU0004 | 05/09 | 473-0016 | 10/05 | 473-0023 | 10/05 | 473-0040 | 10/05 | CU0200 | 12/07 | CU0001 | 12/07 |
| 473-2194 | 08/16 | CU2123 | 02/02 | 473-2211 | 10/16 | CU2125 | 12/01 | CU2255 | 09/00 | CU2127 | 12/04 |
| CU2150 | 03/05 | IL0017 | 11/98 | CU2436 | 12/05 | IL0162 | 09/08 | 473-1125 | 02/09 | CU2186 | 05/14 |

☐ PRE PAID - the total annual premium is due at inception.

☐ HANOCASH - the annual premium is payable according to the term of the Hanocash endorsement
attachment

☐ ACCOUNT BILL    ☒ DIRECT BILL    ☐ Annual    ☐ Semi-Annual    ☐ Other
Audit period: Non Auditable Unless indicated by ☐ Annual ☐ Semi-Annual ☐ Other
If you cancel this policy, we shall receive and retain not less than $ as a policy minimum
premium.

473-1102 1108

**Hanover** Insurance Group.

OBCD394506    1308875

## SCHEDULE A - SCHEDULE OF UNDERLYING POLICIES

**Insured:** 40 S ASHLAND CONDO. ASSOC.

**Effective on and after: 10/15/2018 , 12:01 AM Standard Time**

**This schedule is part of Policy Number:** OBC-D394506-01

| CARRIER, POLICY NUMBER & PERIOD | TYPE OF POLICY | APPLICABLE LIMITS OR AMOUNT OF INSURANCE |
|---|---|---|
| (a)Carrier:<br><br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Commercial General Liability<br>X Non-owned & Hired Autos | $ 1,000,000 Each Occurrence<br>$ 2,000,000 General Aggregate<br>$ 2,000,000 Product/Compl eted Operations Aggregate |
| (b) Carrier:<br><br>Policy Number:<br>Policy Period: | Comprehensive Automobile Liability | Bodily Injury and Property Damage Liability Combined<br>$ Each Accident<br>Bodily Injury<br>$ Each Person<br>$ Each Accident<br>Property Damage<br>$ Each Accident |
| (c)Carrier:<br><br>EXCLUDED<br><br>Policy Number:<br>Policy Period: | Standard Workers Compensation & Employers Liability<br>**Please Note:** The Umbrella Coverage for Workers Compensation and Employers Liability is not applicable in situations where an employee is subject to the New York Workers Compensation Law. | **Coverage B - Employers Liability**<br>Bodily Injury by Accident<br>$ Each Accident<br>Bodily Injury by Disease<br>$ Aggregate<br>$ Each Employee |
| (d)Carrier:<br><br>Policy Number:<br>Policy Period: | Liquor Liability | $ Limit of Liability |
| (e)Carrier:<br><br>Policy Number:<br>Policy Period: | Professional Liability | $ Limit of Liability |
| An "X" marked in the box provided indicates these broadening or optional coverages are provided in the Underlying Insurance | | |
| (f) Carrier:<br><br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Directors & Officers Liability | $ 1,000,000 Limit of Liability |
| (g) Carrier:<br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Employee Benefits Liability | $ 1,000,000 Limit of Liability |
| **Countersigned By:** | | |
| **Date:** | | |
| **Authorized Representative of the Company** | | |

473-1103 (11/08)

**The Hanover**
Insurance Group™

OBCD394506        1308875

# BUSINESSOWNERS COVERAGE FORM

## Table of Contents

**SECTION I - PROPERTY**                                                                                              **Page Number**

**A. Coverage** ............................................................................................................................ 4
    **1. Covered Property** ........................................................................................................ 4
    **2. Property Not Covered** ................................................................................................. 5
    **3. Covered Causes of Loss** .............................................................................................. 6
    **4. Limitations** .................................................................................................................. 6
    **5. Additional Coverages** ................................................................................................. 7
        Business Income .................................................................................................... 10
        Business Income from Dependent Properties ....................................................... 17
        Civil Authority ....................................................................................................... 13
        Collapse ................................................................................................................ 8
        Commercial Tools and Small Equipment ............................................................. 27
        Computer Equipment ............................................................................................ 20
        Computer and Funds Transfer Fraud .................................................................... 34
        Debris Removal .................................................................................................... 7
        Deferred Payments ............................................................................................... 31
        Electronic Vandalism ............................................................................................ 31
        Employee Theft including ERISA Compliance ...................................................... 18
        Equipment Breakdown .......................................................................................... 22
        Extra Expense ...................................................................................................... 12
        Fine Arts .............................................................................................................. 28
        Fire Department Service Charge ........................................................................... 8
        Fire Protection Equipment Recharge .................................................................... 18
        Forgery or Alteration ............................................................................................ 13
        Glass Expenses .................................................................................................... 18
        Installation ............................................................................................................ 27
        Interruption of Computer Operations .................................................................... 32
        Leasehold Interest (Tenants only) ........................................................................ 29
        Limited Coverage for Fungi, Wet Rot, or Dry Rot ................................................ 33
        Money and Securities ........................................................................................... 21
        Money Orders and Counterfeit Money .................................................................. 13
        Ordinance or Law ................................................................................................. 14
        Preservation of Property ....................................................................................... 8
        Pollutant Clean-Up and Removal .......................................................................... 12
        Rewards - Arson, Theft and Vandalism ................................................................ 20
        Sales Representative Samples .............................................................................. 29
        Tenant Building Insurance - When Your Lease Requires You to Provide Insurance .............. 34
        Tenant Business Personal Property Insurance - When Your Lease Requires You to Provide Insurance ........................................................ 34
        Tenant Signs (Tenants Only) ............................................................................... 22
        Theft of Telephonic Services ................................................................................ 34
        Unauthorized Business Credit Card Use ............................................................... 30
        Utility Services ...................................................................................................... 30
        Water Damage, Other Liquids, Powder or Molten Material Damage ....................... 10

| | |
|---|---|
| 6. Coverage Extensions.................................................................................................................... | 35 |
|     Accounts Receivable............................................................................................................... | 37 |
|     Business Personal Property Temporarily in Portable Storage Units....................................... | 39 |
|     Appurtenant Structures.......................................................................................................... | 38 |
|     Inventory and Loss Appraisal................................................................................................. | 39 |
|     Key Replacement and Lock Repair........................................................................................ | 38 |
|     Newly Acquired or Constructed Property.............................................................................. | 35 |
|     Outdoor Property.................................................................................................................... | 36 |
|     Paved Surfaces...................................................................................................................... | 39 |
|     Personal Effects..................................................................................................................... | 36 |
|     Personal Property Off Premises............................................................................................. | 36 |
|     Personal Property In Transit.................................................................................................. | 38 |
|     Valuable Papers and Records (Other Than Electronic Data)................................................. | 36 |
|     Underground Pipes................................................................................................................ | 40 |
| B. Exclusions................................................................................................................................... | 40 |
| C. Limits of Insurance.................................................................................................................... | 45 |
| D. Deductibles................................................................................................................................. | 46 |
| E. Property Loss Conditions.......................................................................................................... | 47 |
|    1. Abandonment...................................................................................................................... | 47 |
|    2. Appraisal............................................................................................................................ | 47 |
|    3. Duties in the Event of Loss or Damage............................................................................. | 47 |
|    4. Legal Action Against Us..................................................................................................... | 48 |
|    5. Loss Payment..................................................................................................................... | 48 |
|    6. Recovered Property............................................................................................................ | 50 |
|    7. Vacancy............................................................................................................................. | 50 |
|    8. Pair, Sets or Parts............................................................................................................. | 51 |
| F. Property General Conditions...................................................................................................... | 51 |
|    1. Control of Property............................................................................................................ | 51 |
|    2. Mortgageholders............................................................................................................... | 51 |
|    3. No Benefit to Bailee.......................................................................................................... | 52 |
|    4. Policy Period, Coverage Territory...................................................................................... | 52 |
|    5. Protective Devices............................................................................................................. | 52 |
|    6. Increase in Hazard............................................................................................................ | 52 |
| G. Property Definitions................................................................................................................... | 52 |

**SECTION II - LIABILITY**

| | |
|---|---|
| A. Coverages................................................................................................................................... | 59 |
|    1. Business Liability.............................................................................................................. | 59 |
|    2. Medical Expenses............................................................................................................. | 61 |
| B. Exclusions................................................................................................................................... | 62 |
|    1. Applicable to Business Liability Coverage........................................................................ | 62 |
|    2. Additional Exclusions Applicable only to Personal and Advertising Injury.................... | 68 |
|    3. Additional Exclusions Applicable to Medical Expenses Coverage Only......................... | 69 |
|    4. Additional Exclusions Applicable to Both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion................................................ | 70 |
| C. Who is an Insured...................................................................................................................... | 71 |
| D. Liability and Medical Expenses Limits of Insurance............................................................. | 72 |

The
**Hanover**
Insurance Group.
OBCD394506     1308875

**E. Liability and Medical Expenses General Conditions**...........................................................................73
    **1. Bankruptcy**...........................................................................................................................73
    **2. Duties in the Event of Occurrence, Offense, Claim or Suit**.............................................73
    **3. Legal Action Against Us**.......................................................................................................73
    **4. Separation of Insureds**..........................................................................................................73
**F. Liability and Medical Expenses Definitions**.........................................................................74

**SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)**
**A. Cancellation**................................................................................................................................77
**B. Changes**....................................................................................................................................78
**C. Concealment, Misrepresentation or Fraud**............................................................................78
**D. Examination of Your Books and Records**..............................................................................78
**E. Inspections and Surveys**..........................................................................................................78
**F. Insurance Under Two or More Coverages**.............................................................................78
**G. Liberalization**...........................................................................................................................79
**H. Other Insurance**........................................................................................................................79
**I. Premiums**...................................................................................................................................80
**J. Premium Audit**..........................................................................................................................80
**K. Transfer of Rights of Recovery Against Others to Us**.........................................................80
**L. Transfer of Your Rights and Duties Under This Policy**........................................................81

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In **SECTION II - LIABILITY**, the word "insured" means any person or organization qualifying as such under paragraph **C. Who is an Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to paragraph **G. Property Definitions** in **SECTION I - PROPERTY** and paragraph **F. Liability and Medical Expenses Definitions** in **SECTION II - LIABILITY**.

## SECTION I - PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described in paragraph **a.** below, Business Personal Property as described in paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described in **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered**.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Your personal property in apartments, rooms or common areas furnished by you as the landlord;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire protection equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

(7) Signs, whether or not they are attached to covered buildings or structures;

(8) Interior and Exterior Building glass if you are a building owner;

(9) Fences and retaining walls located on or within 1,000 feet of a covered building or structure, whether or not attached to buildings or structures, except for retaining walls that are used, in whole or in part, to contain water.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 1,000 feet of the building or structures or within 1,000 feet of the premises described in the Declarations, whichever distance is greater, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control, including the cost of labor, materials or services furnished or arranged by you on personal property of others, except as otherwise provided in **SECTION I -**



OBCD394506     1308875

**PROPERTY, E. Property Loss Condition, 5. Loss Payment** paragraph **d.**, subparagraph **(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove.

**(4)** Leased personal property for which you have a written contractual responsibility to insure, unless otherwise provided in paragraph **(2)** above;

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control;

**(6)** Physical damage sustained to a building leased to you caused by or resulting from "theft" or attempted "theft", burglary or robbery of your Business Personal Property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** Contractor's equipment, which is used or operated principally away from the premises described in the Declarations, or parts and equipment, whether attached or unattached to contractor's equipment, unless such parts and equipment is held for sale by you, or sold by you but not delivered unless specifically endorsed and scheduled, or as provided for in **SECTION I - PROPERTY, B. Additional Coverages, v. Commercial Tools and Small Equipment**;

**c.** "Money" or "securities" except as provided in the:

    **(1)** Money and Securities Additional Coverage; or

    **(2)** Employee Theft Additional Coverage;

**d.** Contraband or property in the course of illegal transportation or trade;

**e.** Land, whether or not resurfaced with stone, gravel or similar layer (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof), except as provided in **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extension, l. Paved Surfaces**;

**f.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extension, c. Outdoor Property**;

**g.** Watercraft (including motors, equipment and accessories);

**h.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this Coverage Form;

**i.** "Computer equipment", which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer equipment" while held as "stock";

**j.** "Electronic Data", except as provided under the Computer Equipment and Electronic Vandalism Additional Coverages. This paragraph does not apply to your "stock" of prepackaged "software" or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**k.** Animals, unless owned by others and boarded by you, or held for sale by you, or sold but not delivered, and only while inside of buildings;

**l.** The cost of excavations, grading, backfilling, or filling;

**m.** Bulkheads, pilings, piers, wharves or docks;

**n.** Retaining walls that are used, in whole or in part, to contain water.

**o.** "Computer Equipment", except as provided for under the:

    **(1)** Computer Equipment Additional Coverage;

    **(2)** Equipment Breakdown Additional Coverage; or

**(3)** Electronic Vandalism Additional Coverage.

**p.** Commercial tools and small equipment except as provided in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, v. Commercial Tools and Small Equipment** or for contractor's equipment specifically endorsed and scheduled. This does not apply to your commercial tools and small equipment permanently installed or exclusively used at the described premises;

**q.** Employee tools and small equipment except as provided for in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, v. Commercial Tools and Small Equipment** or when added by separate endorsement;

**r.** Bridges (unless the bridge is made a part of a covered Building), roadways, walks, patios or other paved surfaces, except as provided in **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, l. Paved Surfaces**;

**s.** Underground pipes, flues or drains except as provided in **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, m. Underground Pipes**; and

**t.** Personal Property while airborne or waterborne.

**3. Covered Causes of Loss**

Risks of direct physical loss unless the loss is:

**a.** Excluded in **SECTION I - PROPERTY**, **B. Exclusions**; or

**b.** Limited in **SECTION I - PROPERTY**, **A. Coverages**, **4. Limitations**

**4. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, s. Money and Securities**.

**(2)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**(3)** The interior of any building or structure, or to personal property

in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(4)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(b)** Changes in or extremes of temperature;

**(c)** Disease;

**(d)** Frost or hail; or

**(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by any of the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by "theft", the following types of property are covered only up to the limits shown:

**(1)** $10,000 for furs, fur garments and garments trimmed with fur.

**(2)** $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.



**5.** **Additional Coverages**

**a.** **Debris Removal**

**(1)** Subject to paragraphs **(2)**, **(3)** and **(4)** below, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this Coverage Form, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this Coverage Form;

**(c)** Remove any property that is Property Not Covered except as provided under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in paragraph **(4)** below, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to paragraph **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss of or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss of or damage to the Covered Property that has sustained loss or damage.

Therefore, if paragraphs **(a)** and/or **(b)** above apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable ($50,000 - $500) | $ 49,500 |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense | |

Payable                                       $ 10,000

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of paragraph **(3)** above.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| ($80,000 - $500) | |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense | |
| Payable | |
|     Basic Amount | $ 10,500 |
|     Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of paragraph **(3)** above is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000 (capped at $10,500). The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of paragraph **(4)** above, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because (from paragraph **(3) (a)**) the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under paragraph **(4)** above. Thus the total payable for debris removal expense in this example is $35,500; $4,500 of the

debris removal expense is not covered.

**b.  Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

This Additional Coverage does not increase the applicable Limit of Insurance.

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations, unless a higher Limit of Insurance is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department services charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d.  Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in paragraphs **(1), (2), (3), (4), (5), (6)** and **(7)** below.

**(1)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss of or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property

**Hanover**
Insurance Group.
OBCD394506    1308875

insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to any insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to any insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation; or

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   **(i)** A cause of loss listed in paragraphs **(a)** or **(b)** above of this Additional Coverage;

   **(ii)** One or more of the "specified causes of loss";

   **(iii)** Breakage of building glass;

   **(iv)** Weight of people or personal property; or

   **(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage - Collapse does not apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard Fixtures;

**(d)** Outdoor swimming pools;

**(e)** Beach or diving platforms or appurtenances;

**(f)** Retaining walls; and

**(g)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in paragraph **(2)**, subparagraphs **(a)**, **(b)**, **(c)** and **(d)** of this Additional Coverage, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form and the property is Covered Property under this Coverage Form.

**(5)** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The abrupt collapse of personal property was caused by a cause of loss listed in paragraph **(2)**, subparagraphs **(a)**, **(b)**, **(c)** and **(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in paragraph **(4)** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage - Collapse will not increase **SECTION I - PROPERTY, C. Limits of Insurance**.

**(8)** The term Covered Cause of Loss includes the Additional Coverage -

Collapse as described and limited in paragraphs **(1)**, **(2)**, **(3)**, **(4)**, **(5)**, **(6)** and **(7)** above.

**e. Water Damage, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

When Business Income Coverage is provided under this policy:

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to a described premises shown in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within the designated, consecutive number of months found on the Declarations Page beginning immediately after the date of direct physical loss or damage. For purposes of this insurance, all recoverable loss ceases when the "period of restoration" ends.

**(c) Business Income** means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(ii)** Continuing normal operating expenses incurred, including "payroll expenses". However, if your business is not generating any income because you are primarily in research or development or have not yet brought your product to market, your continuing normal operating expenses, including "payroll expenses", will not be offset by the Net Loss; and

**(iii)** "Rental Value".



For manufacturing risks, Net Income includes the net sales value of production.

**(2) Extended Business Income**

If no Business Income Coverage is provided under this Coverage Form, then there is no Extended Business Income Coverage afforded under this Coverage Form.

**(a) Extended Business Income - Other Than Rental Value**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this Coverage Form, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced (to the extent necessary to resume "operations") and "operations" are resumed; and

**(ii)** Ends on the earlier of:

**1)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**2)** The number of consecutive days shown in the Additional Property Coverage Schedule for Extended Business Income after the date determined in **(a) Extended Business Income - Other Than Rental Value,** paragraph **(i)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(b) Extended Business Income - Rental Value**

If the necessary "suspension" of your "operations" produces a "rental value" loss payable under this Coverage Form, we will pay for the actual loss of "rental value" you incur during the period that:

**(i)** Begins the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(ii)** Ends the earlier of:

**1)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "rental value" that would have existed if no direct physical loss or damage had occurred; or

**2)** The number of consecutive days shown in the Additional Property Coverage Schedule for Extended Business Income after the date determined in **(b) Extended Business Income - Rental Value,** paragraph **(i)** above.

However, Extended Business Income does not apply to loss of "rental value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "rental value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(iii)** We will reduce the amount of your:

Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged

property (including merchandise or "stock") at the described premises or elsewhere.

**(iv)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

This Additional Coverage is not subject to **SECTION I - PROPERTY, C. Limits of Insurance**.

**g. Extra Expense**

When Business Income Coverage is provided under this Coverage Form:

**(1)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the "suspension" of business and

to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records"

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage, f. Business Income**.

With regard to paragraph **(i)** above, we will pay only for those expenses necessary to expedite the repair or replacement of the property. Under this provision we will not pay for any portion of the ordinary and expected cost to actually repair or replace property.

**(3)** We will only pay for Extra Expense that occurs within 12 consecutive months beginning immediately after the date of direct physical loss or damage.

**(4)** We will reduce the amount of your Extra Expense loss payment to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(5)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

This Additional Coverage is not subject to **SECTION I - PROPERTY, C. Limits of Insurance**.

**h. Pollutant Clean-Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the

described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i.   Civil Authority**

When Business Income Coverage is provided under this Coverage Form:

**(1)** When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss or damage to property within one mile of the described premises, provided that both of the following apply:

**(a)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property;

**(b)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

**(2)** Civil Authority Coverage for Business Income will begin 72 hours after the time of the

first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(a)** Four consecutive weeks after the date of that action; or

**(b)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

**(3)** The definitions of Business Income and Extra Expense contained in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, f. Business Income;** and **g. Extra Expense** also apply to this Additional Coverage.

**j.   Money Orders and Counterfeit Money**

**(1)** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(a)** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**(b)** "Counterfeit money" that is acquired during the regular course of business.

**(2)** Under this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(3)** The most we will pay for any loss under this Additional Coverage is $5,000.

**k.   Forgery or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of any:

**(a)** Check, draft, promissory note, bill of exchange or similar written promises of payment in "money" that you or your agent has issued, or that was issued

by someone who impersonates you or your agent; and

**(b)** Credit, debit or charge slips or documents, including signatures or the entry of a Personal Identification Number (PIN) into a "payment processing device" required with the use of any credit, debit, or charge card issued to you or any "employee" for business purposes.

**(2)** Under this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(3)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promises of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(4)** For purposes of this Additional Coverage, check includes a substitute check as defined by the United States Congress in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

**(5)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $25,000, unless a higher Limit of Insurance is shown in the Schedule of Amended Limits of Insurance.

**I. Ordinance or Law**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2) Application of Coverages:**

The coverages provided under this Additional Coverage applies only if paragraphs **(a)** and **(b)** below, are satisfied and are then subject to the qualifications found in **(c)** below.

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes

zoning or land use requirements at the described premise;

**(ii)** Is in force at the time of loss; and

**(iii)** Was not in force at the time the involved construction was completed.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(b)** The building sustains direct physical damage:

**(i)** That is covered under this Coverage Form and as a result of such damage, you are required to comply with the ordinance or law; or

**(ii)** That is covered under this Coverage Form and direct physical damage that is not covered under this Coverage Form and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

**(iii)** But if the damage is not covered under this Coverage Form and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if building has also sustained covered direct physical damage.

**(c)** In the situation described in **(2) Application of Coverages,** paragraph **(b),** subparagraph **(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of coverages for Coverage for Loss to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage. Instead, we will pay a proportion of such loss, meaning the proportion that

the covered direct physical damage bears to the total direct physical damage. Paragraph **(7)** of this coverage provides an example of this procedure.



the covered direct physical damage bears to the total direct physical damage. Paragraph **(7)** of this coverage provides an example of this procedure.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of the loss otherwise payable under the terms of Coverages for Loss to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(4) Coverage**

**(a) Coverage for Loss to the Undamaged Portion of the Building**

With respect to the building that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building. Coverage for Loss to the Undamaged Portion of the Building is included within the Limit of Insurance shown in the

Declarations as applicable to the covered building. Coverage for Loss to the Undamaged Portion of the Building does not increase the Limit of Insurance.

**(b) Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of the undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**SECTION I - PROPERTY**, **E. Property Loss Conditions, 5. Loss Payment,** paragraph **d.** does not apply to Demolition Cost Coverage.

**(c) Increased Cost of Construction**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**SECTION I - PROPERTY**, **E. Property Loss Conditions, 5. Loss Payment,** paragraph **d.** does not apply to the Increased Cost of Construction Coverage.

**(5) Loss Payment**

**(a)** Loss Payment provisions **(b), (c), (d)** and **(e)** below are subject to the apportionment procedure set forth in above **Application of Coverages,** paragraph **(2)(c)**.

**(b)** When there is a loss in value of an undamaged portion of the building to which Coverage for Loss to the Undamaged Portion of the Building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

  **(i)** If the property is repaired or replaced on the same or another premise, we will not pay more than the lesser of:

    **1)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

    **2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

  **(ii)** If the property is not repaired or replaced. We will not pay more than the lesser of:

    **1)** The actual cash value of the building at the time of loss; or

    **2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c)** The most we will pay for the total of all covered losses for Demolition Cost Coverage and Increased Cost of Construction is the Limit of Insurance shown in paragraph **(d)** below. Subject to this combined Limit of Insurance, the following loss payment provisions apply:

  **(i)** For Demolition Cost Coverage, we will not pay for more than the amount you actually spend to demolish and clear the site of the described premises.

  **(ii)** Loss payment under Increased Cost of Construction Coverage will be determined as follows:

    **1)** We will not pay for the increased cost of construction until the property is actually repaired or replaced at the same or another premises; and

    **2)** Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(iii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction Coverage is the lesser of:

    **1)** The increased cost of construction at the same premises; or

    **2)** The Limit of Insurance described in paragraph **(d)** below.

  **(iv)** If the ordinance or law requires relocation to another premise, the most we will pay for the increased cost of construction is the lesser of:

    **1)** The increased cost of construction at the new premises; or

    **2)** The Limit of Insurance described in paragraph **(d)** below.

**(d)** The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction for each building described in the Declarations is $5,000 or the amount shown in the Additional Property Schedule.

If a damaged building(s) is covered under a Blanket Limit of Insurance and the Blanket Limit of Insurance applies to more than one building or item of property, then the most we will under this Additional Coverage, for each building, is $5,000, or the amount shown in the Additional Property Coverage Schedule.

**(6)** Under this coverage, we will not pay for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**(7)** Example of Proportionate Loss Payment for Ordinance or Law Coverage losses (procedures as set forth in paragraph **(2)(c)** of this Additional Coverage).

Assume:

- Wind is a Covered Cause of Loss; "Flood" is an excluded Cause of Loss

- The building has value of $200,000

- The total direct physical damage to the building: $100,000;

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;

- Portion of direct physical damage that is covered (caused by wind): $30,000;

- Portion of direct physical damage that is not covered (caused by "flood"): $70,000; and

- Loss under Increased Cost of Construction: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 =  .30

**Step 2:** Apply that portion to the Ordinance or Law loss.

$60,000 x .30 =  $18,000

In this example, the most we will pay under this Additional Coverage for the Increased Cost of

Construction loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

Note: The same procedure applies to losses under Loss to the Undamaged Portion of the Building and Demolition Cost of this Additional Coverage.

**m. Business Income from Dependent Properties**

When Business Income Coverage is provided under this Coverage Form:

**(1)** We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the premises of a "dependent property" caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a "dependent property" is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the "dependent property" sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue the other property is repaired, rebuilt or replaced.

**(2)** The most we will pay under this Additional Coverage is $5,000 per occurrence, regardless of the number of "dependent properties" affected.

**(3)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(4)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

**(b)** Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced (to the extent necessary to resume "operations") with reasonable speed and similar quality or 12 months immediately following the date of direct physical loss or damage, whichever is shorter.

**(6)** The Business Income coverage period, as stated in paragraph **(4)** above, does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this Coverage Form will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income from Dependent Properties Additional Coverage.

**n. Glass Expenses**

When glass is damaged from a Covered Cause of Loss we will pay for your expenses incurred to:

**(1)** Put up temporary plates or board up openings if repair or replacement of damaged glass is delayed;

**(2)** Replace lettering, artwork, sensors or other items permanently affixed to, or a part of, the damaged glass; and

**(3)** Remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Protection Equipment Recharge**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems

(including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence. The deductible does not apply to these expenses.

**p. Employee Theft including ERISA Compliance**

**(1)** We will pay for loss or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", clergy, or any non-compensated person whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Additional Coverage, "theft" shall also include "forgery".

**(2)** This Additional Coverage terminates as to any "employee" as soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

"Discovered" the "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(3)** Under this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(4)** We will pay only for loss you sustain through acts committed or events occurring anytime which is "discovered" by you:

**(a)** During the policy period; or

**(b)** No later than 1 year from the date of termination or cancellation of this insurance. However this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this Additional Coverage, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(5)** You may extend this coverage to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

**(6)** The most we will pay for all loss resulting directly from an occurrence is $10,000 or the Limit of Insurance shown in the Additional Property Coverage Schedule. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year.

**(7) Special Employee Theft Exclusions**

We will not pay for:

**(a)** Loss resulting from "theft" or any other dishonest act committed by:

**(i)** You; or

**(ii)** Any of your partners or "members";

Whether acting alone or in collusion with other persons.

**(b)** Loss caused by an "employee" if the "employee" has also committed "theft" or any other dishonest act prior to the effective date of this policy and you or any of your partners, "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the policy period shown in the Declarations.

**(c)** Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(i)** Whether acting alone or in collusion with other persons; or

**(ii)** While performing services for you or others;

Except when covered under this Additional Coverage.

**(d)** Loss that is an indirect result of an occurrence covered by this Additional Coverage, including, but not limited to, loss resulting from:

**(i)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(ii)** Payment of damages of any type for which you are legally liable;

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(e)** Fees, costs and expenses incurred by you which are related to any legal action.

**(f)** Loss or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(g)** Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**(h)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**(i)** Loss resulting from:

**(i)** The unauthorized disclosure of your

confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(ii)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non public information.

**(8) Welfare and Pension Plan ERISA Compliance**

**(a)** The "employee benefit plan" (hereafter referred to as Plan) is included as an insured under this Additional Coverage.

**(b)** If any Plan is insured jointly with any other entity under this Additional Coverage, you or the Plan Administrator must select a Limit of Insurance for this Additional Coverage that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(c)** With respect to loss sustained or "discovered" by any such Plan, paragraph **(1)** above, of this Additional Coverage is replaced by the following:

**(1)** We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(d)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(e)** If two or more Plans are insured under this Additional Coverage, any payment we make for loss:

**(i)** Sustained by two or more Plans; or

**(ii)** Of commingled "funds" or "other property" of two or more Plans;

Resulting from an occurrence, will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

**(f)** The deductible does not apply to this Additional Coverage.

**q. Rewards - Arson, Theft and Vandalism**

**(1)** We will reimburse you for payment of any reward offered on your behalf and for information that leads to the arrest and conviction of the person or persons responsible for:

**(a)** Arson;

**(b)** "Theft" or

**(c)** Vandalism

to Covered Property.

**(2)** The arrest or conviction must involve a covered loss caused by arson, "theft" or vandalism.

**(3)** The most we will pay under this Additional Coverage is $10,000 unless a higher Limit of Insurance is shown in the Additional Property Coverage Schedule**.** The amount we pay is not increased by the number of persons involved in providing the information.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5)** The deductible does not apply to this Additional Coverage.

**r. Computer Equipment**

**(1)** We will pay for direct physical loss of or damage to the following Covered Property which is your property or property in your care, custody or control while at or away from the described premises when loss or damage is caused by or resulting from a Covered Cause of Loss:

**(a)** "Computer equipment"; and

**(b)** Programming documentation and instruction manuals.

**(2)** We will pay for the actual loss of Business Income you sustain as described in the Business Income Additional Coverage and we will pay for any necessary Extra Expense you incur during the "period of restoration"

The Hanover Insurance Group

OBCD394506     1308875

as described in the Extra Expense Additional Coverage.

**(3)** In the event of a loss of or damage to "Computer equipment" by a Covered Cause of Loss, we will pay your costs to modify or replace undamaged "hardware" or "software" when it:

**(a)** Was dependent on the damaged "hardware" or "software" prior to the covered loss; and

**(b)** Is not compatible with the "hardware" or "software" that is replacing the property that was involved in the covered loss.

We will only pay for your costs to modify or replace undamaged "hardware" or "software" at a premises described in the Declarations.

The most we will pay for your costs covered in any one occurrence is $10,000.

**(4)** We will not pay for any loss of or damage to the following property:

**(a)** Property you rent, loan or lease to others while it is away from the described premises;

**(b)** Property you hold for sale, distribute or manufacture except as provided in **SECTION I - PROPERTY**, **A. Coverage, 1. Covered Property**, paragraph **b.**; or

**(c)** "Software" that cannot be duplicated or replaced with similar property of equal quality and/or substantially similar functionality.

**(5)** If we provide Building coverage only, we will only pay for loss to "computer equipment" that service building operations at the described premises and are located at the described premises.

**(6)** The most we will pay for any loss or damage to property described in paragraphs **(1)** and **(2)** above, is $35,000 unless a higher Limit of Insurance is shown in the Additional Property Coverage Schedule for Computer Equipment. The most we will pay for Extra Expense is $5,000 unless a higher Limit of Insurance is shown in the Additional Property Coverage Schedule for Extra Expense.

**(7)** The following in **SECTION I - PROPERTY, B. Exclusions**, paragraph **1.** do not apply to this Additional Coverage:

**(a)** **b. Earth Movement**; and

**(b)** **g. Water**.

**(8)** **Special Computer Equipment Exclusions**

We will not pay for loss or damage to portable electronic devices when caused by, resulting from, or arising out of "theft" or unexplained loss when the property is checked baggage with a carrier for transit. Portable electronic devices includes laptops, tablets, e-readers, smartphones or other lightweight, hand-held or wearable devices capable of storing, retrieving and processing data.

**s.** **Money and Securities**

**(1)** We will pay for loss of "money" and "securities":

**(a)** Inside a building at the described premises or "financial institution" resulting directly from "theft" committed by a person present inside a building at the described premises or "financial institution";

**(b)** Inside a building at the described premises or "financial institution" resulting directly from disappearance or destruction; or

**(c)** Outside of a building at or away from the described premises in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**(2)** For the purposes of this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(3)** You must keep records of all "money" and "securities" so we can verify the amount of any one loss or damage.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5)** The most we will pay for loss in any one occurrence is:

**(a)** $10,000 or the amount shown in the Additional Property Coverage Schedule while:

**(i)** Inside a building at the described premises; or

**(ii)** Within a "financial institution" in the Coverage Territory; and

**(b)** $5,000 or the amount shown in the Additional Property Coverage Schedule while outside of a building at the described premises or when away from the described premises in the Coverage Territory.

**(6) Special Money and Securities Exclusions**

We will not pay for loss:

**(a)** Resulting from accounting or arithmetic errors or omissions;

**(b)** Resulting from giving or surrendering of property in any exchange or purchase;

**(c)** Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

**(d)** Loss or damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property.

**t. Tenant Signs (Tenants only)**

**(1)** This Additional Coverage is available only when the Named Insured is a tenant and a Limit of Insurance is shown in the Declarations Page for Business Personal Property.

We will pay for direct physical loss of or damage to all signs:

**(a)** Owned by you; or

**(b)** Owned by others but in your care, custody or control;

when loss or damage is caused by or resulting from a Covered Cause of Loss.

**(2) SECTION I - PROPERTY, A. Coverage, 3. Covered Causes of Loss** does not apply to this Additional Coverage and **SECTION I -**

**PROPERTY**, **B. Exclusions,** paragraph **1.** does not apply to this Additional Coverage except for the following:

**(a) c. Government Action**;

**(b) d. Nuclear Hazard**; and

**(c) f. War and Military Action**.

**(3)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Rust;

**(d)** Corrosion; or

**(e)** Mechanical Breakdown, except as provided for in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, u. Equipment Breakdown**.

**(4)** The most we will pay for loss or damage in any one occurrence is $5,000 regardless of the number of locations or buildings involved.

**u. Equipment Breakdown**

**(1)** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**(2)** The following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **A.5.u.(2)(h)** Utility Services - Equipment Breakdown (Accident) and **A.5.m.** Business Income from Dependent Properties provided in this coverage form, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

**(a) Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and

necessary Extra Expense you incur is $50,000.

**(b) Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $50,000, the reasonable extra cost to:

**(i)** Make temporary repairs; and

**(ii)** Expedite permanent repairs or permanent replacement.

**(c) Fungi, Wet Rot, or Dry Rot**

**(i)** We will pay the additional cost to repair or replace Covered Property because of contamination by "fungi", wet rot or dry rot. This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable goods" to the extent that such spoilage is covered under Spoilage coverage.

**(ii)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungi", wet rot or dry rot been involved.

**(iii)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungi", wet rot or dry rot.

**(iv)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(v)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 even if the "fungi", wet rot or dry rot continues to be present or active or recurs in a later policy period.

**(d) Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of a contamination by a "hazardous substance".

This includes the additional costs to clean up or dispose of such property. This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **(g) Spoilage** below. Additional costs mean those beyond what would have been payable had no "hazardous substance" been involved. The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain, and necessary Extra Expense you incur is $50,000.

**(e) Personal Property Off Premises Equipment Breakdown**

**(i)** Any direct physical damage for personal property off premises provided under Coverage Extension **b.** Personal Property Off Premises, also applies to the direct result of an "accident" or "electronic circuitry impairment".

**(ii)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "electronic data" contained within "covered equipment" when due to covered loss or damage as described in **(i)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

**(iii)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur and Data Restoration as described in **(ii)** above is $50,000.

**(f) Public Relations**

**(i)** This coverage only applies if you have sustained an actual loss of Business Income.

**(ii)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

  **1)** The media;

  **2)** The public; or

  **3)** Your customers, clients or members.

**(iii)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

**(iv)** The most we will pay for loss or expense under this coverage is $5,000.

**(g) Spoilage**

  **(i)** We will pay for:

    **1)** Physical damage to your "perishable goods" due to spoilage.

    **2)** Physical damage to your "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

    **3)** Any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

  **(ii)** If you are unable to replace "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the

"accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment Condition.

**(iii)** The most we will pay for loss or damage under this coverage is $50,000.

**(h) Utility Services - Equipment Breakdown (Accident)**

  **(i)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

  **(ii)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

  **(iii)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

  **(iv)** Any insurance provided for Business Income or Data Restoration will not apply

under this Service Interruption coverage unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

**(v)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage.

**(3) Conditions**

**(a) Suspension**

When any "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to:

**(i)** Your address as shown in the Declarations; or

**(ii)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

**(b) Jurisdictional Inspections**

If any property that is "covered equipment" under this Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(c) Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(4) Special Equipment Breakdown Exclusions**

**(a)** We will not pay for loss, damage or expense caused by or resulting from a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**(b)** With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

**(i)** Loss caused by your failure to use due diligence and dispatch, and all reasonable means to resume business; or

**(ii)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**(c)** Except as provided under **u.2.(c)** "Fungi", Wet Rot or Dry Rot coverage we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungi," wet rot or dry rot, including any presence, growth, proliferation, spread or any activity of "fungi," wet rot or dry rot. This includes, but is not

limited to, costs arising from clean up, removal, or abatement of such "fungi," wet rot or dry rot. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that such spoilage is covered under Spoilage coverage.

(d) This Additional Coverage - Equipment Breakdown does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

(i) Fire (including fire resulting from an "accident" or "electronic circuitry impairment"), or water or other means used to extinguish a fire;

(ii) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

(iii) Any other explosion, except as specifically covered under this Additional Coverage;

(iv) Vandalism;

(v) Lightning; smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

(vi) Windstorm or hail; However, this exclusion does not apply when:

1) "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

2) The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

(vii) Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

(viii) "Flood", surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(ix) Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action.

(e) Special Equipment Breakdown Exclusions (5)(d)(v), (5)(d)(vi) and (5)(d)(vii) shall not apply if:

(i) The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

(ii) Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

(iii) The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

(f) We will not pay under this Additional Coverage for any loss or damage to animals.

The most we will pay for loss, damage or expense arising from any "one equipment breakdown" is the applicable Limit of Insurance shown in the Declarations. This Additional Coverage does not provide an additional amount of insurance.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.



OBCD394506      1308875

**v. Commercial Tools and Small Equipment**

**(1)** This Additional Coverage is available only when a Limit of Insurance is shown in the Declarations for Business Personal Property.

**(2)** We will pay for direct physical loss of or damage caused by or resulting from a Covered Cause of Loss to commercial tools and small equipment, including their:

   **(a)** Accessories, whether attached or not attached; and

   **(b)** Spare parts that are specifically designed and intended for use in the maintenance and operation of property covered under this Additional Coverage;

   That is:

   **(c)** Your property;

   **(d)** The property of others in your care, custody or control; or

   **(e)** The property of your "employees".

   Damage to the property of your "employees" is limited to while on the described premises.

   Commercial Tools and Small Equipment does not include communication devices and diagnostic equipment unless otherwise covered in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, r. Computer Equipment.**

**(3)** This coverage only applies to any one tool or piece of small equipment with a replacement cost value of $2,500 or less, unless listed on a schedule included with this policy.

**(4)** The most we will pay for any loss under this Additional Coverage in any one occurrence is $5,000 unless a higher Limit of Insurance is shown in the Additional Property Coverage Schedule, but not more than $2,500 for any one tool, tool box or piece of small equipment.

**(5)** In addition to items listed within **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered**, we will not pay for any loss to the following property:

   **(a)** Watercraft or watercraft parts and equipment;

   **(b)** Commercial tools and small equipment that are permanently mounted to a vehicle, including trailers;

   **(c)** Tires or tire tubes, attached or unattached, for use with commercial tools and small equipment, unless the loss or damage is caused by "theft", malicious mischief, or any of the "specified causes of loss"; or

   **(d)** Any property while underground, airborne or waterborne.

**(6)** The following **SECTION I - PROPERTY, B. Exclusions,** in paragraph **1.** do not apply to this Additional Coverage:

   **(a) b. Earth Movement**;

   **(b) g. Water**.

**(7) Special Commercial Tools and Small Equipment Exclusion**

   We will not pay for any loss caused by or resulting from any repair, adjusting, servicing, testing or maintenance process unless fire or explosion ensues, then only for the loss caused by such ensuing fire or explosion.

**w. Installation**

**(1)** This Additional Coverage is available only when a Limit of Insurance is shown in the Declarations for Business Personal Property.

**(2)** We will pay for direct physical loss of or damage to property sold under an installation agreement where your insurable interest continues until the property is accepted by the purchaser for whom the project is to be performed. Coverage applies under this Additional Coverage when the loss or damage is caused by or resulting from any Covered Cause of Loss.

**(3)** The property under which this insurance applies includes:

   **(a)** Materials, supplies, equipment, machinery, fixtures owned by you or in your care, custody or control, and which are to be installed by you or at your direction; and

   **(b)** Temporary structures built or assembled on-site, including cribbing, scaffolding and construction forms.

This property is covered while:

(c) At any jobsite you do not own, lease or operate;

(d) Awaiting and during installation, or awaiting acceptance by the purchaser;

(e) "In transit"; or

(f) At a temporary storage location.

(4) Coverage provided under this Additional Coverage will end when one of the following first occurs:

(a) This policy expires or is cancelled;

(b) The property covered under this Additional Coverage is accepted by the purchaser;

(c) Your interest in the property covered under this Additional Coverage ceases;

(d) You abandon the project to be performed by you for the purchaser, with no intention to complete it; or

(e) 90 days after the project to be performed by you for the purchaser is completed, unless we specify a different date in writing.

(5) In addition to **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered**, the following property is not covered with respect to this Additional Coverage:

(a) An existing building or structure to which an addition, alteration, improvement or repair is being made;

(b) Property stored at a permanent premises that you own;

(c) A plan, blueprint, design or specification;

(d) Trees, grass, sod, shrubbery or plants; and

(e) Machinery, tools, equipment, supplies or similar property that does not become a permanent part of the project. This includes contractor's equipment and other tools belonging to a contractor or sub-contractor.

(6) **Special Installation Exclusions**

We will not pay for any loss caused by or resulting from:

(a) The cost to make good or replace faulty or defective materials or workmanship;

(b) Testing. However, if testing results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion;

(c) A fault, defect, deficiency, error or omission in a plan, blueprint, design or specification;

(d) The weight of a load when it exceeds the designed capacity of any property covered under this Additional Coverage to lift, move or support the load from any position; or

(e) Collision, upset or overturn of any property covered under this Additional Coverage to the extent of any loss of or damage to the tires or inner tubes of such property. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same property covered under this Additional Coverage.

(7) The following in **SECTION I - PROPERTY, B. Exclusions,** paragraph **1.** do not apply to this Additional Coverage:

(a) **b. Earth Movement**; and

(b) **g. Water**.

(8) The most we will pay for loss of or damage to property covered under this Additional Coverage in any one occurrence is $5,000, regardless if the property is located at a jobsite, while "in transit", or at a temporary storage location.

This Additional Coverage does not increase **SECTION I - PROPERTY, C. Limits of Insurance**.

**x. Fine Arts**

(1) We will pay for direct physical loss to "fine arts" which are your property or the property of others in your care, custody or control while on the described premises. We also cover your "fine arts" while temporarily on display or exhibit away from the described premises or while "in transit" between the described premises and a location where the

"fine arts" will be temporarily on display or exhibit.

**(2)** The following of **SECTION I - PROPERTY, B. Exclusions**, paragraph **1.** do not apply to this Additional Coverage:

**(a)** **b. Earth Movement**; and

**(b)** **g. Water**

**(3)** The most we will pay for any loss under this Additional Coverage is $10,000 per occurrence regardless of the number of locations or buildings involved.

**(4) Special Fine Arts Exclusion**

We will not pay for any loss caused by or resulting from:

**(a)** Breakage of statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by a "specified cause of loss", earthquake or "flood"; and

**(b)** Any repairing, restoration or retouching of the "fine arts".

**y. Sales Representative Samples**

**(1)** We will pay for direct physical loss or damage by a Covered Cause of Loss to samples of your "stock" in trade (including containers) while:

**(a)** In the custody of your sales representative, agent or any "employee" who travels with sales samples;

**(b)** In your custody while acting as a sales representative; or

**(c)** "In transit" between the described premises and your sales representatives.

**(2)** The following of **SECTION I - PROPERTY, B. Exclusions**, paragraph **1.** do not apply to this Additional Coverage:

**(a)** **b. Earth Movement**; and

**(b)** **g. Water**

**(3)** The most we will pay for any loss or damage under this Additional Coverage is $5,000 unless a higher Limit of Insurance is shown in the Additional Property Coverage Schedule.

**(4)** We will not pay for loss to the following property:

**(a)** Property which has been sold;

**(b)** Jewelry, precious or semiprecious stones, gold, silver, platinum or other precious metals or alloys;

**(c)** Fur, fur garments or garments trimmed with fur; or

**(d)** Any property while waterborne.

**z. Leasehold Interest (Tenants Only)**

**(1)** If your lease is cancelled due to direct physical damage to property at the described premises caused by or resulting from a Covered Cause of Loss, we will pay the net loss you sustain due to increased rent under a replacement lease.

**(2)** The most we will pay for loss because of the cancellation of any lease or leases due to the same covered cause of loss is the lesser of:

**(a)** If your lease is cancelled and either:

**(i)** Your landlord allows you to continue to use your premises under a new lease not to exceed the prevailing lease rate, or

**(ii)** You relocate to other permanent premises and enter into a new lease.

For the duration of the lease in effect at the time of the loss, we will pay the increase in rent between what you were paying at the time of loss and the rent you will be required to pay for equivalent premises under the replacement lease;

**(b)** $10,000; or

**(c)** Nothing if there is not a written or legally binding lease.

**(3)** The following applies to paragraph **(2)**, subparagraphs **(a)(i)** and **(a)(ii)** above:

**(a)** If the lease in effect at the time of the loss contains a renewal option, the expiration date of the renewal option period will replace the expiration of the current lease.

**(b)** If the lease has no end date (open-ended), we will pay the difference in rent for a period of no more than 24 months after the date of the direct physical damage to the property at the described premises.

**(4)** The following applies to paragraph **(2),** subparagraphs **(a)** and **(b)** above:

**(a)** $10,000 will be the maximum amount payable regardless of the number of leases affected by the same Covered Cause of Loss.

**(b)** Existence of a renewal option will not increase, or have any other effect on this Limit of Insurance.

**(5) Special Leasehold Interest Exclusion**

We will not pay for any loss or damage:

**(a)** If the unit or suite rented or leased to you where direct damage occurs has been vacant more than 60 consecutive days before the loss or damage occurs, and you have not entered into an agreement to sublease the unit or suite.

**(b)** Caused by your cancelling the lease, or

**(c)** Caused by lessors' lease cancellation at the normal expiration date.

**aa. Unauthorized Business Credit Card Use**

**(1)** We will pay for loss resulting from the "theft" or unauthorized use of Business Credit Cards issued to you or registered in your name.

**(2)** We do not cover use of a Business Credit Card:

**(a)** By a person who has been entrusted with the card; or

**(b)** any of your "employees".

**(3)** All loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence regardless of the number of individual unauthorized transactions.

**(4)** If a suit is brought against you for liability, we will pay for reasonable legal expenses incurred in that defense under this Additional Coverage.

**(5)** The most we will pay for any loss including legal expenses, under this

Additional Coverage is $5,000 per occurrence.

**bb. Utility Services**

**(1)** We will pay for loss of or damage to Covered Property caused by an interruption in service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown in paragraph **(3)** below.

The most we will pay for loss in any one occurrence under this Additional Coverage is $10,000 at each described premises or the Limit of Insurance shown in the Additional Property Coverage Schedule.

**(2)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown in paragraph **(3)** below.

We will only pay for loss you sustain after the first 24 hours following the direct physical loss of or damage to the property described above.

The most we will pay for loss in any one occurrence under this Additional Coverage is $5,000 at each described premises or the Limit of Insurance shown in the Additional Property Coverage Schedule.

**(3)** Services:

**(a)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(i)** Pumping stations; and

**(ii)** Water mains.

**(b)** Communication Supply Services, meaning the following types of property supplying communication services, including but not limited to telephone, radio, microwave, television services, internet access or access to any electronic, cellular or satellite

The
**Hanover**
Insurance Group.
OBCD394506      1308875

network to the described premises, such as:

**(i)** Communication transmission lines, including optic fiber transmission lines;

**(ii)** Coaxial cables; and

**(iii)** Microwave radio relays except satellites.

**(c)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(i)** Utility generating plants;

**(ii)** Switching stations;

**(iii)** Substations;

**(iv)** Transformers; and

**(v)** Transmission lines.

**(4)** Services under this Additional Coverage do not include overhead transmission lines that deliver utility services to you. Overhead transmission lines include, but are not limited to:

**(a)** Overhead transmission and distribution lines;

**(b)** Overhead transformers and similar equipment; and

**(c)** Supporting poles and towers.

**(5)** As used in this additional coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**(6)** This coverage is not an additional amount of insurance.

**(7)** Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

**(8)** The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Utility Services Additional Coverage.

**cc. Deferred Payments**

**(1)** We will pay for your interest in lost or damaged Business Personal Property sold by you under a conditional sale or

trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

**(2)** When a total loss to that property occurs, deferred payments are valued on the amount shown on your books as due from the buyer. When a partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as follows:

**(a)** If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

**(b)** If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**(3)** When loss occurs and the buyer continues to pay you, there will be no loss payment.

**(4)** The most we will pay for loss under this Additional Coverage is $5,000 per occurrence.

**dd. Electronic Vandalism**

**(1)** **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered,** paragraph **o.** is deleted.

**(2)** We cover direct physical loss of or damage to covered "computer equipment" at the described premises caused by "electronic vandalism".

**(3)** The most we will pay in any one occurrence under this Additional Coverage is $10,000. The most we will pay for all covered losses under this Additional Coverage during each separate 12-month period of this policy is $10,000.

**(4)** **Special Electronic Vandalism Exclusions**

We do not cover:

**(a)** Loss of proprietary use of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered;

**(b)** Loss of or reduction in economic or market value of any "electronic

data" or "proprietary programs" that have been copied, scanned, or altered; and

**(c)** "Theft" from your "electronic data" or "proprietary programs" of confidential information through the observation of the "electronic data" or "proprietary programs" by accessing covered "computer equipment" without any alteration or other physical loss of or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**ee. Interruption of Computer Operations**

This Additional Coverage is only available if Business Income is covered under this Coverage Form.

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" at the described premises caused by an interruption in computer operations due to destruction or corruption of "electronic data" occurring at or away from the described premises resulting from any Covered Cause of Loss.

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss include "electronic vandalism". But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(3)** The most we will pay under this Additional Coverage - Interruption of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage - Interruption of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in paragraph **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a "suspension"of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs **(1)**, **(2)**, **(3)** and **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by "electronic vandalism",except as provided under paragraphs **(1)**, **(2)**, **(3)** and **(4)** of this Additional Coverage.

**(7)** This Additional Coverage - Interruption of Computer Operations does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.



OBCD394506    1308875

**ff.  Limited Coverage for Fungi, Wet Rot, or Dry Rot**

**(1)**  The coverage described in paragraphs **(2)** and **(6)** below only applies when the "fungi", wet rot or dry rot is the result of any of the "specified causes of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)**  We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)**  Direct physical loss of or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)**  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)**  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)**  The coverage described under this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences caused by or resulting from any of the "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $50,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)**  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)**  The terms of this Limited Coverage do not increase or reduce the coverage provided in **SECTION I - PROPERTY, A. Coverage, 5 Additional Coverages, d. Collapse;** and/or **e. Water Damage, Other Liquids, Powder or Molten Material Damage**.

**(6)**  The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all the terms and conditions of the applicable **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, f. Business Income** and/or **g. Extra Expense**:

**(a)**  If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, f. Business Income** and/or **g. Extra Expense** is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)**  If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet

rot or dry rot, but remediation of "fungi", wet rot, dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**gg. Theft of Telephonic Services**

**(1)** We will pay amounts you are obligated to pay that result from the "theft" of your "telephonic services" when someone who is not an "employee" gains unauthorized access to your "telephonic services" used in your business operations.

**(2)** The most we will pay under this Additional Coverage for acts of "theft" of "telephonic services", regardless of the number of "thefts" of "telephonic services" that you sustain in one policy year is $25,000.

**hh. Computer and Funds Transfer Fraud**

**(1)** We will pay for:

**(a)** Loss resulting directly from a fraudulent:

**(i)** Entry of "electronic data" or "computer program" into; or

**(ii)** Change of "electronic data" or "computer program" within;

any "computer equipment" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to **(1)(a)(i)** and **(1)(a)(ii)** in the above paragraph**:**

**(iii)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(iv)** Your account at a "financial institution" to be debited or deleted.

**(b)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

**(2)** As used in **(1)(a)** above, fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or

change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for "computer equipment" covered under this Insuring Agreement.

**(3)** The most we will pay per occurrence under this Additional Coverage is $5,000 unless a higher Limit of Insurance is shown in the Schedule of Amended Limits of Insurance.

**(4)** Under this Additional Coverage all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of acts:

is considered one occurrence.

**ii. Tenant Building Insurance - When Your Lease Requires You to Provide Insurance**

**(1)** This Additional Coverage is available only when the Named Insured is a tenant and a Limit of Insurance is shown in the Declarations Page for Business Personal Property.

**(2)** We will pay for direct physical loss of or damage to a building on the described premises owned by your landlord and in your care, custody or control for which you have a written contractual responsibility to insure. The loss or damage must be the result of or caused by a Covered Cause of Loss.

**(3)** Regardless of the number of described buildings affected, the most we will pay per insured location under this Additional Coverage is $25,000 in any one occurrence.

**jj. Tenant Business Personal Property Insurance - When Your Lease Requires You to Provide Insurance**

**(1)** This Additional Coverage is available only when the Named Insured is a tenant and a Limit of Insurance is shown in the Declarations Page for Business Personal Property.

**(2)** Subject to **SECTION I - PROPERTY, E. Property Loss Conditions**, **5. Loss Payment,** paragraph **d.,** subparagraph **(3)(b),** we will pay for

The Hanover Insurance Group.

OBCD394506    1308875

direct physical loss of or damage to your landlord's personal property located inside of a building on the described premises and in your care, custody or control for which you have a written contractual responsibility to insure. The loss or damage must be the result of or caused by a Covered Cause of Loss.

**(3)** Regardless of the number of buildings where the landlord's personal property is located, the most we will pay per insured location under this Additional Coverage in any one occurrence is $25,000.

**6. Coverage Extensions**

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises:

**a. Newly Acquired or Constructed Property**

**(1) Buildings**

If your policy covers Buildings, you may extend the insurance provided under Building to apply to direct physical loss or damage when such loss or damage is caused by a Covered Cause of Loss to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Used as a warehouse.

**(c)** The most we will pay for loss or damage under this Extension for Newly Acquired or Constructed Buildings is $1,000,000 at each building.

**(2) Business Personal Property**

**(a)** If your policy covers Business Personal Property, you may extend the insurance provided under Business Personal Property to apply to direct physical loss or damage when such loss or damage is caused by a Covered Cause of Loss to:

**(i)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(ii)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

**(iii)** Business Personal Property that you newly acquire, located at the described premises.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(c)** This insurance may not be used to increase your Business Personal Property Limit. It does not apply to personal property you acquire as part of your usual customary business dealings whether or not such acquisition was related to anticipated seasonal demands. Under the terms of this Coverage Form, such property is not considered newly acquired, but falls within the provisions for Business Personal Property.

**(d)** The most we will pay for loss or damage under this Extension is $500,000 at each premises.

**(3) Business Income and Extra Expense**

You may extend the insurance that applies to Business Income and Extra Expense to apply to property at any location you acquire. The most we will pay for loss or damage under this Extension is $250,000 at each premise.

**(4) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired or Constructed

Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off Premises**

**(1)** If your policy covers Business Personal Property, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage when such loss or damage is caused by a Covered Cause of Loss while:

**(a)** At a location you do not own, lease or operate; or

**(b)** At any fair, trade show or exhibition.

**(2)** The most we will pay for loss or damage under this Extension is $50,000 or the amount shown in the Additional Property Coverage Schedule, whichever is greater.

**(3) Special Personal Property Off Premises Exclusions**

This extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your sales representative, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**c. Outdoor Property**

**(1)** You may extend insurance provided by this Coverage Form to apply to direct physical loss or damage to your radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns (other than trees, shrubs or plants which are "stock" or are a part of a vegetated roof) including debris removal

expense, caused by or resulting from any of the following causes of loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or civil commotion;

**(e)** Aircraft;

**(f)** Windstorm; or

**(g)** Ice, snow, sleet and hail.

**(2)** Coverage under this Extension does not apply to property held for sale to you.

**(3)** Regardless of the number of described premises involved, the most we will pay for loss or damage under this Extension, including debris removal expense, is $10,000, but not more than $1,000 for any one tree, shrub or plant.

**d. Personal Effects**

**(1)** If your policy covers Business Personal Property, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage to personal effects owned by you, your officers, your partners or "members", your "managers" or your "employees" when such loss or damage is caused by a Covered Cause of Loss.

**(2)** This extension does not apply to:

**(a)** Tools or equipment used in your business; and

**(b)** "Employees" tools and small equipment;

**(3)** The most we will pay for loss or damage under this Extension is $10,000 at each described premises.

**e. Valuable Papers and Records (Other Than Electronic Data)**

**(1)** If your policy covers Business Personal Property, you may extend the insurance provided under **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause

of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Additional Property Coverage Schedule.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence not at the described premises is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Additional Property Coverage Schedule.

**(4)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; or

**(b)** Property in storage away from the premises shown in the Declarations;

**(5)** **SECTION I - PROPERTY, B. Exclusions** does not apply to this Coverage Extension except for:

**(a)** Paragraph **1.c. Governmental Action**;

**(b)** Paragraph **1.d. Nuclear Hazard**;

**(c)** Paragraph **1.f. War and Military Action**;

**(d)** Paragraph **2.d. Dishonesty**;

**(e)** Paragraph **2.e. False Pretense**;

**(f)** Paragraph **2.k. Errors or Omissions**; and

**(g)** Paragraph **3.a. Weather Conditions, 3.b. Acts or Decisions** and **3.c. Negligent Work.**

**f.** **Accounts Receivable**

**(1)** If your policy covers Business Personal Property, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to accounts receivable when such loss or damage

is caused by or results from a Covered Cause of Loss. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** We will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises. The most we will pay is $25,000 for accounts receivable at the described premises, unless a higher Limit of Insurance for accounts receivable is shown in the Additional Property Coverage Schedule.

**(3)** We will pay under this Coverage Extension for loss or damage in any one occurrence not at the described premises. The most we will pay is $25,000 for accounts receivable not at the described premises.

**(4)** **SECTION I - PROPERTY, B. Exclusions** does not apply to this Coverage Extension except for:

**(a)** Paragraph **1.c. Governmental Action**;

**(b)** Paragraph **1.d. Nuclear Hazard**;

**(c)** Paragraph **1.f. War and Military Action**;

**(d)** Paragraph **2.d. Dishonesty**;

**(e)** Paragraph **2.e. False Pretense**; and

**(f)** Paragraph **3.a. Weather Conditions, 3.b. Acts or Decisions** and **3.c. Negligent Work.**

**(5)** **Accounts Receivable Special Exclusion**

We will not pay for:

**(a)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or "other property".

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(b)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**(c)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**g. Key Replacement and Lock Repair**

**(1)** You may extend the insurance provided under this Coverage Form to cover the reasonable and necessary expense you incur due to a covered "theft" for:

**(a)** Replacement of keys if they are stolen;

**(b)** Lock repair; or

**(c)** Rekeying, replacing or reprogramming undamaged locks to accept new keys or entry codes when the building security has been compromised.

**(2)** The most we will pay under this Extension is $1,000. The deductible does not apply to this Extension.

**h. Appurtenant Structures**

**(1)** If your policy covers Buildings, you may extend the insurance provided under Building to apply to direct physical loss or damage to garages, carports, storage buildings and other appurtenant structures, including, but not limited to, swimming pools, spas and the associated equipment within 1,000 feet of the described premises when such loss or damage is caused by or results from a Covered Cause of Loss.

**(2)** The most we will pay for loss or damage under this Extension is $50,000 at each described premises regardless of the number of buildings or structures affected.

**i. Personal Property in Transit**

**(1)** If your policy covers Business Personal Property, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage to your property or property of others that is in your care, custody or control while "in transit" when such loss or damage is caused by or results from a Covered Cause of Loss.

**(2)** You may extend the insurance that applies to **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to outgoing shipments that have been rejected, while in due course of transit back to you or while awaiting return shipment to you.

**(3)** This Extension applies to the property while in:

**(a)** A vehicle owned, leased or operated by you; or

**(b)** The custody of a common carrier or contract carrier.

**(4)** The following in **SECTION I - PROPERTY**, **B. Exclusions**, paragraph **1.** do not apply to this Extension:

**(a) b. Earth Movement**; and

**(b) g. Water**.

**(5)** The most we will pay for loss or damage under this Coverage Extension is $10,000 unless a higher Limit of Insurance is shown in the Schedule of Amended Limits of Insurance.

**(6) Special Personal Property In Transit Exclusions**

This Extension does not apply to:

**(a)** Shipments that belong to others that you are transporting for a fee;

**(b)** Property while waterborne;

**(c)** Salesperson's Samples; or

**(d)** Loss to "perishable goods" resulting from a breakdown of refrigeration equipment on any vehicle owned, leased or operated by you or while in the custody of a common or contract carrier.



OBCD394506    1308875

**j. Inventory and Loss Appraisal**

(1) We will pay for all reasonable expenses you incur at our written request to assist us in:

  (a) The investigation of a claim;

  (b) The determination of the amount of loss, such as taking inventory;

  (c) The cost of preparing specific loss documents and other supporting exhibits; or

  (d) Expenses you incur include costs charged to you by others, including property managers, acting on your behalf to assist us with items listed in paragraph **(1)** above.

(2) Regardless of the number of premises involved, the most we will pay under this Extension is $10,000.

(3) The deductible does not apply to these expenses.

(4) **Special Inventory and Loss Appraisal Exclusion**

  We will not pay for expenses:

  (a) Incurred to perform your duties in the event of a loss under **SECTION I - PROPERTY**, **E. Property Loss Conditions**;

  (b) To prove that loss or damage is covered;

  (c) Billed by and payable to independent or public adjusters; attorneys; claims advocates; or any of their affiliated or associated entities;

  (d) To prepare claims not covered by this Coverage Form; or

  (e) Incurred under any appraisal provisions within the Coverage Form.

**k. Business Personal Property Temporarily in Portable Storage Units**

(1) If your policy covers Business Personal Property, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b. Business Personal Property** to apply to direct physical loss or damage to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the buildings or structures

described in the Declarations or within 1,000 feet of the described premises, whichever distance is greater when such loss or damage is caused by or results from a Covered Cause of Loss.

(2) We will not pay for loss of or damage to Business Personal Property temporarily in portable storage units, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

  (a) The portable storage unit first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

  (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

(3) Coverage under this Extension:

  (a) Will end 90 days after the Business Personal Property has been placed in the storage unit;

  (b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $25,000 unless a higher limit is shown in the Additional Property Coverage Schedule for this Extension regardless of the number of storage units.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

**l. Paved Surfaces**

(1) If your policy covers Buildings, you may extend the insurance provided under **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, a. Building** to apply to direct physical loss or damage to your paved surfaces, including but not limited to bridges, roadways, walks, patios, and parking lots when such loss or

damage is caused by or results from a Covered Cause of Loss.

**(2)** Regardless of the number of described premises involved, the most we will pay for loss or damage in any one occurrence is $25,000.

**(3)** Payment for loss or damage to this property is included in the applicable Limit of Insurance.

**(4) Special Paved Surfaces Exclusion**

We will not pay for loss or damage caused by tree roots, freezing or thawing.

**m. Underground Pipes**

**(1)** If your policy covers Buildings, you may extend the insurance provided in **SECTION I - PROPERTY, A. Coverage, 1. Covered Property, a. Building** to apply to direct physical loss or damage to underground pipes, flues and drains when such loss or damage is caused by or results from a Covered Cause of Loss.

**(2)** The most we will pay for loss under this Coverage Extension is the applicable Limit of Insurance.

**(3)** Payment under this Additional Coverage is included within the Limit of Insurance.

**(4) Special Underground Pipes Exclusion**

We will not pay for loss or damage caused by tree roots.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance or Law**

**(1)** The enforcement of or compliance with any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

This exclusion does not apply to the Ordinance or Law Additional Coverage.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in paragraphs **(1), (2), (3)** and **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for volcanic action as set forth in paragraph **(5),** subparagraphs **(a), (b)** and **(c)** above, all volcanic eruptions that occur within

OBCD394506    1308875

any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether or not any of the above, in **SECTION I - PROPERTY**, **B. Exclusions**, paragraph **1., b Earth Movement**, subparagraphs **(1), (2), (3), (4)** and **(5)**, are caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility services to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause

of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer equipment" and "electronic data" or to **SECTION I - PROPERTY, 5. Additional Coverages, bb. Utility Services**.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** "Flood", surface water, waves (including tidal wave or tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump; or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

  **(a)** Foundations, walls, floors or paved surfaces;

  **(b)** Basements, whether paved or not; or

  **(c)** Doors, windows or other openings.

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in paragraphs **(1), (3)** or **(4)** above, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of paragraphs **(1), (2), (3), (4)** and **(5)** above, are caused by an act of nature or is otherwise caused. An example

of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if Water, as described in paragraphs **(1)**, **(2)**, **(3)**, **(4)** and **(5)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage. If electrical "covered equipment" requires drying out because of paragraphs **(1)**, **(2)**, **(3)**, **(4)** and **(5)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and Deductible for Building or Personal Property, whichever applies.

**h. Fungi, Wet Rot or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in any of the "specified causes of loss", we will pay for the loss or damage caused by any of the "specified causes of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage, ff. Limited Coverage for Fungi, Wet Rot or Dry Rot**, with respect to loss or damage by a cause of loss other than fire or lightning.

**i. Virus or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in paragraph **(1)** above, does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in **SECTION I - PROPERTY, B. Exclusions,** paragraph **1., h. Fungi, Wet Rot or Dry Rot**.

**(3)** With respect to any loss or damage subject to the exclusion in paragraph **(1)** above, such exclusion supersedes any exclusion relating to "pollutants".

**SECTION I - PROPERTY, B. Exclusions,** paragraphs **1.a., 1.b., 1.c., 1.d., 1.e., 1.f., 1.g., 1.h. and 1.i.** apply whether or not the loss

event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Consequential Losses**

Delay, loss of use or loss of market, however caused.

**b. Smoke, Vapor and Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**c. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**d. Dishonesty**

Dishonest or criminal act by you, any of your partners, "members", officers, managers, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but "theft" by employees is not covered.

This exclusion does not apply to coverage that is provided under the Employee Theft Including ERISA Additional Coverage.

**e. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have sold, given or otherwise entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

This exclusion does not apply to the Unauthorized Business Card Use Additional Coverage.

**f. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**g. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

    **(a)** An abrupt falling down or caving in;

    **(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to paragraphs **(a)** or **(b)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **g.** does not apply:

    **(a)** To the extent that coverage is provided under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, d. Collapse**; or

    **(b)** To collapse caused by one or more of the following:

        **(i)** Any of the "specified causes of loss"

        **(ii)** Breakage of building glass;

        **(iii)** Weight of rain that collects on a roof; or

        **(iv)** Weight of people or personal property

**h. Pollution**

Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in any of the "specified causes of loss", we will pay for the loss or damage caused by any of the "specified causes of loss".

**i. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j. Other Types of Loss**

    **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals; or

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer equipment".

This exclusion does not apply to the Equipment Breakdown Additional Coverage.

**(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of the atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in paragraphs **(1)**, **(2)**, **(3)**, **(4)**, **(5)**, **(6)** and **(7)** above, results in any of the "specified causes of loss", "accident", "electronic circuity impairment" or building glass breakage, we will pay for the loss or damage caused by any of the "specified causes of loss", "accident", "electronic circuity impairment" or building glass breakage.

**k. Errors or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing "electronic data" or in any "computer equipment" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire, "accident", "electronic circuity impairment" or explosion if these causes of loss would be covered by this Coverage Form.

**l. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or

repair of your "computer equipment" system including "software".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**m. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**, and **6. Coverage Extensions**.

However, we will pay for direct loss or damage caused by lightning.

**n. Artificially Generated Electricity**

Artificially generated electric current including electric arcing, that disturbs electrical devices, appliances or wires except as provided for in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, u. - Equipment Breakdown**. But, if artificially generated electric current results in fire, we will pay for the loss or damage caused by fire.

**o. Computer Processing Exclusion**

(1) Errors or omissions in programming or incorrect instructions to "hardware";

(2) Electrical or magnetic damage, disturbance of recordings or erasure of electronic recordings, except as provided under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**, **u. Equipment Breakdown**. We will also pay for direct loss caused by lightning;

(3) Mechanical breakdown or malfunction, component failure, faulty installation or blowouts; except as provided for under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**, **u. Equipment Breakdown**; or

(4) Faulty instruction or incorrect usage, including changes in arrangements or parts.

**p. Loss of Warranty**

Loss of warranty or similar future or potential benefit even when following a covered loss or covered damage.

(1) Loss of this type does not meet direct physical loss or damage.

(2) We agree that reasonable repair or reconditioning measures be pursued to ensure soundness of property after loss or damage:

(a) Where proper and adequate report or reconditioning method is debated, you and we agree to follow the usual and customary industry repair and reconditioning practices; or

(b) For situations not resolved by paragraph **(a)** above, either party may demand that the matter be resolved through Appraisal as provided for elsewhere in the Coverage Form.

**q. Continuous or Repeated Seepage or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**r. Authorized Access**

Loss resulting from a fraudulent:

(1) Entry of "electronic data" or "computer program" into; or

(2) Change of "electronic data" or "computer program" within;

any "computer equipment" owned, leased or operated by you by a person or organization with authorized access to that "computer equipment", except when covered under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, hh. Computer and Funds Transfer Fraud**, paragraph **b.**.

**s. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

(1) Transfer, pay or deliver "money", "securities" or "other property"; or

(2) Debit or delete your account; which instruction proves to be fraudulent, except when covered under **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, hh. Computer and Funds Transfer Fraud**, paragraphs **a.(2)** and **b.**.

**3.** We will not pay for loss or damage caused by or resulting from paragraphs **a.**, **b.** and **c.** below. But if an excluded cause of loss that is listed in paragraphs **a.**, **b.** and **c.** below, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **SECTION I - PROPERTY**, **B. Exclusions**, paragraph **1.** to produce the loss or damage.

**b. Acts or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss or Damage to Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income and Extra Expense Exclusions**

We will not pay for:

**a.** Any Extra Expense or increase of Business Income loss caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons;

(2) "Suspension", lapse or cancellation of any license, lease or contract. But if the "suspension", lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" in accordance with the terms of **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, f. Business Income, (2) Extended Business Income.**

(3) Damage or destruction of "finished stock"; the time required to reproduce "finished stock"; or

(4) Any other consequential loss.

Paragraph **5.a.(3)** does not apply to Extra Expense.

**C. Limits of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance of **SECTION I - PROPERTY** shown in the Declarations.

**2.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to **SECTION I - PROPERTY, C. Limits of Insurance**:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-Up and Removal;

**c.** Civil Authority;

**d.** Money Orders and Counterfeit Money;

**e.** Forgery or Alteration;

**f.** Ordinance or Law;

**g.** Business Income from Dependent Properties;

**h.** Glass Expenses;

**i.** Fire Protection Equipment Recharge

**j.** Employee Theft;

**k.** Rewards - Arson and Theft;

**l.** Computer Equipment;

**m.** Tenant Signs (Tenants Only);

**n.** Commercial Tools and Small Equipment;

**o.** Installation;

**p.** Fine Arts;

**q.** Sales Representative Samples;

**r.** Leasehold Interest (Tenants Only);

**s.** Unauthorized Business Credit Card Use;

**t.** Deferred Payments;

**u.** Money and Securities;

**v.** Electronic Vandalism;

**w.** Interruption of Computer Operations;

**x.** Theft of Telephonic Services;

**y.** Computer and Funds Transfer Fraud;

**z.** Tenant Building Insurance - When Your Lease Requires You to Provide Insurance; or

**aa.** Tenant Business Personal Property Insurance - When Your Lease Requires You to Provide Insurance.

**3. Building Limit - Increase**

If Covered Property is written on a Replacement Cost basis:

**a.** The Limit of Insurance for Buildings will be revised by changes that occurred in the cost of construction during the preceding policy year.

**b.** The amount of increase will be determined by reports of a recognized valuation method.

**c.** We will inform you of such adjusted values. Upon their acceptance, you agree to pay any additional premium for the adjusted limit. Payment of your renewal premium, which includes the revised Limit of Insurance, shall constitute acceptance.

**d.** We will pay the replacement cost value of the damaged portion of the building at the time of loss, but not more than 125% of the Limit of Insurance for Building if:

(1) The amount of any loss covered by this Coverage Form exceeds the Limit of Insurance for Building stated in the Declarations for the damaged Building; and

(2) The actual repair or replacement is completed within one year of the date of loss.

**e.** The **Building Limit - Increase** clause will not apply if:

(1) You do not accept the adjusted value; or

(2) You do not inform us of changes to covered Building:

(a) Within sixty (60) days of the date any additions, improvements or enlargements to the building are begun, and

(b) When the replacement value of the changes are more than 5%of

the Limit of Insurance for the building.

**4. Business Personal Property Limit - Seasonal Increase**

**a.** The Limit of Insurance for Business Personal Property will increase by 25% to provide for seasonal variations.

**b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable limit in **SECTION I - PROPERTY, C. Limit of Insurance**.

**2.** No Deductible applies to the following Additional Property Coverages and Extensions of Coverage:

**a.** Fire Department Service Charge;

**b.** Fire Protection Equipment Recharge;

**c.** Business Income;

**d.** Extra Expense;

**e.** Civil Authority;

**f.** Key Replacement and Lock Repair;

**g.** Deferred Payment;

**h.** Debris Removal;

**i.** Rewards - Arson, Theft and Vandalism;

**j.** ERISA Compliance;

**k.** Preservation of Property;

**l.** Pollutant Clean-Up and Removal;

**m.** Ordinance or Law;

**n.** Leasehold Interest (Tenants Only);

**o.** Unauthorized Business Credit Card Use;

**p.** Business Income from Dependent Properties; and

**q.** Inventory and Loss Appraisal.

**3.** A $250 Deductible applies to the following Coverages:

**a.** Glass - Interior and Exterior; and

**b.** Glass Expenses.

**4.** A $500 Deductible applies to all of the Additional Property Coverages and Extensions of Coverage scheduled on the Declarations, except Equipment Breakdown, unless otherwise indicated in paragraphs **2.**, **3.** or **5.** of this section.

**5.** A $1,000 Deductible applies to the following Additional Property Coverages and Extensions of Coverage:

  **a.** Employee Theft (except ERISA Compliance);

  **b.** Sales Representative Samples;

  **c.** Installation;

  **d.** Personal Property Off Premises;

  **e.** Personal Property In Transit.

**6.** The Deductible shown in the Declarations for the Equipment Breakdown Additional Coverage applies to the Additional Coverage for Equipment Breakdown.

**7.** Each Deductible shall be applied separately, but only to the coverage specified. The total Deductible for all losses in one occurrence will be the highest Deductible amount that applies to that occurrence.

**8.** The Business Income Waiting Period shown on the Declarations Page for the Business Income and Civil Authority Additional Coverages is applicable in addition to a Deductible.

**E. Property Loss Conditions**

  **1. Abandonment**

    There can be no abandonment of any property to us.

  **2. Appraisal**

    If you and we disagree on the amount of a covered loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties in the Event of Loss or Damage**

  **a.** You must see that the following are done in the event of loss or damage to Covered Property:

    **(1)** Notify the police if a law may have been broken.

    **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

    **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

    **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase **SECTION I - PROPERTY**, **C. Limits of Insurance.** However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

    **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

    **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

    **(8)** Cooperate with us in the investigation or settlement of the claim.

    **(9)** Resume all or part of your "operations" as quickly as possible.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter

relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred. The 2 year limitation also applies to indirect or consequential loss covered under this Coverage Form.

**5. Loss Payment**

In the event of loss or damage covered by this Coverage Form:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to paragraph **d.,** subparagraph **(1)(d)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation except as provided in paragraphs **(2), (3), (4), (5), (6), (7), (8), (9), (10), (11), (12), (13), (14), (15)** and **(16)** below.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the loss or damaged property is actually repaired or replaced;

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage; and

**(iii)** Unless the repairs or replacement are completed within 24 months for personal property or for buildings and other real property after the loss or damage, unless extended in writing by us.

However, if the cost to repair or replace a damaged building is $2,500 or less we will determine the value at replacement cost without deduction for depreciation.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of the following amounts:

**(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

**1)** Of comparable material and quality; and

**2)** Used for the same purpose; or

**(ii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new location, the recoverable amount is limited to the cost which would have been incurred had the building been built at the original premises.

**(d)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Declarations indicate the Actual Cash Value applies to Building or Personal Property, paragraph **(1)** above does not apply to that property. Instead, we will determine the value of that property at the actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, "antiques" or rare articles, including but not limited to, etchings, pictures, statuary, marbles, bronzes, porcelains, glassware and bric-a-brac not otherwise covered in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage, x. Fine Arts**; or

**(f)** Commercial Tools and Small Equipment and Contractors Tools and Equipment. This does not apply to your Commercial Tools and Small Equipment permanently installed or exclusively used at the described premises.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenant's Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you, as the tenant, do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in paragraph **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** "Valuable papers and records" at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the "media" on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(7)** "Money" at its face value; and

**(8)** "Securities" at their value at the close of business on the day the loss is "discovered".

**(9)** Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, regardless of how that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**(10)** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**(11)** "Finished stock" you manufactured at selling price less discounts and expenses you otherwise would have had.

**(12)** Personal Property in Transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

**(13)** Precious metals, such as gold, silver and platinum, at the average market cost of replacements on the date of loss, or the actual cost of the replacement, if less.

**(14)** "Fine Arts"

We will pay the lesser of:

**(a)** The market value at the time of loss or damage;

**(b)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

**(c)** The cost of replacement with substantially identical property.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive a properly completed sworn proof of loss, provided you have complied with all of the terms of this Coverage Form, and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** In settling covered losses involving a party wall, we will pay a proportion of the loss, to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of **SECTION III - COMMON POLICY CONDITIONS, K. Transfer of Rights of Recovery Against Others to Us** in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to **SECTION I - PROPERTY, C the Limits of Insurance**.

**7. Vacancy**

**a. Description of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such leased space is vacant when it does not contain

enough business personal property to conduct customary "operations".

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operation.

**(2)** Buildings under construction or renovation are not considered vacant when customary "operations" cannot be conducted as a direct result of the construction or renovation.

**b. Vacancy Provisions**

If the building or leased space where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage due to freezing, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** "Theft"; or

**(f)** Attempted "theft".

**(2)** With respect to Covered Causes of Loss other than those listed in paragraphs **(a), (b), (c), (d), (e) and (f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Pair, Sets or Parts**

For pairs or sets, we will either:

**(a)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(b)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**(c)** Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**F. Property General Conditions**

**1. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Form will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the

mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under **SECTION I - PROPERTY:**

**a.** We cover loss or damage commencing:

   **(1)** During the policy period shown in the Declarations; and

   **(2)** Within the coverage territory or, with respect to property "in transit", while it is between points in the coverage territory.

**b.** The coverage territory is:

   **(1)** The United States of America (including its territories and possessions);

   **(2)** Puerto Rico; and

   **(3)** Canada.

**5. Protective Devices**

**a.** If you received a discount to the property premium of this policy because of the existence of one of the following protective devices, you are required to maintain that protective device. Existence of an applicable protective devices credit can be found on the Declarations Page.

**b.** Protective devices include Automatic Sprinkler Systems including related supervisory services, Automatic Fire Alarms and Central Station Security Alarms.

**c.** We will not pay for loss or damage caused by a Covered Cause of Loss which a device is intended to protect against if you:

   **(1)** Knew of any suspension or impairment in any protective device and failed to notify us of that fact; or

   **(2)** Failed to maintain any protective device over which you had control in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**6. Increase in Hazard**

We will not pay for loss or damage when there has been a material increase in hazard that is within your knowledge or control. This condition applies to any and all portions of a claim.

**G. Property Definitions**

**1.** "Accident"

**a.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

   **(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

   **(2)** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   **(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   **(4)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   **(5)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**b.** None of the following is an "accident":

   **(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within

or involving data or "media" of any kind; or

**(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** "Antique" or "antiques" means an object having value because its:

**a.** Craftsmanship is in the style or fashion of former times; and

**b.** Age is 100 years old or older.

**3.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), Saas (software as a service) and NaaS (network as a service). This includes business models know as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**4.** "Computer equipment" means:

**a.** "Hardware" and related component parts. Component parts include but are not limited to modems, routers, printers, keyboards, monitors, and scanners;

**b.** "Software"; and

**c.** "Protection and control equipment".

"Computer equipment" does not mean "Computer equipment" used to operate production-type machinery or equipment.

**5.** "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "hardware" or "software", a Web site, or a computer network and that results in but is not limited to:

**a.** Deletion, destruction, generation, or modification of "software";

**b.** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality or performance of "software";

**c.** Observation, scanning, or copying of "electronic data", "programs and applications", and "proprietary programs";

**d.** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"'; or

**e.** Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

**6.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**7.** "Computer Virus" means the introduction into "hardware", "software", computer network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

**a.** Deletion, destruction, generation, or modification of "software";

**b.** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

**c.** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

**d.** Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

**8.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**9.** "Covered equipment" means Covered Property which, during normal usage, operates under vacuum or pressure, other than the weight of its contents, or that generates, transmits or utilizes energy.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

"Covered equipment" does not include:

**a.** Structure, foundation, cabinet or compartment;

**b.** Insulating or refractory material;

**c.** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**d.** Water piping other than boiler feedwater piping, boiler condensate return piping or

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

water piping forming a part of a refrigerating or air conditioning system;

**e.** Dragline, excavation equipment or construction equipment;

**f.** Vehicle, meaning any machine or apparatus that is used for transportation or moves under its own power or any equipment mounted on a vehicle. Vehicle includes but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle;

**g.** Equipment manufactured by you for sale or

**h.** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft.

**10.** "Data" means a representation of information, knowledge, facts, concepts or instructions which are being processed or have been processed in "computer equipment".

**11.** "Data records" means files, documents and information in an electronic format and that are stored within "electronic data".

**12.** "Denial of service attack" means the malicious direction or a high volume of worthless inquiries to website or e-mail destinations, effectively denying or limiting legitimate access regardless of whether or not damage to "computer equipment" results.

**13.** "Dependent property" or "dependent properties" means the property owned by others whom you depend upon to:

**a.** Deliver materials or services to you or to others for your account. But services do not mean water supply services, wastewater removal services, communication supply services or power supply services;

**b.** Accept your products or services;

**c.** Manufacture products for delivery to your customers under contract of sale; or

**d.** Attract customers to your business.

The "dependent property" must be located in the coverage territory of this Coverage Form.

**14.** "Discover" or "Discovered" means:

**a.** The time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this policy has been or will be

incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details may not be known.

**b.** "Discover" or "Discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this policy.

**15.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**16.** "Electronic circuitry impairment"

**a.** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **b.**, **c.** and **d.** below.

**b.** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment."

**c.** The "covered equipment" must be owned or leased by you, or operated under your control.

**d.** None of the following is an "electronic circuitry impairment":

  **(1)** Any condition that can be reasonably remedied by:

    **(a)** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

    **(b)** Rebooting, reloading or updating software or firmware; or

    **(c)** Providing necessary power or supply.

  **(2)** Any condition caused by or related to:

    **(a)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

    **(b)** Insufficient size, capability or capacity of the "covered equipment."

**(3)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

**17.** "Electronic data" means files, documents, information and "programs and applications" in an electronic format and that are stored on "media".

**18.** "Electronic Vandalism" means "computer hacking", "computer virus" or a "denial of service attack". "Electronic vandalism" does not include the "theft" of any property or services.

**19.** "Employee" or "employees" means:

**a.** Any natural person or persons:

**(1)** While in your service and for 30 days after termination of service; and

**(2)** Who you compensate directly by salary, wages or commissions; and

**(3)** Who you have the right to direct and control while performing services for you;

**b.** Any natural person who is furnished temporarily to you:

**(1)** To substitute for a permanent employee, as defined in paragraph **a.** above, who is on leave; or

**(2)** To meet seasonal or short-term workload conditions;

**c.** Any natural person or persons who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in paragraph **b.** above;

**d.** Any natural person who is a former "employee", partner, "manager", director or trustee retained as a consultant while performing services for you; or

**e.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody or property outside the described premises;

**f.** Any natural person who is:

**(1)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

**(2)** A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in paragraph **14.** of this section.

**20.** "Financial institution" means:

**a.** With regard to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage, s. Money and Securities**:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage, hh. Computer and Funds Transfer Fraud**:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** Other than **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, s. Money and Securities** and **hh. Computer and Funds Transfer Fraud**, any financial institution.

**21.** "Fine arts" means paintings, etchings, pictures, tapestries, rare art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" jewelry, bric-a-brac, porcelains and similar property of rarity, historical value or artistic merit.

**22.** "Finished stock" means stock you have manufactured. "Finished stock" also includes whiskey and alcoholic products being aged.

"Finished stock" does not include "stock" you have manufactured that is held for sale on the premises of any retail outlet.

**23.** "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas due to:

**a.** Surface water or waves, tides, tidal waves, tsunami, overflow of any body of water or their spray, all whether driven by wind or not (including storm surge);

**b.** The unusual or rapid accumulation of runoff of surface waters from any source;

**c.** Mudslides or mudflows which are caused by "flood" water. A mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

**d.** The release of water impounded by a dam, levee, dike, seawall or "flood" control device, whether driven by wind or not (including storm surge).

When a "flood" is a continuous or protracted event it will constitute a single "flood" occurrence.

**24.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**25.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, tele facsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in **SECTION I - PROPERTY**, **A. Coverage**, **5. Additional Coverages**, **k. Forgery or Alteration**) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent.

**26.** "Funds" means "money" and "securities".

**27.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

**28.** "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according the instructions, and producing desired results. "Hardware" includes but is not limited to:

**a.** Mainframe and mid-range computers and servers;

**b.** Personal computers and workstations;

**c.** Portable electronic devices. Portable electronic devices include laptops, tablets, e-readers, smartphones or other lightweight, hand-held or wearable devices capable of storing, retrieving and processing data; and

**d.** Peripheral data processing equipment, including but not limited to printers, keyboards, monitors, and modems.

"Hardware" does not mean electronic items that are not similar to the items listed in **a.**, **b.**, **c.** and **.d.** above. "Hardware" does not include:

**e.** Diagnostic equipment;

**f.** Electronic items that contain a computer to perform functions other than "hardware"; and

**g.** Peripheral data processing equipment valued more than the "hardware" itself.

**29.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**30.** "In transit" means in the course of shipment from or to the premises shown in the Declarations. It includes such shipments while temporarily stopped or delayed, incidental to the delivery.

**31.** "Manager" or "managers" means a person or persons serving in a directorial capacity for a limited liability company (LLC).

**32.** "Media" means an instrument that is used with "hardware" and on which "electronic data", "programs" and applications", and "proprietary programs" can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, CD-ROMs and other portable data devices.

**33.** "Member" or "Members" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**34.** "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property away from the described premises.

**35.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value;

**b.** Traveler's checks and money orders held for sale to the public; and

**c.** In addition, includes:

(1) For the purposes of **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, p. Employee Theft including ERISA Compliance** and **k. Forgery or Alteration,** deposits in your account at any "financial institution"; and

(2) For the purposes of **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverage hh. Computer and Funds Transfer Fraud,** deposits in your account at a "financial institution" as defined in **SECTION I - PROPERTY, G. Property Definitions** , paragraph **19.b..**

**36.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments," all will be considered "one equipment breakdown." All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown."

**37.** "Operations" means your business activities occurring at the described premises.

**38.** "Other property" means tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, "electronic data" or any property specifically excluded under this Coverage Form.

**39.** "Payment processing device" means any electronic device used to process credit, debit or charge card transactions, including but not limited to, digital pen pad devices, PIN pad devices, Automatic Teller Machines (ATMs), credit card processing machines.

**40.** "Payroll expense":

**a.** Means payroll expenses for all your "employees" except:

(1) Officers;

(2) Executive;

(3) Department Managers;

(4) "Employees" under contract; and

(5) Additional Exemptions shown in the Declarations as:

(a) Job classifications; or

(b) "Employees".

**b.** Includes:

(1) Payroll;

(2) Employee Benefits, if directly related to payroll;

(3) FICA payments you pay;

(4) Union dues you pay; and

(5) Workers' Compensation premiums.

**41.** "Period of Restoration"

**a.** Means the period of time that:

(1) Begins:

(a) After the number of hours shown as the Business Income Waiting Period in the Declarations after the time of direct physical loss or damage for Business Income Coverage; or

(b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt or replaced (to a condition permitting occupancy) with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location; or

(c) Exhaustion of the number of consecutive months as shown on the Policy Declarations Page.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**42.** "Perishable goods" means personal property:

**a.** Maintained under controlled temperature or humidity conditions for preservation; and

**b.** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**43.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**44.** "Programs and applications" means operating programs and applications that you purchase and that are:

  **a.** Stored on "media"; or

  **b.** Pre-installed and stored in "hardware".

Applications include, but are not limited to, programs for word processing, spreadsheet calculations, and graphic design.

**45.** "Proprietary programs" means proprietary operating programs and applications that you developed or that you had developed specifically for use in your "operations" and that are:

  **a.** Stored on "media"; or

  **b.** Installed and stored in "hardware".

**46.** "Protection and control equipment" means:

  **a.** Air conditioning or other cooling equipment used exclusively in the operation of the "hardware";

  **b.** Fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment and smoke and heat detectors; and

  **c.** Uninterruptible power supply system, line conditioner, and voltage regulator.

**47.** "Rental Value" means Business Income that consists of:

  **a.** New Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

  **b.** Continuing normal operating expenses incurred in connection with that premises, including:

    **(1)** Payroll; and

    **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**48.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or "other property" and includes:

  **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**49.** "Software" means;

  **a.** "Media";

  **b.** "Electronic Data";

  **c.** "Programs and applications"; and

  **d.** "Proprietary programs".

**50.** "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

  **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man-made underground cavities.

  **b.** Falling objects does not include loss of or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

  **c.** Water damage means

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal

sanitary sewer system, if the breakage or cracking is caused by wear or tear.

But water damage does not include loss or damage otherwise excluded in **SECTION I - PROPERTY, B. Exclusions,** paragraph **1. g. Water**.. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from breaking apart of cracking of a pipe which was caused by or related to weather-induced "flood" water, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced "flood" water which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in paragraphs **(1)** or **(2)** above of this definition of "specified causes of loss", such water is not subject to the provisions of **SECTION I - PROPERTY, B. Exclusions,** paragraph **1., g. Water**, which preclude coverage for surface water or water under the ground surface.

51. "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

52. "Suspension" means:

    **a.** The partial slowdown or complete cessation of your business activities; or

    **b.** Part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

53. "Telephonic services" means use of your:

    **a.** Telephone services;

    **b.** Telephone credit cards; or

    **c.** Telephone access cards.

54. "Theft" means the unlawful taking of property to the deprivation of the Insured.

55. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities" by means of:

    **a.** Electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

    **b.** Written instructions (other than those described in **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, k. Forgery or Alteration**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

56. "Valuable papers and records" means:

    **a.** Inscribed, printed or written:

        **(1)** Documents;

        **(2)** Manuscripts; and

        **(3)** Records;

        including abstracts, books, deeds, drawings, films, maps or mortgages;

    **b.** If you are a Printer, Publisher or Graphic Artist by trade, "valuable papers and records" means negatives, positives, artwork, separations, plates, dies, molds, forms, stock manuscripts and other similar property usual to the graphic arts, printing or publishing industry, including those which exist on electronic or magnetic "media", other than prepackaged software programs.

    But "valuable papers and records" does not mean "money" or "securities".

## SECTION II - LIABILITY

### A. Coverages

1. **Business Liability**

    **a.** We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in **SECTION II - LIABILITY, D - Liability and Medical Expenses Limits of Insurance;** and

        **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of

judgments, settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **f. Coverage Extension - Supplementary Payments**.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

**(c)** Prior to the policy period, no insured listed under **C. Who Is An Insured**, paragraph **1.** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under **C. Who Is An Insured,** paragraph **1.** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under **C. Who Is An Insured,** Paragraph **1.** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all or any part of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension - Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $2500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any

OBCD394506    1308875

prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance described in **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance.**

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**1)** Cooperate with us in the investigation, settlement or defense of the "suit";

**2)** Immediately send us copies of any demands, notices, summonses or

legal papers received in connection with the "suit";

**3)** Notify any other insurer whose coverage is available to the indemnitee; and

**4)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**1)** Obtain records and other information related to the "suit"; and

**2)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of **SECTION II - LIABILITY, B. Exclusions, 1. Applicable to Business Liability Coverage, b. Contractual Liability,** paragraph **(2),** such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(g)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

**(h)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable Limits of Insurance as described in **D. Liability and Medical Expenses Limits of Insurance.**

**c.** We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

## B. Exclusions

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the

execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(4)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(5)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in paragraphs **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

For the purpose of this exclusion, permitting a person to bring alcoholic beverages on your premises for consumption on your premises, whether or



not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar local, state, federal or foreign law or regulation.

**e. Employer's Liability**

"Bodily Injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph **(1)** above.

This exclusion applies:

**(3)** Whether the insured may be liable as an employer or in any other capacity; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location, which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions

necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading and unloading".

This paragraph **g. (1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" or the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This paragraph **g. (1)** does not apply to:

**(a)** The use of another's advertising idea in your "advertisement"; or

**(b)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

The
**Hanover**
Insurance Group.

OBCD394506        1308875

This paragraph **g. (2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" or the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This paragraph **g. (2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 51 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft (other than "unmanned-aircraft") or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

**(ii)** The operation of any of the following machinery or equipment:

**1)** Cherry pickers and similar devices mounted on automobile or truck

chassis and used to raise or lower workers; and

**2)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**(f)** An aircraft (other than "unmanned aircraft") that is:

**(i)** Chartered by, loaned to, or hired by you with a paid crew; and

**(ii)** Not owned by any insured.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage", "personal and advertising injury" caused by the rendering of or failure to render any professional service, advice or instruction:

**(1)** By you; or

**(2)** On your behalf; or

**(3)** From whom any of you assumed liability by reason of a contract or agreement,

regardless of whether any such service, advice or instruction is ordinary to any insured's profession.

Professional services include but are not limited to:

**(4)** Legal, accounting or advertising services, notary, title abstract, tax preparation, real estate, stockbroker, publishing, architects or insurance services;

**(5)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(6)** Supervisory, inspection or engineering services;

**(7)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(8)** Any health or therapeutic service treatment, advice or instruction;

**(9)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including use or exposure to any sun lamp, tanning booth or other similar appliance;

**(10)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(11)** Body piercing services;

**(12)** Services in the practice of pharmacy;

**(13)** Management, Human Resource, Testing, Media or Public Relations consulting services.

This exclusion applies even if a claim alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

**k. Damage to Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate Limit of Insurance applies to **Damage to Premises Rented to You** as described in **SECTION II - LIABILITY, D. Liability and Medical Expenses Limit Of Insurance.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products - completed operations hazard".

**l. Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products - completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which



OBCD394506     1308875

the damage arises was performed on
your behalf by a subcontractor.

**n. Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired
property" or property that has not
been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy
or dangerous condition in "your
product" or "your work"; or

**(2)** A delay or failure by you or
anyone acting on your behalf to
perform a contract or agreement
in accordance with its terms.

This exclusion does not apply to the
loss of use of other property arising
out of sudden and accidental physical
injury to "your product" or "your work"
after it has been put to its intended
use.

**o. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or
expense incurred by you or others for
the loss of use, withdrawal, recall,
inspection, repair, replacement,
adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is
withdrawn or recalled from the market
or from use by any person or
organization because of a known or
suspected defect, deficiency,
inadequacy or dangerous condition in
it.

**p. Aircraft Products, Grounding and Testing**

**(1)** "Aircraft products " or reliance
upon any representation or
warranty made with such product;

**(2)** The "grounding" of any aircraft; or

**(3)** The "testing" of any aircraft.

For purposes of this Exclusion, the
following definitions apply:

**(4)** "Aircraft Products" means:

**(a)** Aircraft, including but not
limited to missiles, spacecraft,
or any other aircraft goods or
products you manufacture,
sell, handle or distribute;

**(b)** Aircraft and any ground
support or control equipment
used in connection therewith;

**(c)** Any product provided by the
insured and installed or used
in connection with any aircraft;

**(d)** Any tooling used in respect to
any aircraft;

**(e)** Training and navigational aids,
instructions, manuals,
blueprints, engineering or
other data in connection with
any aircraft;

**(f)** Any advice, service or labor
supplied with any aircraft; or

**(g)** Services you or others trading
under your name provide or
recommend for use in the
manufacture, repair,
operation, maintenance or use
of any aircraft.

**(5)** "Grounding" means the
withdrawal of one or more aircraft
from flight operations or the
imposition of speed, passenger or
load restrictions on such aircraft,
due to the existence of or alleged
or suspected existence of any
defect, fault or condition:

**(a)** In such aircraft or any part
sold, handled or distributed by
you or that is manufactured,
assembled or processed by
any other person or
organization according to your
specifications, plans,
suggestions, orders or
drawings; or

**(b)** With tools, machinery or other
equipment furnished to such
persons or organizations by
you;

whether such withdrawn aircraft
are owned or operated by the
same or different persons or
organizations.

"Grounding" shall be deemed to
commence on the date of an
"occurrence" which discloses the
necessity of "grounding" or on the
date an aircraft is first withdrawn
from service because of such
condition, whichever comes first.

**(6)** "Testing" means examination,
observation, evaluation or
measuring of the performance of
"aircraft products", while either in
the air or on the ground.

**q. Distribution of Material in Violation of Statutes**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any other laws, statutes ordinances or regulations, that address, prohibit, or limit the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**r. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraphs **(1)** or **(2)** above.

However, unless paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing

devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

Exclusions **c., d., e., g., h.,** and **k., l., m., n.** and **o.** above do not apply to damage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate Damage to Premises Rented to You Limit of Insurance applies to this coverage as described in **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance.**

**2. Additional Exclusions Applicable Only to "Personal and Advertising Injury"**

This insurance does not apply to:

**a. Knowing Violation of Rights of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior to Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.



OBCD394506        1308875

**f.  Breach of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.  Quality or Performance of Goods-Failure to Conform to Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.  Wrong Description of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.  Insureds in Media and Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to **F. Liability and Medical Expenses Definitions, 15. "Personal and Advertising Injury"**, paragraphs **a.**, **b.** and **c.**

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself considered the business of advertising, broadcasting, publishing or telecasting.

**j.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**k.  Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**l.  Electronic Chatrooms or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

**m.  Infringement of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**n.  Unauthorized Use of Another's Name of Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**3.  Additional Exclusions Applicable to Medical Expenses Coverage Only**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.  Injury on Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.  Workers' Compensation and Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for

the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products - completed operations hazard".

**g. Otherwise Excluded**

Otherwise Excluded under **SECTION II - LIABILITY, B. Exclusions, 1. Applicable To Business Liability Coverage.**

**4. Additional Exclusions Applicable To Both Business Liability Coverage and Medical Expenses Coverage:**

**Nuclear Energy Liability Exclusion**

This insurance does not apply:

**(1)** Under **Business Liability Coverage**, to "bodily injury" or "property damage":

**(a)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(b)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(i)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(ii)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**(2)** Under **Medical Expenses Coverage,** to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear

material" and arising out of the operation of a "nuclear facility" by any person or organization.

**(3)** Under **Business Liability Coverage**, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

**(a)** The "nuclear material":

**(i)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

**(ii)** Has been discharged or dispersed therefrom;

**(b)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(c)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**(4)** As used in this exclusion:

**(a)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(b)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(c)** "Nuclear facility" means:

**(i)** Any "nuclear reactor";

**(ii)** Any equipment or device designed or used for:

**1)** Separating the isotopes of uranium or plutonium;

**2)** Processing or utilizing "spent fuel"; or

**3)** Handling, processing or packaging "waste";

**(iii)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the

**The Hanover**
Insurance Group™

OBCD394506    1308875

custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(iv)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(d)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(e)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(f)** "Property damage" includes all forms of radioactive contamination of property.

**(g)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(h)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(i)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(j)** "Waste" means any waste material:

**(i)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(ii)** Resulting from the operation by any person or organization of any "nuclear facility" included under paragraphs **(i)** and **(ii)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business ;

**(b)** To the spouse, child, parent, brother or sister of that co-

"employee" as a consequence of paragraph **(1) (a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(1)(b);** or

**(d)** Arising out of his or her providing or failing to provide professional services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by; or

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker") or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** Any organization you newly acquire or form, acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Business Liability Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(2)** "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D.** **Liability and Medical Expenses Limits of Insurance**

**1.** The Limits of Insurance under **SECTION II - LIABILITY** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** Subject to the Aggregate Limit identified in paragraph **5.** below, the most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability And Medical Expenses Limit shown in the Declarations.

**3.** Subject to the Liability And Medical Expenses Limit, the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses Limit shown in the Declarations.

**4.** The Damage to Premises Rented to You Limit shown in the Declarations is the most we will pay for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner.

**5.** **Aggregate Limits**

**a.** The most we will pay for:

**(1)** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability And Medical Expenses Limit.

**(2)** All:

**(a)** "Bodily injury" and "property damage" except damages because of "bodily injury" and



OBCD394506        1308875

"property damage" included in the "products-completed operations hazard";

**(b)** Plus medical expenses;

**(c)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability And Medical Expenses Limit.

**b.** The Aggregate Limits of Insurance apply separately to each of your "locations" owned by or rented to you. "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**6.** The Limits of Insurance of **SECTION II - LIABILITY** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability and Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties in the Event of Occurrence, Offense, Claim or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation of Insureds**

Except with respect to the Limits of Insurance under **SECTION II - LIABILITY,** and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability and Medical Expenses Definitions**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

OBCD394506    1308875

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement:

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in paragraphs **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in paragraphs **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility

law or other motor vehicle insurance law in the state where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products - completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

  For the purposes of this insurance, electronic data is not tangible property.

  As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**The Hanover**
Insurance Group.

OBCD394506     1308875

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Unmanned aircraft" means an aircraft that is not:

**a.** Designed;

**b.** Manufactured; or

**c.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

**21.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**22.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**23.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

**SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)**

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a covered cause of loss, permanent repairs to the building:

**(a)** Have not started, and

**(b)** Have not been contracted for,

within 30 days of initial payment of loss.

(3) The building has:

    (a) An outstanding order to vacate;

    (b) An outstanding demolition order; or

    (c) Been declared unsafe by governmental authority.

(4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

(5) Failure to:

    (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

    (b) Pay property taxes that are owed and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be

amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward. We have the right to make copies of these books and records.

**E. Inspections and Surveys**

**1.** We have the right but not the duty to:

    **a.** Make inspections and surveys at any time;

    **b.** Give you reports on the conditions we find; and

    **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We do not warrant that conditions:

    **a.** Are safe and healthful; or

    **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, you may choose only one of these coverages to apply to that loss.

1. **SECTION I - PROPERTY**, if two or more of this coverage part's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

2. **SECTION II - LIABILITY**, it is our stated intent that the various Coverage Parts, forms, endorsements or policies issued to the named insured by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same claim, "suit", "occurrence", offense, accident, "wrongful act" or loss. We will not pay more than the actual amount of the loss or damage.

   If this Coverage Part and any other Coverage Part, form, endorsement or policy issued to the named insured by us, or any company affiliated with us, apply to the same claim, "suit", occurrence, offense, accident, "wrongful act" or loss, the maximum Limit of Insurance under all such Coverage Parts, forms, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one Coverage Part, form, endorsement or policy.

   This condition does not apply to any Excess or Umbrella Policy issued by us specifically to apply as excess insurance over this policy.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1. SECTION I - PROPERTY**

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But, we will not pay more than the applicable Limit of Insurance of **SECTION I - PROPERTY**.

**2. SECTION II - LIABILITY**

If other valid and collectible insurance is available to the insured for a loss we cover under **SECTION II - LIABILITY**, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in paragraph **c.** below.

However, if you agree in a written contract, written agreement, or written permit that the insurance provided to any person or organization included as an Additional Insured under this Coverage Part is primary and non-contributory, we will not seek contribution from any other insurance available to that Additional Insured which covers the Additional Insured as a Named Insured except:

**(1)** For the sole negligence of the Additional Insured; or

**(2)** When the Additional Insured is an Additional Insured under another liability policy.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Property Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to **SECTION II - LIABILITY, Exclusion g. Aircraft, Auto or Watercraft**; and

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under **SECTION II - LIABILITY** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the

insured's rights against all those other insurers.

**c.** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

   **(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

   **(2)** The total of all deductible and self-insured amounts under all that other insurance.

**d.** We will share the remaining loss, if any, with any other insurance that is not described in this provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations for this Coverage.

**e. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable limits of insurance of all insurers.

**f.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the

premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   **a.** Paid to us prior to the anniversary date; and

   **b.** Determined in accordance with paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that is not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer of Rights of Recovery Against Others to Us**

**1.** Applicable to **SECTION I - PROPERTY** Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

  **(1)** Someone insured by this insurance;

  **(2)** A business firm:

    **(a)** Owned or controlled by you; or

    **(b)** That owns or controls you; or

  **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to **SECTION II - LIABILITY** Coverage:

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair such rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

We waive any right of recovery we may have against any person or organization with whom you have a written contract, permit or agreement to waive any rights of recovery against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

This condition does not apply to Medical Expenses Coverage.

**L.** **Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured. If you die, your rights and duties will be transferred to your legal representative but only while that legal representative is acting within the scope of their duties as your legal representative. Until your legal representative is appointed, anyone with proper temporary custody of your property will have your rights and duties but only with respect to that property.

**The Hanover**
Insurance Group.

OBCD394506        1308875

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

John C. Roche
President

Charles Frederick Cronin
Secretary

**The Hanover** Insurance Group.

OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS - BUSINESSOWNERS CONDOMINIUM, CO-OP, AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY

---

**CLAIMS-MADE WARNING**

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE ON A CLAIMS-MADE BASIS. SUBJECT TO ITS TERMS, THIS ENDORSEMENT APPLIES ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD, AUTOMATIC EXTENDED REPORTING PERIOD OR ANY PURCHASED OPTIONAL EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

---

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

---

**Retroactive Date:** 1 0 / 1 5 / 2 0 1 7

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, A. Coverages, 1. Business Liability,** paragraphs **a.** through **e.** is replaced by the following:

**1. Directors and Officers Liability**

**a.** We will pay those sums the insured becomes legally obligated to pay as "damages" arising out of a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for "damages" is limited as described in **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance** as modified below; and

**(2)** Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **f.**

Coverage Extension - Supplementary Payments.

**b.** This insurance applies to "damages" only if:

**(1)** The "damages" are caused by a "wrongful act" that takes place in the "coverage territory";

**(2)** The "wrongful act" occurs on or after the Retroactive Date shown in the Schedule above and before the end of the policy period. If no date is entered in the Schedule above, the Retroactive Date is the policy inception date shown in the Declarations;

**(3)** The "claim" for "damages" because of the "wrongful act" is first made against you during the policy period or any Extended Reporting Period we provide under section **F. EXTENDED REPORTING PERIODS** below; and

**(4)** Prior to the inception date of the first **Businessowners Condominium, Co-op, And Association Directors and Officers Liability** endorsement issued and continuously renewed by us, no insured listed under section **C. Who Is An Insured**, paragraph **1.** and no "employee" authorized by you to give or receive notice of a "wrongful

act" or claim knew that the "wrongful act" had occurred, in whole or in part.

**c.** A claim seeking "damages" will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such claim is received by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

**d.** All "claims" arising out of the same "wrongful act" or "interrelated wrongful acts" committed by one or more insureds shall be considered a single "claim". Such single "claim" shall be deemed to be first made on the date the initial "claim" arising out of such "wrongful act" or "interrelated wrongful acts" was first made.

**B.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, B. Exclusions, 1. Applicable to Business Liability Coverage, a. Expected or Intended Injury, b. Contractual Liability, f. Pollution** and **j. Professional Services**, are replaced by the following:

**a. Intentional, Criminal, Fraudulent or Malicious Acts**

"Damages" expected or intended from the standpoint of the insured, as well as "damages" arising out of:

**(1)** Any fraudulent, dishonest, criminal or malicious act or omission;

**(2)** Willful misconduct;

**(3)** Knowing violation of rights or law; or

**(4)** Gaining of any profit or advantage to which you are not legally entitled;

by the insured or any person for whom the insured is legally responsible.

**b. Contracts**

"Damages"for breach of any oral, written or implied contract or agreement, or the assumption of liability by any insured under a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Pollution**

Any loss, cost or expense arising out of any:

**(1)** The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any "pollutants" at any time; or

**(2)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(3)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

Including without limitation any "claim" by or on behalf of the association.

**j. Professional Services**

"Damages" arising out of the rendering of or failure to render any professional service, advice or instruction:

**(1)** By you; or

**(2)** On your behalf; or

**(3)** From whom any of you assumed liability by reason of a contract or agreement,

regardless of whether any such service, advice or instruction is ordinary to any insured's profession.

This exclusion applies even if a claim alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "wrongful act" which caused the "damages" involved the rendering of or failure to render any professional service.

**C.** For the purpose of coverage provided by this endorsement, the following is added to **SECTION II - LIABILITY, B. Exclusions, 1. Applicable to Business Liability Coverage:**

**Additional Exclusions Applicable Only to Condominium, Co-op and Association Directors and Officers Liability**

This insurance does not apply to:

**a. "Bodily Injury", "Property Damage" and "Personal and Advertising Injury"**

"Bodily injury", "property damage", or "personal and advertising injury".

**b. Financial Activities**

Any liability or expense arising out of any financial instrument, security or investment, including but not limited to claims for breach of contract, misrepresentation, or failure to pay.

**c. Compensation**

The Hanover Insurance Group

OBCD394506    1308875

Salary, compensation or bonuses voted to or denied to any insured by the directors, officers and trustees of the Named Insured.

**d. Insurance**

The advising or requiring, failure to advise or require, or failure to maintain any form of insurance, suretyship or bond, either with respect to the insured or any other person, firm or organization.

**e. Illegal Financial Gain**

Any "claim" arising out of the insured obtaining or attempting to obtain profit, remuneration or financial gain to which such insured is not legally entitled.

**f. Asbestos**

"Damages" arising out of any actual or alleged:

**(1)** Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos;

**(2)** Use of asbestos in constructing or manufacturing any good, product or structure;

**(3)** Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure;

**(4)** Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;

**(5)** Products manufactured, sold, handled or distributed by you or on your behalf which contain asbestos; or

**(6)** Acts or omissions by you in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing, or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings, or advice.

**g. Cross Insured Claims**

"Damages" sustained by any insured that arise out of the activities of any other person or organization qualifying as an insured under this policy.

**h. Employment Related Practices**

"Damages" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, "domestic partner", child, parent, brother or sister of that person as a consequence of "damages" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(3)** Whether the injury-causing event described in Paragraphs **(1) (a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(4)** Whether you may be liable as an employer or in any other capacity; and

**(5)** To any obligation to share "damages" with or repay someone else who must pay damages because of the injury.

**i. Communicable Disease**

Any "damages" arising out of the actual or alleged transmission of a "communicable disease". This exclusion applies even if the claim against any insured alleges negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

For the purposes of this endorsement, the following definition applies:

"Communicable disease" means a disease or condition that can be imparted to another individual, including avian flu, viral hepatitis-A, viral hepatitis-B, herpes, syphilis, gonorrhea, Chlamydia, acquired immune deficiency syndrome, AIDS-Related Complex (ARC)human immunodeficiency virus (HIV), chicken pox, measles, mumps, influenza, scarlet fever, leprosy, tuberculosis and respiratory infections.

**j. Fungi and Bacteria**

Any "damages" arising out of "fungi" or bacteria which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

This exclusion also applies to any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any fungi or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**k.  Lead**

Any "damages" arising out of any actual or alleged presence of or exposure to lead including but not limited to:

**(1)** Inhaling, ingesting or prolonged physical exposure by any person to any premises, structure, goods or products containing lead;

**(2)** The use of lead in constructing or manufacturing any good, product or structure;

**(3)** Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of any good, product or structure containing lead;

**(4)** The manufacturing, transportation, storage or disposal of goods or products containing lead;

**(5)** Any product manufactured, sold, handled or distributed by or on behalf of the insured which contains lead;

**(6)** Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of products or materials containing lead.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

**D.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, C. Who Is An Insured** is replaced by the following:

Each of the following is an insured:

**1.** You;

**2.** Your past, present, or future directors, officers, or trustees but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

**3.** The lawful spouse or "domestic partner" of an insured under item **2.** above, but solely with respect to such spouse's or "domestic partner's" status as a spouse or "domestic partner", or such spouse's or "domestic partner's" ownership interest in property that a claimant seeks as recovery for an alleged "wrongful act", and not for "wrongful acts" actually or allegedly committed by the spouse or "domestic partner".

**4.** You are also an insured with respect to "claims" for which you may be obligated to indemnify your past, present or future directors, officers, or trustees; and

**5.** Your "employees" and "volunteer workers", while acting within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "damages":

  **a.** To you, your past, present or future directors, officers, or trustees, a co-"em ployee" or "volunteer worker" in the course of his or her employment or while performing duties related to the conduct of your business;

  **b.** To the spouse, "domestic partner",child, parent, brother or sister of your past, present or future directors, officers, or trustees, a co-"employee" or "volunteer worker" as a consequence of paragraph **(a)** above; or

  **c.** For which there is any obligation to share damages with or repay someone else who must pay "damages" because of the claim described in paragraphs **(a)** or **(b)** above.

**6.** Any person or organization acting as real estate property manager for the Named Insured while performing real estate management duties for the Named Insured, but only with respect to liability for "wrongful acts" committed at the express direction of the Named Insured. However, your real estate property manager is not an insured for "claims" or "suits" brought against them by you.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability

**The Hanover Insurance Group.**

OBCD394506    1308875

company that is not shown as a Named Insured in the Declarations.

**E.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance** is replaced by the following:

**D. Condominium, Co-op and Association Directors and Officers Limits**

  **1.** The most we will pay for the sum of all "damages" resulting from all "wrongful acts" to which this insurance applies is the Directors and Officers Aggregate Limit. This Limit is equal to and in addition to the **Liability And Medical Expenses Limit** shown on the Declarations.

  **2.** Subject to the Directors And Officers Aggregate Limit, the Directors And Officers Each "Wrongful Act" Limit is the most we will pay for all "damages" resulting from any one "wrongful act" to which this insurance applies. This Each "Wrongful Act" Limit is equal to the Directors and Officers Aggregate Limit described in paragraph **1.** above.

  **3.** The Limits of Insurance of this Endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**F.** For the purpose of coverage provided by this endorsement **SECTION II - LIABILITY, E. Liability and Medical Expenses General Conditions, 2. Duties In The Event Of Occurrence, Offense, Claim Or "Suit"** is replaced by the following:

  **2. Duties In The Event Of "Wrongful Act", "Claim" Or "Suit"**

  **a.** You must see to it that we are notified as soon as practicable of any "wrongful act" which may result in a "claim". To the extent possible, notice should include:

    **(1)** How, when and where the "wrongful act" took place;

    **(2)** How and when you became aware of the "wrongful act";

    **(3)** The names and addresses of any persons who were involved in the "wrongful act"; who potentially

sustained damages, and any witnesses; and

    **(4)** The nature and location of any damage arising out of the "wrongful act".

  **b.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim" or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "wrongful acts" to which this insurance may also apply.

  **c.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, without our consent.

**G.** For the purpose of coverage provided by this endorsement, the following **Extended Reporting Period** provisions are added:

**EXTENDED REPORTING PERIOD**

  **1.** We will provide one or more Extended Reporting Periods, as described below, if:

  **a.** This Coverage Endorsement is canceled or not renewed; or

  **b.** We renew or replace this Coverage Endorsement with insurance that:

    **(1)** Has a Retroactive Date later than the date shown in the Declarations of this Coverage Endorsement; or

    **(2)** Does not apply to "damages" arising out of a "wrongful act" on a claims-made basis.

  You agree that in the event of a claim made during an Extended Reporting Period, you will do nothing that could prejudice our position or any potential or actual rights of recovery, subrogation, or contribution.

  **2.** Extended Reporting Periods do not extend the policy period or change the scope of the coverage provided. They apply only to claims because of "damages" arising out of a "wrongful act" occurring prior to the end of the policy period but not before the Retroactive Date.

Once in effect, Extended Reporting Periods may not be canceled.

**3.** If we cancel or do not renew this Coverage Endorsement for any reason an Automatic Extended Reporting Period will be provided without an additional premium. This period starts with the end of the policy period and lasts for 60 days with respect to claims because of "damages" arising out of a "wrongful act" occurring prior to the end of the policy period but not before the retroactive date, and not previously reported to us.

    **a.** This Automatic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

    **b.** The Automatic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

**4.** If this Coverage Endorsement is cancelled or not renewed, you shall have the right, upon payment of an additional premium, to an Optional Extended Reporting Period. This period starts with the end of the policy period with respect to claims for "damages" arising out of a "wrongful act" that was first committed before the end of the policy period but not before the retroactive date, and not previously reported to us.

    **a.** This Optional Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

    **b.** The Optional Extended Reporting Period does not reinstate or increase the Limits of Insurance.

    **c.** You must give us a written request for the Optional Extended Reporting Period endorsement within 60 days following the date of cancellation or non-renewal. The Optional Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

    **d.** The available Optional Extended Reporting Periods and associated additional premiums are displayed in the table below.

| Optional Reporting Period | Percent of Annual Premium |
|---|---|
| One Year | 100% |
| Two Years | 150% |
| Three Years | 200% |

**5.** In the event similar insurance is in force covering "claims" first made during Extended Reporting Period, coverage provided by this Endorsement shall be excess over any part of any other valid and collectable insurance available to the insured, whether primary, excess, contingent or on any other basis, whose policy period begins or continues after our policy period ends.

**H.** For the purpose of coverage provided by this endorsement, the following definitions are added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions**:

    **1.** "Claim" means a written demand for "damages" or a "suit".

    **2.** "Damages" means a compensatory monetary award, settlement or judgment that you become legally obligated to pay. "Damages" does not include taxes, fines or penalties, punitive or exemplary damages, the multiplied portion of multiplied awards, or other matters which may be deemed uninsurable under the law pursuant to which the policy shall be construed.

    **2.** "Domestic Partner" means any natural person qualifying as a domestic partner under the provisions of any applicable federal, state or local law or under the provisions of any formal program established by the Named Insured.

    **3.** "Interrelated wrongful act" means all causally connected "wrongful acts".

    **4.** "Wrongful act" means any actual or alleged negligent act, error, omission, misstatement or misleading statement, neglect, or breach of duty by an insured while acting in the scope of their duties as a Director or Officer of the Named Insured, or any matter claimed against the insured solely by reason of their serving as a Director or Officer for the Named Insured. This does not apply to a position or capacity in any entity other than the named insured association, even if the named insured association directed or requested the insured to serve in such other position or capacity.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The
**Hanover**
Insurance Group.

OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESSOWNERS CONDOMINIUM, CO-OP, AND ASSOCIATION DIRECTORS AND OFFICERS - DELETION OF INSURANCE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS CONDOMINIUM, CO-OP, AND ASSOCIATION DIRECTORS AND OFFICERS LIABILITY ENDORSEMENT

For the purpose of coverage provided by this endorsement, section **C. Additional Exclusions Applicable Only to Condominium, Co-op and Association Directors and Officers Liability, d. Insurance** is deleted.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

**The Hanover**
Insurance Group™

OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Coverage | Additional Premium |
|----------|--------------------|
| **A. Hired Auto Liability** | $     INCLUDED |
| **B. Non-owned Auto Liability** | $     INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

   **1. Hired Auto Liability**

   The insurance provided under Paragraph **A.1. Business Liability** in **Section II - Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

   **2. Non-owned Auto Liability**

   The insurance provided under Paragraph **A.1. Business Liability** in **Section II - Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

   **1.** The exclusions under Paragraph **B.1. Applicable To Business Liability Coverage** in **Section II - Liability,** other than Exclusions **a., b., d., f.** and **i.** and the **Nuclear Energy Liability Exclusion,** are deleted and replaced by the following:

   **a.** "Bodily injury" to:

      **(1)** An "employee" of the insured arising out of and in the course of:

         **(a)** Employment by the insured; or

         **(b)** Performing duties related to the conduct of the insured's business; or

      **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

   This exclusion applies:

      **(1)** Whether the insured may be liable as an employer or in any other capacity; and

      **(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

   This exclusion does not apply to:

      **(1)** Liability assumed by the insured under an "insured contract"; or

      **(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

   **b.** "Property damage" to:

      **(1)** Property owned or being transported by, or rented or loaned to the insured; or

      **(2)** Property in the care, custody or control of the insured.

**2.** Paragraph **C. Who Is An Insured** in **Section II - Liability** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

  **a.** You;

  **b.** Any other person using a "hired auto" with your permission;

  **c.** For a "non-owned auto":

   **(1)** Any partner or "executive officer" of yours; or

   **(2)** Any "employee" of yours;

   but only while such "non-owned auto" is being used in your business; and

  **d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

**2.** None of the following is an insured:

  **a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

  **b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

  **c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

  **d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

  **e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**D.** The following additional definitions apply:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

 Copyright, Insurance Services Office, Inc., 2009 **BP 04 04 01 10**



OBCD394506      1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# EMPLOYEE BENEFITS LIABILITY (OCCURRENCE)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| Employee Benefits Program: | | | |
|---|---|---|---|
| ALL PROGRAMS | | | |

| Limit Of Insurance | | Deductible (Each Employee) | Premium |
|---|---|---|---|
| Each Employee | Aggregate | | |
| $ | $ | $ | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, A. Coverages, 1. Business Liability,** paragraphs **a.** through **e.** are replaced by the following:

**1. Employee Benefits Liability Coverage**

  **a.** We will pay those sums the insured becomes legally obligated to pay as "damages" because of a "wrongful act" committed by the insured or any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" to which this insurance does not apply. We may at our discretion investigate any report of a "wrongful act" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for "damages" is limited as described in **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance** as modified below; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **f. Coverage Extension - Supplementary Payments**.

  **b.** This insurance applies to a "wrongful act" only if:

  **(1)** The "wrongful act" is committed in the "administration" of your "employee benefit program";

  **(2)** The "wrongful act" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under **C. Who Is An Insured**, paragraph **1.** and no "employee" authorized by you to give or receive notice of a "wrongful act" or claim knew that the "wrongful act" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "wrongful act" occurred, then any continuation, change or resumption of such "wrongful act" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** A "wrongful act" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under **C. Who Is An Insured,** paragraph **1.** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim, includes any continuation, change or resumption of that "wrongful act" after the end of the policy period.

**d.** The "wrongful act" will be deemed to have been known to have occurred at the earliest time when any insured listed under **C. Who Is An Insured**, Paragraph **1.** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim:

   **(1)** Reports all or any part of the "wrongful act" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for "damages" arising out of a "wrongful act"; or

   **(3)** Becomes aware by any other means that the "wrongful act" has occurred or has begun to occur.

**e.** All claims arising out of the same "wrongful act" or "interrelated wrongful acts" committed by one or more insureds shall be considered a single claim. Such single claim shall be deemed to be first made on the date the initial claim arising out of such "wrongful act" or "interrelated wrongful acts" was first made.

**B.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, B. Exclusions, 1. Applicable To Business Liability Coverage** is replaced by the following:

**1. Exclusions Applicable Only to Employee Benefits Liability**

   This insurance does not apply to:

   **a. Available Benefits**

   Any claim for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

   **b. "Bodily Injury", "Property Damage" and "Personal and Advertising Injury"**

   "Bodily injury", "property damage" and "personal and advertising injury", including discrimination and humiliation.

   **c. Civil Rights**

   Any violation of a Civil Rights law.

   **d. Dishonest, Fraudulent, Criminal or Malicious Act**

   "Damages" arising out of an intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

   **e. Employment Related Practices**

   "Damages" arising out of wrongful termination of employment, discrimination or other employment related practices,

including the violation of any civil rights law.

   **f. ERISA**

   "Damages" for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974 or any amendments to that act, or by any similar local, state or federal laws.

   **g. Failure to Perform a Contract**

   "Damages" arising out of failure of performance of contract by any insurer, group administrator or health maintenance organization, including failure of any "employee benefit program".

   **h. Inadequacy of Performance of Investment or Advice Given with Respect to Participation**

   Any claim arising out of:

   **(1)** Failure of any investment to perform;

   **(2)** Errors in providing information on past performance of investment vehicles;

   **(3)** Advice given to any person with respect to that person's decision to participate or not participate in any plan included in the "employee benefit program";

   **(4)** The investment or noninvestment of funds; or

   **(5)** The payment or nonpayment of benefits under any "employee benefit program".

   **i. Insufficiency of Funds**

   "Damages" arising out of an insufficiency of funds to meet any obligation under any plan included in the "employee benefit program".

   **j. Taxes, Fines or Penalties**

   Taxes, fines or penalties, including those imposed by the Internal Revenue Code or any similar local, state or federal laws.

   **k. Workers' Compensation and Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar local, state, federal or foreign law or regulation.

**C.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, C. Who Is An Insured,** paragraph **2.** is replaced by the following:

The
**Hanover**
Insurance Group.
OBCD394506     1308875

**2.** Each of the following is also an insured:

   **a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

   **b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   **c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

**D.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, C. Who Is An Insured,** paragraph **3.** is deleted.

**E.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance** is replaced by the following:

   **D.  Employee Benefits Liability**

   **1.** The most we will pay for the sum of all "damages" resulting from all "wrongful acts" to which this insurance applies is the Aggregate Limit shown in the Schedule above.

   **2.** Subject to the Aggregate Limit, the Each Claim or Suit Limit shown in the Schedule above is the most we will pay for all "damages" sustained by any one "employee", including damages sustained by such employee's dependents and beneficiaries, as a result of a "wrongful act" or series of related "wrongful acts" to which this insurance applies.

   **3.** The amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

   **4.** The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

   **5.  Deductible**

   Our obligation to pay "damages" on behalf of the insured applies only to the amount of "damages" in excess of the deductible amount stated in the Schedule above as applicable to Each Employee, which will be applied as follows:

   **a.** The deductible applies to all "damages" sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of a "wrongful act" or series of related "wrongful acts" to which this insurance applies;

   **b.** The Limits of Insurance will not be reduced by the amount of such deductible; and

   **c.** The terms of this insurance, including those with respect to:

      **(1)** Our right and duty to defend any "suits" seeking "damages" to which this insurance applies; and

      **(2)** Your duties, and the duties of any other involved insured, in the event of a "wrongful act" or claim

      Apply regardless of the application of the deductible amount.

   **d.** We may pay any part of or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for the part of the deductible amount we have paid.

**F.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, E. Liability and Medical Expenses General Conditions, 2. Duties in the Event of Occurrence, Offense, Claim or Suit** is replaced by the following:

   **2.  Duties in the Event of a "Wrongful Act", Claim or "Suit"**

   **a.** You must see to it that we are notified as soon as practicable of a "wrongful act" that may result in a claim or "suit". To the extent possible, notice should include:

      **(1)** How, when and where the "wrongful act" took place; and

      **(2)** The names and addresses of anyone involved in the "wrongful act" or who may suffer "damages" as a result of the "wrongful act".

   **b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**G.** For the purpose of coverage provided by this endorsement, the following definitions are added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions**:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program"."

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Damages" means a compensatory monetary award, settlement or judgment. "Damages" does not include taxes, fines or penalties, punitive or exemplary damages, the multiplied portion of multiplied awards, or other matters which may be deemed

uninsurable under the law pursuant to which the policy shall be construed.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**5.** "Wrongful act" means any actual or alleged negligent act, error, omission, misstatement, misleading statement, neglect or breach of duty committed by an insured in the "administration" of the insured's "employee benefit program".

**H.** For the purpose of coverage provided by this endorsement, **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions**, **6. Employee** and **19. Suit** are replaced by the following:

**6.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**19.** "Suit" means a civil proceeding in which "damages" because of a "wrongful act" to which this insurance applies are alleged. "Suit" includes:

**The Hanover Insurance Group**

OBCD394506     1308875

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent.

**I.** For the purpose of coverage provided by this endorsement, **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), H. Other Insurance, 2. SECTION II - LIABILITY,** paragraph **b. Excess Insurance** is replaced by the following:

**b. Excess Insurance**

This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached and that applies to a "wrongful act" on other than a claims-made basis, if:

**(1)** No Retroactive Date is shown in the Schedule of this endorsement; or

**(2)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

When this insurance is excess, we will have no duty under **SECTION II - LIABILITY** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number: | Building Number: | Applicable Clause (Indicate Paragraph A, B, C or D): |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |
| **Premises Number:** | **Building Number:** | **Applicable Clause** (Indicate Paragraph A, B, C or D): |
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |
| **Premises Number:** | **Building Number:** | **Applicable Clause** (Indicate Paragraph A, B, C or D): |
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I - Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

The **Hanover**
Insurance Group.

OBCD394506      1308875

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of **Section I - Property** will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added to Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

Copyright, Insurance Services Office, Inc., 2009      **BP 12 03 01 10**

**Hanover** Insurance Group.

OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AVENUES BUSINESSOWNERS DELUXE SILVER BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **SECTION I - PROPERTY**:

The limits applicable to the coverages included in this endorsement may either be in addition to or included within the applicable Limit of Insurance. For application of the limits, refer to each coverage within this endorsement. Words or phrases in quotation marks have special meanings. The meaning of words or phrases in quotation marks is explained within the applicable coverage section. The coverages in this endorsement amend the coverage provided under the Businessowners Coverage Form through new coverages and replace coverage grants. These coverages are subject to the provisions applicable to this policy, except where amended within this endorsement.

If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part of, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select. Coverages included in this endorsement apply either separately to each described premises or on an occurrence basis. Refer to each coverage within this endorsement for application of coverage.

We provide no coverage for Business Income; Extended Business Income; Extra Expense; or Business Income and Extra Expense from Dependent Properties for any of the Coverages included as part of this endorsement unless specifically stated, and then only to the extent provided for within that Scheduled or Blanket Coverage provision.

## I.   COVERAGES

| A.  Scheduled Coverages | Limit | Page |
|---|---|---|
| **1.**  Advertising Expense to Regain Customers | $2,500 | 3 |
| **2.**  Backup or Overflow of a Sewer, Drain or Sump | Included | 3 |
| **3.**  Brands and Labels | Included | 3 |
| **4.**  Contingent Transit Business Income and Extra Expense | $100,000 | 4 |
| **5.**  Business Income and Extra Expense from Dependent Properties | $100,000 | 4 |
| **6.**  Transit Business Income and Extra Expense | $50,000 | 4 |
| **7.**  Business Income from Websites | $50,000 / 7 days | 5 |
| **8.**  Computer and Funds Transfer Fraud | $10,000 | 5 |
| **9.**  Consequential Loss to Stock | Included | 5 |
| **10.** Contract Penalties | $25,000 | 5 |
| **11.** Denial of Access to Premises | 30 Days; 72 Hour Waiting Period | 5 |
| **12.** Employee Theft Including ERISA Compliance | $25,000 | 6 |
| **13.** Expediting Expenses | $25,000 | 6 |
| **14.** Extended Business Income | 90 days | 6 |
| **15.** Fine Arts | $50,000 | 6 |

| A. | Scheduled Coverages | Limit | Page |
|----|---------------------|-------|------|
| 16. | Fire Protection Equipment Recharge | Included | 7 |
| 17. | Forgery or Alteration | $50,000 | 7 |
| 18. | Hired Auto - Physical Damage | $50,000 | 7 |
| 19. | International Air Shipments | $10,000 | 8 |
| 20. | Interruption of Computer Operations | $15,000 | 8 |
| 21. | Inventory and Loss Appraisal | $25,000 | 8 |
| 22. | Key Replacement and Lock Repair | $2,500 | 9 |
| 23. | Lessor's Lease Cancellation | $10,000 | 9 |
| 24. | Lessor's Tenant Move Expenses | $10,000 / 60 days | 9 |
| 25. | Marring and Scratching | Included | 9 |
| 26. | Money and Securities | $10,000 | 10 |
| 27. | Money Orders and Counterfeit Money | $25,000 | 10 |
| 28. | Newly Acquired or Constructed Property - Business Income and Extra Expense | $500,000 | 10 |
| 29. | Ordinance or Law - Demolition and Increased Cost of Construction | $25,000 | 10 |
| 30. | Ordinance or Law - Increased Period of Restoration | $10,000 | 10 |
| 31. | Ordinance or Law (Tenant's Improvement Extension) | $25,000 | 11 |
| 32. | Outdoor Property | $25,000 | 11 |
| 33. | Personal Effects | $25,000 | 11 |
| 34. | Portable Electronic Devices Coverage Worldwide | $10,000 | 11 |
| 35. | Precious Metal Theft Payment Changes | $25,000 | 12 |
| 36. | Preservation of Property - Expense | $25,000 | 12 |
| 37. | Personal Property in Transit | $50,000 | 12 |
| 38. | Personal Property of Others - Replacement Cost Provision | Included | 12 |
| 39. | Sales Representative Samples | $25,000 | 12 |
| 40. | Soft Costs | $10,000 | 12 |
| 41. | Spoilage | $25,000 | 13 |
| 42. | Temporary Relocation of Property | $50,000 | 14 |
| 43. | Tenant Signs | $20,000 | 14 |
| 44. | Underground  Water Seepage | $100,000 | 14 |
| 45. | Utility Services - Direct Damage<br>Utility Services - Business Income | $25,000<br>$25,000 | 15 |
| 46. | Worldwide Property Off Premises | $50,000 | 16 |

| B. | Blanket Coverages | Limit $150,000 | Page |
|----|-------------------|----------------|------|
| 1. | Accounts Receivable | Included | 16 |
| 2. | Computer Equipment | Included | 16 |
| 3. | Debris Removal | Included | 16 |
| 4. | Property of Others | Included | 17 |
| 5. | Valuable Papers and Records (Other Than Electronic Data) | Included | 17 |

**The Hanover Insurance Group**

OBCD394506     1308875

The Blanket Limit of Insurance shown above applies to all Coverages shown in **Section B** of this endorsement. At the time of loss, you may elect to apportion this Blanket Limit of Insurance to one or any combination of the Coverages shown, but under no circumstances will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown above. The Blanket Limit of Insurance applies per occurrence.

## II. DEDUCTIBLES

Deductibles are subject to the provisions applicable to the Businessowners Coverage Form except as provided below. We will not pay for covered loss or damage in any one occurrence unless the amount of loss or damage exceeds the applicable Deductible amount. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

## III. COVERED PROPERTY

### A. Scheduled Coverages

**1. Advertising Expense to Regain Customers**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Advertising Expense to Regain Customers**

**(1)** If we make payment for a Covered Cause of Loss under this policy and there is a "suspension" of operations caused by direct physical loss or damage to property, we will pay for necessary advertising expenses you incur solely to regain customer faith and approval.

**(2)** We will only pay the necessary advertising expenses that you incur within 60 consecutive days after the "period of restoration" ends.

**(3)** The most we will pay under this Additional Coverage for all necessary advertising expenses in any one policy year is $2,500.

**2. Backup or Overflow of a Sewer, Drain or Sump**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Backup or Overflow of a Sewer, Drain or Sump**

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises, solely caused by or resulting from water or waterborne material carried or moved by water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related

equipment. The term drain includes a roof drain and its related fixtures.

**(2)** For the purpose of this Additional Coverage only, **SECTION I - PROPERTY, B. Exclusions,** paragraph **1.g. Water (3)** is deleted.

**(3)** Payment under this Additional Coverage is included within the applicable Limit of Insurance for Covered Property at a premises described in the Declarations. This Additional Coverage does not increase the Limits of Insurance.

**(4) Special Sewer Backup Exclusion**

We will not pay for:

**(a)** Loss or damage from water or other materials that back-up or overflow from any sewer or drain, sump, sump pump or related equipment when it is caused by or results from any "flood", regardless of the proximity of the back-up or overflow to the "flood" condition; or

**(b)** Failure to keep a sump pump or its related equipment in proper working condition; or

**(c)** Failure to perform routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**3. Brands and Labels**

The following is added to **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions**:

**Brands and Labels**

**(1)** If Covered Property that has a brand or label is damaged by a Covered Cause of Loss and we elect to take all or any part of the damaged property at an agreed or appraised value, you may extend the insurance that applies to your Business Personal Property to:

**(a)** Pay expenses you incur to:

**(i)** Remove the brand or label and then relabel the damaged property to comply with any applicable law; or

**(ii)** Label or stamp the damaged property Salvage, if doing so will not physically damage the property.

**(b)** Cover any reduction in the salvage value of the damaged property as a result of the removal of the brand or label.

**(2)** Payment under this Extension is included within the Limit of Insurance applicable to your Business Personal Property.

**4. Contingent Transit Business Income and Extra Expense**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages:**

**Contingent Transit Business Income and Extra Expense**

You may extend your Business Income or Extra Expense Coverage to apply to the actual loss of Business Income (not including **Extended Business Income**) or Extra Expense you sustain due to direct physical loss of or damage to Business Personal Property of Others, not in your care, custody or control, while "in transit", caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss under this Extension is $100,000.

**5. Business Income and Extra Expense - Dependent Properties**

The heading for **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, m. Business Income from Dependent Properties** is replaced by the following:

**m. Business Income and Extra Expense from Dependent Properties**

The following is added to **Business Income and Extra Expense from Dependent Properties**:

We will pay the necessary Extra Expense you incur due to direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

The definition of Extra Expense for this Additional Coverage is replaced by the following:

Extra Expense means necessary expenses you incur during the "period of restoration" for the "dependent property" that you would not have incurred if there had been no direct physical loss or damage to the premises of any "dependent property" caused by or resulting from a Covered Cause of Loss:

**(1)** To avoid or minimize the "suspension" of business and to continue "operations"; or

**(2)** To minimize the "suspension" of business if you cannot continue "operations".

We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(3)** Paragraph **(2)** of this Additional Coverage is replaced by the following:

**(2)** The most we will pay under this Additional Coverage is $100,000 per occurrence, regardless of the number of "dependent properties" affected.

**6. Transit Business Income and Extra Expense**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Transit Business Income and Extra Expense**

**(1)** We will pay the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to Covered Property while "in transit" caused by or resulting from a Covered Cause of Loss.

**(2) SECTION I - PROPERTY**, **B. Exclusions,** paragraphs **1.b Earth Movement** and **1.g Water** do not apply to this Additional Coverage:

**(3)** The most we will pay for loss in any one occurrence under this Additional Coverage is $50,000.

**(4)** The amount payable under this Additional Coverage is additional insurance.



**7. Business Income from Websites**

  **a.** The following is added to **SECTION I - PROPERTY A. Coverage, 5. Additional Coverages**:

    **Business Income from Websites**

    **(1)** You may extend this insurance to apply to a "suspension" of "operations" caused by direct physical loss or damage to property that you depend on for "web site and communications services" from a Covered Cause of Loss.

    **(2)** We will not pay for any loss of Business Income you incur during the first 12 hours that immediately follows the time when you first discovered the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

    **(3)** The most we will pay for the actual loss of Business Income and necessary and reasonable Extra Expense in any one occurrence under this Additional Coverage is $50,000 and only for the 7-day period immediately following the Covered Cause of Loss.

    **(4)** Coverage does not apply to Websites unless there is a duplicate or back-up copy of your Web Page stored at a location that is at least 1,000 feet away from the premises of the vendor that provides "web site and communications services".

    **(5)** "Web Site and Communication Services" means:

      **(a)** Internet access, e-mail, web hosting, value added network services and application software services at the premises of others; or

      **(b)** Network and router infrastructure services, including cable and wireless, located more than 1,000 feet from the described premises.

  **b.** This Additional Coverage is not subject to **SECTION I - PROPERTY, C. Limits of Insurance.**

**8. Computer and Funds Transfer Fraud**

  **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, hh. Computer**

**and Funds Transfer Fraud,** paragraph **(3)** is replaced by the following:

  **(3)** The most we will pay per occurrence under this Additional Coverage is $10,000 unless a higher Limit of Insurance is shown in the Schedule of Amended Limits of Insurance.

**9. Consequential Loss to Stock**

The following is added to **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions**:

**Consequential Loss to Stock**

  **(1)** You may extend the insurance that applies to your Business Personal Property to apply to the reduction in value of the remaining parts of "stock" in process of manufacture that are physically undamaged but are unmarketable as a complete product because of direct loss or damage from a Covered Cause of Loss to other parts of covered "stock" in process of manufacture at an insured location.

  **(2)** Should it be determined that such "stock" retains only a salvage value, we retain the option of paying the full value of the "stock" as agreed within this policy, and taking the damaged property for salvage purposes.

  **(3)** Payment under this Coverage Extension is included within the applicable Limit of Insurance.

**10. Contract Penalties**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Contract Penalties**

  **(1)** We will pay for contract penalties you are required to pay due to your failure to provide your product or service according to contract terms because of direct physical loss or damage by a Covered Cause of Loss to Covered Property.

  **(2)** The most we will pay for all penalties in any one occurrence is $25,000.

  **(3)** The amount payable under this Additional Coverage is additional insurance.

**11. Denial of Access to Premises**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages** :

**Denial of Access to Premises**

(1) We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur when ingress to or egress from the described premises is prevented, due to direct physical loss of or damage to property that is away from but within 2000 feet of the described premises, caused by or resulting from any Covered Cause of Loss covered under this policy.

(2) The coverage for Business Income will begin 72 hours after the loss or damage to the premises that causes the denial of access and will apply for a period of up to 30 consecutive days after coverage begins.

(3) The coverage for Extra Expense will begin immediately after the loss or damage to the premises that causes the denial of access and will end:

(a) 30 consecutive days after coverage begins; or

(b) When your Business Income coverage ends;

whichever is earlier.

(4) The definitions of Business Income and Extra Expense contained in the Business Income Additional Coverage and the Extra Expense Additional Coverage also apply to this Denial of Access to Premises Additional Coverage.

**12. Employee Theft including ERISA Compliance**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, p. Employee Theft Including ERISA**, paragraph **(6)**, is replaced by the following:

(6) The most we will pay for all loss resulting directly from an occurrence is $25,000. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year.

**13. Expediting Expenses**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Expediting Expenses**

(1) When a Covered Cause of Loss occurs to Covered Property, we will

pay for the reasonable and necessary additional expenses you incur to:

(a) Make temporary repairs;

(b) Expedite permanent repair or replacement of damaged property; or

(c) Provide training on replacement machines or equipment.

(2) The most we will pay for loss under this Additional Coverage in any one occurrence is $25,000.

(3) The amount payable under this Additional Coverage is additional insurance.

**14. Extended Business Income**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, f. Business Income, (2) Extended Business Income, (a) Extended Business Income - Other Than Rental Value**, paragraph **(ii)** and **(b) Extended Business Income - Rental Value,** paragraph **(ii)** are replaced by the following:

(a) **Extended Business Income - Other Than Rental Value**

(ii) Ends on the earlier of:

1) The date you could restore your operations, with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

2) 90 consecutive days after the date determined in **(2)(a)(i)** above.

(b) **Extended Business Income - Rental Value**

(ii) Ends on the earlier of:

1) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

2) 90 consecutive days after the date determined in **(2)(b)(i)** above.

**15. Fine Arts**

**Hanover**
Insurance Group.
OBCD394506    1308875

SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, x. Fine Arts, paragraph **(3)**, is replaced by the following:

**(3)** The most we will pay for loss under this Additional Coverage is $50,000 per occurrence regardless of the number of locations or buildings involved.

**16. Fire Protection Equipment Recharge**

SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, o. Fire Protection Systems Recharge, paragraph **(3)**, is replaced by the following:

**(3)** This Coverage Extension is included within the Limit of Insurance applicable to your covered property at the described premises. This Coverage Extension does not increase the Limits of Insurance.

**17. Forgery or Alteration**

SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, k. Forgery or Alteration, paragraph **(5)** is replaced by the following:

**(5)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $50,000, unless a higher Limit of Insurance is shown in the Schedule of Amended Limits of Insurance.

**18. Hired Auto - Physical Damage**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Hired Auto - Physical Damage Coverage**

**(1)** We will pay for loss to an "auto" you or an "employee", at your direction, lease, hire or rent without a driver for a period of 30 days or less for the purpose of conducting customary operations for your business. This does not include any "auto" you lease, hire or rent from any of your "employees" or members of their households.

We will pay for loss to a covered "auto" or its equipment caused by:

**(a) Comprehensive coverage**

From any cause except:

**(i)** The covered "auto's" collision with another object; or

**(ii)** The covered "auto's" overturn.

**(b) Collision coverage**

**(i)** The covered "auto's" collision with another object; or

**(ii)** The covered "auto's" overturn.

**(2)** For the purpose of this Additional Coverage only, **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered,** paragraph **a.** is replaced by the following:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration and:

**(1)** Any "auto" as described in paragraph **(1)** above, while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity;

**(2)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment;

**(3)** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment; or

**(4)** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**(3)** For the purpose of this Additional Coverage only, **SECTION I - PROPERTY, B. Exclusions** does not apply with the exception of the following exclusions:

**(a) 1.d. Nuclear Hazard**;

**(b) 1.f. War and Military Action**

For the purpose of this Additional Coverage only, the following exclusions are added to **SECTION I - PROPERTY, B. Exclusions**:

**1.** We will not pay for loss to a covered "auto" caused by or resulting from someone causing you to voluntarily part with the

"auto" by trick or scheme or under false pretenses; or

**2.** We will not pay for loss caused by or resulting from wear and tear, freezing; mechanical or electrical breakdown; blowouts, punctures or other road damage to tires.

**(4)** For the purpose of this Additional Coverage only, the following is added to **SECTION I - PROPERTY**, **C. Limits of Insurance**:

**Hired Auto Physical Damage Limits of Insurance**

The most we will pay for loss to any one covered "auto" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of loss;

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.** $50,000.

**(5)** The following is added to **SECTION I - PROPERTY**, **D. Deductibles,** paragraph **5.**:

Hired Auto - Physical Damage

**(6)** For the purpose of this Additional Coverage only, the following is added to **SECTION I - PROPERTY, G. Property Definitions**:

**1.** "Auto" means a land motor vehicle, trailer or semitrailer that is subject to motor vehicle registration, or designed for travel on public roads, including any attached machinery or equipment.

The amount payable under this Additional Coverage is additional insurance.

This coverage is excess to any other valid insurance whether collectible or not.

**19. International Air Shipments**

The following is added to **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions**:

**International Air Shipments**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others that you ship to apply to that property; while being shipped by air:

**(a)** Anywhere within the Coverage Territory to or from a location

outside of the coverage territory; or

**(b)** Between locations outside of the coverage territory;

**(2)** This coverage extension only applies to the shipment of your property which originates and terminates at a location specified in the air waybill.

**(3)** The most we will pay for loss or damage under this Extension in any one occurrence is $10,000.

**(4) Special International Air Shipments Exclusion**

This Extension does not apply to:

Business Personal Property if there is other insurance in force covering the same loss.

**20. Interruption of Computer Operations**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, ee. Interruption of Computer Operations**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Additional Coverage - Interruption of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of described premises or computer systems involved, is $15,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**21. Inventory and Loss Appraisal**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, j. Inventory and Loss Appraisal**, paragraph **(2)** is replaced by the following:

The
**Hanover**
Insurance Group.
OBCD394506     1308875

**(2)** Regardless of the number of premises involved, the most we will pay under this Extension is $25,000.

**22. Key Replacement and Lock Repair**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, g. Key Replacement and Lock Repair**, paragraph **(2)**, is replaced by the following:

**(2)** The most we will pay under this Extension is $2,500. The Deductible does not apply to this Extension.

**23. Lessor's Lease Cancellation**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Lessor's Lease Cancellation**

**(1)** We will pay the actual loss of business income you sustain due to the cancellation of a lease by your tenants in a Covered Building due to untenantability that is caused by direct physical loss or damage to that building from a Covered Cause of Loss.

This Additional Coverage only applies if at the time of loss the building was occupied and business was being conducted by the tenant cancelling the lease or their sub-lessee.

**(2)** We will pay for loss of business income that you sustain after tenantability is restored and until the earlier of:

**(a)** The date you lease the premises to another tenant; or

**(b)** 12 months immediately following the "period of restoration".

**(3)** Regardless of the number of tenants cancelling a lease at the described premises, the most we will pay under this Additional Coverage is $10,000 per occurrence

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5) Special Lease Cancellation Exclusions**

We will not pay for:

**(a)** Lease cancelled after the "period of restoration";

**(b)** Lease cancelled, suspended or allowed to lapse by you;

**(c)** Return of prepaid rent or security and other deposits made by tenants; or

**(d)** Lease cancelled at the normal expiration date.

**24. Lessor's Tenant Move Expenses**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Lessor's Tenant Move Expenses**

**(1)** In the event that your tenants must temporarily vacate the covered Building at the described premises due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay the following expenses you actually incur to move those tenants out of and back into your covered Building.

**(2)** We will only pay for the following expenses:

**(a)** Packing, transporting and unpacking the tenant's Business Personal Property including the cost of insuring the move out and back and any necessary disassembly and reassembly or setup of furniture and equipment; and

**(b)** The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**(3)** We will only pay for these expenses that you actually incur within 60 days of the date that the damaged buildings has been repaired or rebuilt.

**(4)** Regardless of the number of tenants involved, the most we will pay under this Additional Coverage is $10,000 per occurrence. This Additional Coverage is not subject to the Limits of Insurance under **SECTION I - PROPERTY.**

**25. Marring and Scratching**

The following is added to **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions**:

**Marring and Scratching**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to damage caused directly by

sudden and accidental marring and scratching of:

(a) Your "stock";

(b) Your printing plates; or

(c) Property of others that is in your care, custody or control.

(2) This Coverage Extension does not apply to:

(a) Property at other than the described premises; or

(b) Property "in transit".

(3) Payment under this Coverage Extension is included within Limit of Insurance applicable to your Business Personal Property.

**26. Money and Securities**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, s. Money and Securities**, paragraph **(5)(b)** is replaced by the following:

(b) $10,000 or the amount shown in the Additional Property Coverage Schedule Outside the Premises for "money" and "securities" while at any other location listed in **(1)** above and while in the coverage territory.

**27. Money Orders and Counterfeit Money**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, j. Money Orders and Counterfeit Money**, paragraph **(3)**, is replaced by the following:

(3) The most we will pay for any loss under this Additional Coverage is $25,000.

**28. Newly Acquired or Constructed Property - Business Income and Extra Expense**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, a. Newly Acquired or Constructed Property**, paragraph **(3) Business Income and Extra Expense** is replaced by the following:

(3) **Business Income and Extra Expense**

You may extend the insurance that applies to Business Income and Extra Expense to apply to property at any location you acquire. The most we will pay for loss or damage under this Extension is $500,000 at each premises.

**29. Ordinance or Law - Demolition Cost and Increased Cost of Construction**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, I. Ordinance or Law, (5) Loss Payment**, paragraph **(d)** is replaced by the following:

(d) The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction for each building described in the Declarations is $25,000 or the amount shown in the Additional Property Schedule. If a damaged building(s) is covered under a Blanket Limit of Insurance and the Blanket Limit of Insurance applies to more than one building or item of property, then the most we will under this Additional Coverage, for each building, is $25,000, or the amount shown in the Additional Property Coverage Schedule.

**30. Ordinance or Law - Increased Period of Restoration**

a. The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, I. Ordinance or Law, (4) Coverage:**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(a) Regulates the construction or repair of any property;

(b) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

(c) Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of any ordinance or law which requires:

(d) The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

The **Hanover**
Insurance Group™

OBCD394506     1308875

**(e)** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**b.** The following is added to **SECTION I - PROPERTY, A. Coverage 5. Additional Coverages, I. Ordinance or Law, (5) Loss Payment**, paragraph **(c):**

The most we will pay for loss under Increased Period of Restoration in any one occurrence is $10,000 for each described building shown in the Declarations or the amount shown in the Additional Property Coverage Schedule. If a damaged building(s) is covered on a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay for Increased Period of Restoration for each described building in any one occurrence is $10,000.

**31. Ordinance or Law - Tenant Improvements and Betterments**

**a.** The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, I. Ordinance or Law, (4) Coverage:**

Coverage provided under paragraphs **(a)**, **(b)** and **(c)** above applies to tenant's improvements and betterments but only if a Limit of Insurance is shown in the Declarations for Business Personal Property. Business Personal Property must be insured on a replacement cost basis.

This extension is provisional and excess to any other valid insurance for tenant's improvements and betterments whether collectible or not.

**b.** The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, I. Ordinance or Law, (5) Loss Payment**, paragraph **(c):**

Regardless of the number of locations insured or buildings involved, the most we will pay for any loss to tenant's improvements and betterments under this Additional Coverage in any one occurrence is $25,000.

**32. Outdoor Property**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, c. Outdoor Property,** paragraph **(3)** is replaced by the following:

**(3)** Regardless of the number of described premises involved, the most we will pay for loss or damage under this Extension, including debris removal expense, is $25,000, but not more than $1,000 for any one tree, shrub or plant.

**33. Personal Effects**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, d. Personal Effects,** paragraph **(3)** is replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is $25,000 at each described premises.

**34. Portable Electronic Devices Coverage Worldwide**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Portable Electronic Devices Coverage Worldwide**

**(1)** We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to portable electronic devices while anywhere in the world, including while "in transit".

**(2)** For the purpose of this Additional Coverage, the following is added to **SECTION I - PROPERTY**, **G. Property Definitions**:

Portable electronic devices includes laptops, tablets, e-readers, smartphones or other lightweight, hand-held or wearable devices capable of storing, retrieving and processing data.

**(3)** This coverage is provided when the property is owned by you or owned by others when in your or your "employees'" care, custody or control, subject to **SECTION I - PROPERTY, E. Property Loss Conditions, 5. Loss Payment,** paragraph **d.(3)(b).**

**(4)** We will not pay for loss or damage to portable electronic devices when caused by, resulting from, or arising out of "theft" or unexplained loss when

the property is checked baggage with a carrier for transit.

**(5)** The provisions for a Business Income loss will be governed by the terms of **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages f. Business Income** except:

**(a)** There is no requirement that a loss occur within 1,000 feet or at the described premises as stated in paragraph **(1)(a)**; and

**(b)** The following are not included under this Additional Coverage:

**(i)** Continuing normal operating expenses incurred, including "payroll expense";

**(ii)** Extended Business Income.

**(6)** The provisions for Extra Expense loss will be governed by the terms of **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, g. Extra Expense** except:

**(a)** There is no requirement that a loss occur within 1,000 feet or at the described premises as stated in paragraph **g.(1)** and **g.(2)**.

**(7)** **Limitations**, item **b.** does not apply to this Additional Coverage.

**(8)** **SECTION I - PROPERTY, B. Exclusions, 5. Business Income and Extra Expense Exclusions,** paragraph **(4)** does not apply to this Additional Coverage.

**(9)** Regardless of the number of lost or damaged portable electronic devices, the most we will pay per occurrence including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $10,000.

**(10)** The amount payable under this Additional Coverage is additional insurance.

**35. Precious Metal Theft Payment Changes**

**SECTION I - PROPERTY, A. Coverage, 4. Limitations**, paragraph **c.** is replaced by the following:

**c.** For loss or damage by "theft", the following types of property are covered only up to the limits shown:

**(1)** $10,000 for furs, fur garments and garments trimmed with fur.

**(2)** $10,000 for jewelry, watches, watch movements, jewels, pearls,

precious and semi-precious stones. This limit does not apply to jewelry and watches worth $250 or less per item.

**(3)** $25,000 for bullion, gold, silver, platinum and other precious alloys or metals.

**36. Preservation of Property - Expense**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Preservation of Property - Expense**

**(1)** If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay your expenses to move or store the Covered Property.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $25,000.

This Additional Coverage is an additional amount of insurance.

**37. Personal Property in Transit**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, i. Personal Property in Transit**, paragraph **(5)** is replaced by the following:

**(5)** The most we will pay for loss or damage under this Coverage Extension is $50,000.

**38. Personal Property of Others - Replacement Cost Provision**

**SECTION I - PROPERTY, E. Property Loss Conditions, 5. Loss Payment,** paragraph **d.(3)(b)** is deleted.

**39. Sales Representative Samples**

**SECTION I - PROPERTY, 5. Additional Coverages, y. Sales Representative Samples**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay for any loss or damage under this Additional Coverage is $25,000.

**40. Soft Costs**

The following is added to **SECTION I - PROPERTY, A. Coverage, 6 Extensions**:

**Soft Costs**

The Hanover Insurance Group.

OBCD394506     1308875

**(1)** We will pay the actual "soft cost expenses" that arise out of a delay in the construction, erection or fabrication of a Covered Building that is listed in **SECTION I - PROPERTY, A. Coverage**, **1. Covered Property**, paragraph **a.(6)** resulting from direct physical loss or damage to that Covered Building from a Covered Cause of Loss.

**(2)** We will only pay the necessary "soft cost expenses" that are over and above those costs that would have been incurred had there been no delay.

**(3)** The most we will pay under this Extension in any one occurrence is $10,000.

**(4)** "Soft cost expenses" means additional:

**(a)** Realty taxes and other assessments that you incur for the period of time that construction has been extended beyond the projected completion date;

**(b)** Interest on money borrowed to finance construction, remodeling, renovation or repair; and

**(c)** Advertising, public relations and promotional expenses.

**41. Spoilage**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Spoilage**

The following provisions (**a.** through **g.** inclusive) apply to the insurance provided by this Additional Coverage:

**a.** For the purpose of this Additional Coverage, the following is added to **SECTION I - PROPERTY, A. Coverage, 1. Covered Property**:

Covered Property means "perishable goods" at the insured locations, if the "perishable goods" are:

**a.** Owned by you and used in your business; or

**b.** Owned by others and in your care, custody or control except as otherwise provided in **SECTION I - PROPERTY, E. Property Loss Conditions, 5. Loss Payment,** paragraph **d.(3)(b)**.

**b.** The following is added to **SECTION I - PROPERTY, A. Coverage, 2. Property Not Covered**:

Property located:

**(1)** On the exterior of buildings;

**(2)** In the open; or

**(3)** In vehicles.

**c.** **SECTION I - PROPERTY, A. Coverage, 3. Covered Causes Of Loss** is replaced by the following:

**3. Covered Causes of Loss**

Subject to the exclusions described in item **E.** of this Additional Coverage, Covered Causes of Loss means the following:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment.

Coverage applies only while such apparatus or equipment is at the described premises shown in the Schedule; or

**(2)** Contamination by a refrigerant. Coverage applies only while the refrigerating apparatus or equipment is at the described premises.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

**b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

d. **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions** does not apply.

e. **SECTION I - PROPERTY, B. Exclusions** paragraph **1.,** does not apply to this Coverage Extension except for:

   **(1)** **b.,** Earth Movement;

   **(2)** **c.,** Governmental Action;

   **(3)** **d.,** Nuclear Hazard;

   **(4)** **f.,** War and Military Action; and

   **(5)** **g.,** Water.

   **(6)** The following exclusions are added: to **SECTION I - PROPERTY, B. Exclusions**, paragraph **2:**

   We will not pay for loss or damage caused by or resulting from:

   **a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

   **b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

   **c.** The inability of an electrical utility company or other power source to provide sufficient power due to:

      **(1)** Lack of fuel; or

      **(2)** Governmental order.

   **d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

   **e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

f. **Conditions**

   For the purpose of this Additional Coverage, **SECTION I - PROPERTY, E. Property Loss Conditions, 5. Loss Payment**, paragraph **d.** is replaced by the following:

   **d.** We will determine the value of Covered Property as follows:

   **(1)** For "perishable goods" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

   **(2)** For other "perishable goods", at actual cash value.

f. Regardless of the number of insured locations involved, the most we will pay under this Additional Coverage for loss or damage in any one occurrence is $25,000. This Additional Coverage is not subject to **SECTION I - PROPERTY, C. Limits of Insurance.**

**42. Temporary Relocation of Property**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Temporary Relocation of Property**

**(1)** We will pay for loss of or damage to Covered Property from a Covered Cause of Loss while it is away from the described premises, if it is being stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $50,000.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**43. Tenant Signs**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, t. Tenant Signs**, paragraph **(4)** is replaced by the following:

**(4)** The most we will pay for loss or damage in any one occurrence is $20,000 regardless of the number of locations or buildings involved.

**44. Underground Water Seepage**

The following is added to **SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages**:

**Underground Water Seepage**

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises caused by or

**Hanover**
Insurance Group.
OBCD394506      1308875

resulting from water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floor or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings in any building or other structure.

**THIS IS NOT FLOOD INSURANCE OR PROTECTION FROM AN INUNDATION OF SURFACE WATER, HOWEVER CAUSED.**

This coverage is intended to provide insurance for damage by subterranean water when such event is a localized incident - not part of a general, widespread "flood" water event.

We will not pay for loss or damage to property when the subterranean water causing the Underground Water Seepage is itself caused by any "flood" or general flooding conditions - including but not limited to those enumerated under **SECTION I - PROPERTY, B. Exclusions**, paragraph **1.g. Water**.

**(2)** **SECTION I - PROPERTY, B. Exclusions,** paragraphs **g. Water (4)** is deleted.

**(3)** The most we will pay for loss in any one occurrence under this Additional Coverage is $100,000.

**(4)** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $1,000. This deductible is to apply separately to:

**(a)** Each building, including personal property therein;

**(b)** Personal property in each building if no coverage is provided on the containing building; and

**(c)** Personal property in the open.

The aggregate amount of this deductible in any one occurrence shall not exceed $5,000.

We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance.

**(5)** **Special Underground Water Seepage Exclusions**

**(a)** The **Exclusions** and **Limitations** sections of **SECTION I - PROPERTY** apply to this Additional Coverage except as provided under paragraph **(b)** below.

**(b)** To the extent that a part of **SECTION I - PROPERTY, B. Exclusions**, paragraph **1.g. Water** might conflict with this Additional Coverage, that part of the **Water** Exclusion does not apply.

**(c)** This Additional Coverage does not apply to loss or damage resulting from your failure to:

**(i)** Keep a sump pump or its related equipment in proper working condition; or

**(ii)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**45. Utility Services**

**SECTION I - PROPERTY**, **A. Coverage, 5. Additional Coverages**, **bb. Utility Services**, paragraphs **(1)** and **(2)** are replaced by the following:

**(1)** We will pay for loss of or damage to Covered Property caused by an interruption in service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown in paragraph **(3)** below.

The most we will pay for loss in any one occurrence under this Additional Coverage is $25,000 at each described premises or the Limit of Insurance shown in the Additional Property Coverage Schedule.

**(2)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown in paragraph **(3)** below.

We will only pay for loss you sustain after the first 24 hours following the

direct physical loss or damage to the property described above.

The most we will pay for loss in any one occurrence under this Additional Coverage is $25,000 at each described premises or the Limit of Insurance shown in the Additional Property Coverage Schedule.

**46. Worldwide Property Off Premises**

The following is added to **SECTION I - PROPERTY**, **A. Coverage, 6. Coverage Extensions**:

**Worldwide Property Off Premises**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others to apply to that property while it is temporarily outside the coverage territory if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** Temporarily on display or exhibit at any fair, trade show or exhibition;

**(c)** Samples of your "stock" in trade in the custody of your sales representatives; or

**(d)** While "in transit" between the described premises and a location described in **(a), (b)** or **(c)** above.

**(2)** The most we will pay for loss or damage under this Extension is $50,000.

**(3)** This Extension provides an additional amount of insurance.

**B. Blanket Coverages**

**1. Accounts Receivable**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, f. Accounts Receivable,** paragraph **(2)**, is replaced by the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises or away from the described premises is subject to the Blanket Coverage Limit of Insurance, or the amount shown in the Additional Property Coverage Schedule.

**2. Computer Equipment**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, r. Computer**

**Equipment,** paragraph **(6)** is replaced by the following:

**(6)** Regardless of the number of insured locations involved, the most we will pay for loss or damage under this Additional Coverage to property described in paragraphs **(1)** and **(2)** above in any one occurrence at insured locations is subject to the Blanket Coverage Limit of Insurance, or the amount shown in the Additional Property Coverage Schedule.

The most we will pay for property listed in paragraphs **(1)** and **(2)** above in any one occurrence for such property that you newly acquire is $100,000.

With respect to newly acquired property under this Additional Coverage, coverage will end when any of the following occurs:

**(a)** The policy expires;

**(b)** 180 days after you acquire the property listed in **(1)(a - d);**

**(c)** You report values to us.

The most we will pay for Extra Expense is $5,000 or the amount shown in the Additional Property Coverage Schedule in any one occurrence. This Additional Coverage is not subject to **SECTION I - PROPERTY, C. Limits of Insurance.**

**3. Debris Removal**

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages, a. Debris Removal,** paragraph **(4)** is replaced by the following:

**(4)** We will pay up to the blanket limit of insurance for debris removal expense, for each insured location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered

The **Hanover** Insurance Group.

OBCD394506      1308875

Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** above, apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the blanket limit of insurance.

**4. Property of Others**

**(a)** You may extend the Blanket Coverage Limit of Insurance to apply to property of others that is in your care, custody or control, including the cost of labor, materials or services furnished or arranged by you on personal property of others.

**(b)** The most we will pay under this provision is subject to the Blanket Coverage Limit of Insurance.

**5. Valuable Papers and Records (Other Than Electronic Data)**

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions**, **e. Valuable Papers and Records (Other Than Electronic Data)**, paragraph **(3)** is replaced by the following:

**(3)** Regardless of the number of locations involved the most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is subject to the Blanket Limit of Insurance, or the amount shown in the Additional Coverage Schedule.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED

THIS ENDORSMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LEAD POISONING LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any actual or alleged lead poisoning due to:

1. Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing lead;
2. The use of lead in constructing or manufacturing any good, product or structure;
3. Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of any good, product or structure containing lead;
4. The manufacturing, transportation, storage or disposal of goods or products containing lead;
5. Any product manufactured, sold, handled or distributed by or on behalf of the insured which contains lead; or
6. Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing lead.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

Includes copyrighted material of Insurance Services Office, Inc. 1997, 2001

The
**Hanover**
Insurance Group.
OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS LIABILITY SPECIAL BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

| SUMMARY OF COVERAGES | | Limits | Page |
|---|---|---|---|
| 1. | Additional Insured by Contract, Agreement or Permit | Included | 1 |
| 2. | Additional Insured - Broad Form Vendors | Included | 2 |
| 3. | Alienated Premises | Included | 3 |
| 4. | Broad Form Property Damage - Borrowed Equipment, Customers Goods and Use of Elevators | Included | 3 |
| 5. | Incidental Malpractice (Employed Nurses, EMT's and Paramedics) | Included | 3 |
| 6. | Personal and Advertising Injury - Broad Form | Included | 4 |
| 7. | Product Recall Expense | Included | 4 |
| | Product Recall Expense Each Occurrence Limit | $25,000 Occurrence | 5 |
| | Product Recall Expense Aggregate Limit | $50,000 Aggregate | 5 |
| | Product Recall Deductible | $500 | 5 |
| 8. | Unintentional Failure to Disclose Hazards | Included | 6 |
| 9. | Unintentional Failure to Notify | Included | 6 |

This endorsement amends coverages provided under the Businessowners Coverage Form through new coverages and broader coverage grants. This coverage is subject to the provisions applicable to the Businessowners Coverage Form, except as provided below.

The following changes are made to **SECTION II - LIABILITY:**

**1. Additional Insured by Contract, Agreement or Permit**

The following is added to **SECTION II - LIABILITY, C. Who Is An Insured:**

**Additional Insured by Contract, Agreement or Permit**

**a.** Any person or organization with whom you agreed in a written contract, written agreement or permit to add such person or organization as an additional insured on your policy is an additional insured only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" caused, in whole or in part, by your acts or omissions, or the acts or omissions of those acting on your behalf, but only with respect to:

    **(1)** "Your work" for the additional insured(s) designated in the contract, agreement or permit;

    **(2)** Premises you own, rent, lease or occupy; or

    **(3)** Your maintenance, operation or use of equipment leased to you.

**b.** The insurance afforded to such additional insured described above:

    **(1)** Only applies to the extent permitted by law; and

    **(2)** Will not be broader than the insurance which you are required by the contract, agreement or permit to provide for such additional insured.

    **(3)** Applies on a primary basis if that is required by the written contract, written agreement or permit.

    **(4)** Will not be broader than coverage provided to any other insured.

    **(5)** Does not apply if the "bodily injury", "property damage" or "personal and advertising injury" is otherwise excluded from coverage under this Coverage Part, including any endorsements thereto.

**c.** This provision does not apply:

**(1)** Unless the written contract or written agreement was executed or permit was issued prior to the "bodily injury", "property damage", or "personal injury and advertising injury".

**(2)** To any person or organization included as an insured by another endorsement issued by us and made part of this Coverage Part.

**(3)** To any lessor of equipment:

    **(a)** After the equipment lease expires; or

    **(b)** If the "bodily injury", "property damage", "personal and advertising injury" arises out of sole negligence of the lessor.

**(4)** To any:

    **(a)** Owners or other interests from whom land has been leased if the "occurrence" takes place or the offense is committed after the lease for the land expires; or

    **(b)** Managers or lessors of premises if:

        **(i)** The "occurrence" takes place or the offense is committed after you cease to be a tenant in that premises; or

        **(ii)** The "bodily injury", "property damage", "personal injury" or "advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

**(5)** To "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" or the offense which caused the "personal and advertising injury" involved the rendering of or failure to render any professional services by or for you.

**d.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION II - LIABILITY, D. Liability and Medical Expense Limits of Insurance**:

The most we will pay on behalf of the additional insured for a covered claim is the lesser of the amount of insurance:

**1.** Required by the contract, agreement or permit described in Paragraph **a.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations

**e.** All other insuring agreements, exclusions, and conditions of the policy apply.

**2. Additional Insured - Broad Form Vendors**

The following is added to **SECTION II - LIABILITY, C. Who Is An Insured:**

**Additional Insured - Broad Form Vendors**

**a.** Any person or organization that is a vendor with whom you agreed in a written contract or written agreement to include as an additional insured under this Coverage Part is an insured, but only with respect to liability for "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

**b.** The insurance afforded to such vendor described above:

**(1)** Only applies to the extent permitted by law;

**(2)** Will not be broader than the insurance which you are required by the contract or agreement to provide for such vendor;

**(3)** Will not be broader than coverage provided to any other insured; and

**(4)** Does not apply if the "bodily injury", "property damage" or "personal and advertising injury" is otherwise excluded from coverage under this Coverage Part, including any endorsements thereto

**c.** With respect to insurance afforded to such vendors, the following additional exclusions apply:

The insurance afforded to the vendor does not apply to:

**(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reasons of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(2)** Any express warranty unauthorized by you;

**The Hanover Insurance Group**

OBCD394506    1308875

**(3)** Any physical or chemical change in the product made intentionally by the vendor;

**(4)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

**(5)** Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

**(6)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(7)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;

**(8)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

  **(a)** The exceptions contained within the exclusion in subparagraphs **(4)** or **(6)** above; or

  **(b)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(9)** "Bodily injury" or "property damage" arising out of an "occurrence" that took place before you have signed the contract or agreement with the vendor.

**(10)** To any person or organization included as an insured by another endorsement issued by us and made part of this Coverage Part.

**(11)** Any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**d.** With respect to the insurance afforded to these vendors, the following is added to **SECTION II - LIABILITY, D. Liability and Medical Expense Limits of Insurance**:

The most we will pay on behalf of the vendor for a covered claim is the lesser of the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **a.**; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**3. Alienated Premises**

**SECTION II - LIABILITY, B. Exclusions, 1. Applicable To Business Liability Coverage k. Damage to Property,** paragraph **(2)** is replaced by the following:

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises and occurred from hazards that were known by you, or should have reasonably been known by you, at the time the property was transferred or abandoned.

**4. Broad Form Property Damage - Borrowed Equipment, Customers Goods, Use of Elevators**

**a.** The following is added to **SECTION II - LIABILITY, B. Exclusions, 1. Applicable To Business Liability Coverage, k. Damage to Property**:

Paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations.

Paragraph **(3), (4)** and **(6)** do not apply to "property damage" to "customers goods" while on your premises nor to the use of elevators.

**b.** For the purposes of this endorsement, the following definition is added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions:**

**1.** "Customers goods" means property of your customer on your premises for the purpose of being:

  **a.** Worked on; or

  **b.** Used in your manufacturing process.

**c.** The insurance afforded under this provision is excess over any other valid and collectible property insurance (including deductible) available to the insured whether primary, excess, contingent or on any other basis.

**5. Incidental Malpractice - Employed Nurses, EMT's and Paramedics**

**SECTION II - LIABILITY, C. Who Is An Insured**, paragraph **2.a.(1)(d)** does not apply to a nurse,

emergency medical technician or paramedic employed by you if you are not engaged in the business or occupation of providing medical, paramedical, surgical, dental, x-ray or nursing services.

**6. Personal Injury - Broad Form**

**a. SECTION II - LIABILITY, B. Exclusions, 2. Additional Exclusions Applicable only to "Personal and Advertising Injury",** paragraph **e.** is deleted.

**b. SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions, 14.** "Personal and advertising injury", paragraph **b.** is replaced by the following:

   **b.** Malicious prosecution or abuse of process.

**c.** The following is added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions,** Definition **14.** "Personal and advertising injury":

   "Discrimination" (unless insurance thereof is prohibited by law) that results in injury to the feelings or reputation of a natural person, but only if such "discrimination" is:

   **(1)** Not done intentionally by or at the direction of:

      **(a)** The insured;

      **(b)** Any officer of the corporation, director, stockholder, partner or member of the insured; and

   **(2)** Not directly or indirectly related to an "employee", not to the employment, prospective employment or termination of any person or persons by an insured.

**d.** For purposes of this endorsement, the following definition is added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions:**

   **1.** "Discrimination" means the unlawful treatment of individuals based upon race, color, ethnic origin, gender, religion, age, or sexual preference. "Discrimination" does not include the unlawful treatment of individuals based upon developmental, physical, cognitive, mental, sensory or emotional impairment or any combination of these.

**e.** This coverage does not apply if liability coverage for "personal and advertising injury" is excluded either by the provisions of the Coverage Form or any endorsement thereto.

**7. Product Recall Expense**

**a. SECTION II - LIABILITY, B. Exclusions, 1. Applicable To Business Liability Coverage,**

**o. Recall of Products, Work or Impaired Property** is replaced by the following:

**o. Recall of Products, Work or Impaired Property**

   Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

   **(1)** "Your product";

   **(2)** "Your work"; or

   **(3)** "Impaired property";

   If such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, but this exclusion does not apply to "product recall expenses" that you incur for the "covered recall" of "your product".

   However, the exception to the exclusion does not apply to "product recall expenses" resulting from:

   **(4)** Failure of any products to accomplish their intended purpose;

   **(5)** Breach of warranties of fitness, quality, durability or performance;

   **(6)** Loss of customer approval, or any cost incurred to regain customer approval;

   **(7)** Redistribution or replacement of "your product" which has been recalled by like products or substitutes;

   **(8)** Caprice or whim of the insured;

   **(9)** A condition likely to cause loss of which any insured knew or had reason to know at the inception of this insurance;

   **(10)**Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials; or

   **(11)**Recall of "your products" that have no known or suspected defect solely because a known or suspected defect in another of "your products" has been found.

**b.** The following is added to **SECTION II - LIABILITY, C. Who Is An Insured,** paragraph **3.b.**:

   "Product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization.

The <sup>The</sup>Hanover
Insurance Group.
OBCD394506     1308875

**c.** The following is added to **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance**:

**Product Recall Expense Limits of Insurance**

**a.** The Limits of Insurance shown in the SUMMARY OF COVERAGES of this endorsement and the rules stated below fix the most that we will pay under this Product Recall Expense Coverage regardless of the number of:

   **(1)** Insureds;

   **(2)** "Covered Recalls" initiated; or

   **(3)** Number of "your products" withdrawn.

**b.** The Product Recall Expense Aggregate Limit is the most that we will reimburse you for the sum of all "product recall expenses" incurred for all "covered recalls" initiated during the policy period.

**c.** The Product Recall Each Occurrence Limit is the most we will pay in connection with any one defect or deficiency.

**d.** All "product recall expenses" in connection with substantially the same general harmful condition will be deemed to arise out of the same defect or deficiency and considered one "occurrence".

**e.** Any amount reimbursed for "product recall expenses" in connection with any one "occurrence" will reduce the amount of the Product Recall Expense Aggregate Limit available for reimbursement of "product recall expenses" in connection with any other defect or deficiency.

**f.** If the Product Recall Expense Aggregate Limit has been reduced by reimbursement of "product recall expenses" to an amount that is less than the Product Recall Expense Each Occurrence Limit, the remaining Aggregate Limit is the most that will be available for reimbursement of "product recall expenses" in connection with any other defect or deficiency.

**g. Product Recall Deductible**

   We will only pay for the amount of "product recall expenses" which are in excess of the $500 Product Recall Deductible. The Product Recall Deductible applies separately to each "covered recall". The limits of insurance will not be reduced by the amount of this deductible.

   We may, or will if required by law, pay all or any part of any deductible amount, if applicable.  Upon notice of our payment

of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

The Product Recall Expense Limits of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for the purposes of determining the Limits of Insurance.

**d.** The following is added to **SECTION II - LIABILITY, E. Liability and Medical Expense General Conditions, 2. Duties in the Event of Occurrence, Offense, Claim or Suit**:

You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

   **(1)** Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled. Include a description of "your product" and the reason for the withdrawal or recall;

   **(2)** Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under this insurance.

**e.** For the purpose of this endorsement, the following definitions are added to **SECTION II - LIABILITY, F. Liability and Medical Expenses Definitions:**

   **1.** "Covered recall" means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy, or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage".

   **2.** "Product recall expense(s)" means:

      **a.** Necessary and reasonable expenses for:

         **(1)** Communications, including radio or television announcements or printed advertisements including stationary, envelopes and postage;

**(2)** Shipping the recalled products from any purchaser, distributor or user to the place or places designated by you;

**(3)** Remuneration paid to your regular "employees" for necessary overtime;

**(4)** Hiring additional persons, other than your regular "employees";

**(5)** Expenses incurred by "employees" including transportation and accommodations;

**(6)** Expenses to rent additional warehouse or storage space;

**(7)** Disposal of "your product", but only to the extent that specific methods of destruction other than those employed for trash discarding or disposal are required to avoid "bodily injury" or "property damage" as a result of such disposal,

you incur exclusively for the purpose of recalling "your product"; and

**b.** Your lost profit resulting from such "covered recall".

**f.** This Product Recall Expense Coverage does not apply:

**(1)** If the "products - completed operations hazard" is excluded from coverage under this Coverage Part including any endorsement thereto; or

**(2)** To "product recall expense" arising out of any of "your products" that are otherwise excluded from coverage under this Coverage Part including endorsements thereto.

**8. Unintentional Failure to Disclose Hazards**

The following is added to **SECTION II - LIABILITY, E. Liability and Medical Expenses General Conditions:**

**Representations**

We will not disclaim coverage under this Coverage Part if you fail to disclose all hazards existing as of the inception date of the policy provided such failure is not intentional.

**9. Unintentional Failure to Notify**

The following is added to **SECTION II - LIABILITY, E. Liability and Medical Expenses General Conditions, 2. Duties in the Event of Occurrence, Offense, Claim or Suit:**

Your rights afforded under this Coverage Part shall not be prejudiced if you fail to give us notice of an "occurrence", offense, claim or "suit", solely due to your reasonable and documented belief that the "bodily injury", "property damage" or "personal and advertising injury" is not covered under this Policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDOMINIUM EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following is added to **SECTION I - PROPERTY, A. Coverages**, **1. Covered Property,** paragraph **a.:**
   **(1)** Bridges, driveways, walks or patios within 1,000 feet of the described premises; and
   **(2)** Outdoor swimming pools and spas and associated structures.
**B.** The following is added to **SECTION I - PROPERTY, A. Coverages**, **1. Covered Property**, paragraph **b.**:
   Business personal property used for maintaining and servicing pools and other recreational facilities on the described premises.
**C.** **SECTION I - PROPERTY, A. Coverages, 2. Property Not Covered**, paragraph **r.** is deleted.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED

# NOTICE

If a claim is filed on the insured property, information on the claim may be given to the Property Insurance Loss Register (PILR) for use by insurance companies in investigating that claim as well as other claims for loss on the property. Information which may be given to PILR includes name, age and sex, current and previous addresses, loss location, insurance policy information, cause of loss, type of property, and identification of others who have an interest in the property or who are involved in the claimed loss. Such information may be collected by an insurer or an adjuster from you, your spouse, others who have an interest in the property, those who are involved in the claimed loss, and fire department personnel. Information on you may be given by PILR to insurance companies which subscribe to its services. On request, PILR will tell you whether it has information on you, will let you see and copy such information (in person or by mail), and will give you the nature and substance of such information by telephone. PILR may charge a reasonable fee for copies of information provided. If you think information on you is incomplete or inaccurate, you may request PILR to make corrections. PILR will then investigate and: (1) give your correction to subscribers who previously received such information; or (2) inform you that it refuses to make your correction and give you its reasons. If PILR refuses to make your correction, you can have a statement of the reasons for your disagreement placed in PILR; and all subscribers who received or will receive information on you will also receive a copy of the statement. Information on your claim will normally be stored by PILR for five years.

Inquiries to PILR should be addressed:

Property Insurance Loss Register
700 New Brunswick Avenue
Rahway, New Jersey 07065

231-0475 (6-89)

The **Hanover**
Insurance Group.

OBCD394506     1308875

THIS ENDORSMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASBESTOS LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any actual or alleged:

1. Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos;
2. Use of asbestos in constructing or manufacturing any good, product or structure;
3. Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure;
4. Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;
5. Product manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or
6. Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - FUNGI OR BACTERIA (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to **SECTION II - LIABILITY**, **B. Exclusions, 1. Applicable to Business Liability Coverage:**

**"Fungi" or Bacteria**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** For the purpose of this endorsement, the following definition is added to **Section II - Liability** Paragraph **F., Liability and Medical Expenses Definitions**:

**1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by "fungi".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The
**Hanover**
Insurance Group.
OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - CONDOMINIUM ASSOCIATION DIRECTORS AND OFFICERS LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS CONDOMINIUM, CO-OP, ASSOCIATION - DIRECTORS AND OFFICERS LIABILITY ENDORSEMENT

**A.** The following is added to Section **A. COVERAGE,** Paragraph **1. Insuring Agreement:**

We will have the right and duty to defend the insured against any "suit" seeking non-monetary damages.

This insurance applies to a "wrongful act" only if the "wrongful act" is not an action for which Directors are not entitled to indemnification under the General Not For Profit Corporation Act of 1986 or the declaration or bylaws of the association.

**B.** The following is added to Section **A. COVERAGE,** Paragraph **2. Exclusions,** subparagraphs **d.** and **j.:**

This exclusion does not apply with regard to our right and duty to defend an insured against any "suit".

**C.** Section **B. WHO IS AN INSURED,** Paragraphs **2.** and **6.** are replaced by the following:

**2.** Your past, present, or future officers, trustees, members of the Board of Directors, or "employees" of the Board of Directors, but only for acts within the scope of their employment by you, while acting in their capacity as members of the Board of Directors or while performing duties related to the conduct of your business

**6.** Any person or organization acting as real estate property manager or managing agent for the Named Insured, including their "employees", while performing real estate management duties for the Named Insured, but only with respect to liability for "wrongful acts" committed at the express direction of the Named Insured. However, your real estate property manager or managing agent is not an insured for "claims" or "suits" brought against them by you.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The Hanover Insurance Group™

OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II - Liability** paragraph **B. Exclusions** of the Businessowners Coverage Form **391-1003:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CONDOMINIUM ASSOCIATION COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. SECTION I - PROPERTY**

**1. SECTION I - PROPERTY, A. Coverage, 1. Covered Property,** paragraph **a.** is replaced by the following:

  **a.** Building, meaning the building and structure described in the Declarations, including:

    **(1)** Completed additions;

    **(2)** Fixtures, outside of individual units, including outdoor fixtures;

    **(3)** Permanently installed:

      **(a)** Machinery; and

      **(b)** Equipment;

    **(4)** All garages, storage buildings and other structures usual to your occupancy, including:

      **(a)** Outdoor fixtures;

      **(b)** Swimming pools; and

      **(c)** Fences and retaining walls;

    **(5)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

      **(a)** Fire extinguishing equipment;

      **(b)** Outdoor furniture;

      **(c)** Floor coverings; and

      **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

    **(6)** If not covered by other insurance:

      **(a)** Additions under construction, alterations and repairs to the building or structure;

      **(b)** Materials, equipment, supplies, and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

    **(7)** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

      **(a)** Fixtures, improvements and alterations that are a part of the building or structure; and

      **(b)** Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

    But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in paragraph **A.1.a.(6)** above.

**2. SECTION I - PROPERTY, A. Coverage, 1. Covered Property,** paragraph **b.** is replaced by the following:

  **b.** Business Personal Property located in or on the buildings and structures described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the buildings or structures or within 1,000 feet of the premises described in the Declarations, whichever distance is greater, consisting of the following:

    **(1)** Personal property owned by you or owned indivisibly by all unit-owners;

    **(2)** Your interest in the labor, materials or services furnished or arranged by you on personal property of others; and

    **(3)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under personal property of others.

    Business Personal Property does not include personal property owned only by a unit-owner, unless it is in your care, custody or control as covered below.

    This also includes property of others that is in your care, custody or control except as otherwise provided in **SECTION I - PROPERTY, E. Property Loss Conditions, (5) Loss Payment,** paragraph **d. (3)(b).**

**3.** The following is added to **SECTION I - PROPERTY, E. Property Loss Conditions, 5. Loss Payment**:

  If you name an insurance trustee, we will adjust losses with you, but we will pay the

**The Hanover Insurance Group**

OBCD394506      1308875

insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**4.** The following is added to **SECTION I - PROPERTY, F. Property General Conditions**:

**Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary and not to contribute with such other insurance.

**5.** The following is added to **SECTION I - PROPERTY, A. Coverage, 4. Limitations:**

Outdoor fixtures, swimming pools, outdoor furniture, fences and retaining walls, pavements, bulkheads, piers, wharves, or docks are not covered against loss caused by freezing or thawing, impact of watercraft, or by the pressure or weight of ice or water whether driven by wind or not.

**6.** **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions** is amended as follows:

**a.** **c. Outdoor Property**, paragraph **(1)** is replaced by the following:

**(1)** You may extend insurance provided by this Coverage Form to apply to direct physical loss or damage to your radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns which are "stock" or are a part of a vegetated roof, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or civil commotion;

**(e)** Aircraft;

**(f)** Windstorm;

**(g)** Ice, snow, sleet and hail.

**(h)** Vandalism; or

**(i)** Theft

**b.** **f. Accounts Receivable,** paragraph **(2)** is replaced by the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $50,000.

**c.** **i. Personal Property in Transit,** paragraph **(5)** is replaced by the following:

**(5)** The most we will pay for loss or damage under this Coverage Extension is $15,000.

**d.** The following is added to **SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions:**

**Maintenance Fees**

**(1)** You may extend the insurance provided by this policy to apply to maintenance fees due you from unit owners or tenants that you have been unable to collect because the units are not tenantable as a result of direct physical loss or damage by any Covered Cause of Loss to Covered Property.

You are to use every effort legally available to collect maintenance fees receivable, and to cooperate with us in the collection of maintenance fees. You cannot waive your right to recover maintenance fees receivable without written permission from us.

**(2)** The most we will pay for loss or damage under this Extension is $100,000.

**(3)** Coverage under this Extension only applies for the time that it would reasonable take to restore the damaged units to a tenantable condition.

**B.** The following is added to **SECTION II - LIABILITY, C. Who Is An Insured:**

Each individual unit-owner and secured party of the insured condominium, but only for liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the unit-owner.

The developer in the developer's capacity as a unit-owner, but only with respect to the developer's liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the developer. However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

**C.** The following is added to **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), K. Transfer of Rights of Recovery Against Others To Us:**

**Waiver of Rights of Recovery**

Each unit-owner and secured party is an insured person under the policy with respect to liability arising out of the unit-owner's interest in the common elements or membership in the condominium association.

We waive any rights which the Transfer of Rights of Recovery Against Others to Us Condition may give us against:

**a.** Any unit-owner of the condominium or

members of the unit-owner's household;

**b.** The condominium association; and

**c.** Members of the board of directors for acts or omissions within the scope of their duties for you.

The unit-owner waives any rights of subrogation under this policy against the condominium association and the board of directors.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED



OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
EMERGENCY EVENT MANAGEMENT

**A.** The following paragraphs are added to the BUSINESSOWNERS COVERAGE FORM:

**1.** If this Policy covers the following in **a.** and **b.** then paragraphs **2.** and **3.** apply:

 **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

 **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** **SECTION I - PROPERTY, E. Property Loss Conditions, 2. Appraisal,** paragraphs **a.** and **b.** are replaced by the following:

 **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

 **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

  **(1)** You demanded the appraisal; and

  **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

 **C. Concealment, Misrepresentation Or Fraud**

  **1.** This Policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the Policy or endorsement or in the written application for this Policy and;

   **a.** Was made with actual intent to deceive; or

   **b.** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Policy after the Policy has been in effect for one year or one policy term, whichever is less.

  **2.** We do not provide coverage under this Policy to you or any other insured who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

   **a.** This Policy;

   **b.** The Covered Property;

   **c.** Your interest in the Covered Property; or

   **d.** A claim under this Policy.

  **3.** Notwithstanding the limitations stated in **C. Concealment, Misrepresentation or Fraud,** paragraph **1.** above, we may cancel this Policy in accordance with the terms of **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), A. Cancellation.**

**B. SECTION I - PROPERTY**

**1.** The following exclusion is added to **SECTION I - PROPERTY, B. Exclusions:**

 **a.** We will not pay for loss or damage arising out of any act committed:

  **(1)** By or at the direction of any insured; and

  **(2)** With the intent to cause a loss.

 **b.** However, this exclusion will not apply to deny payment to an innocent co-insured

who did not cooperate in or contribute to the creation of the loss if:

**(1)** The loss arose out of a pattern of criminal domestic violence; and

**(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**c.** If we pay a claim pursuant to paragraph **B.2.b.** above, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**2.** The following is added to **SECTION I - PROPERTY, E. Property Loss Conditions, 4. Legal Action Against Us**:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C. SECTION II - LIABILITY**

The term spouse is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**D. SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)**

**1.** **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), A. Cancellation** is replaced by the following:

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**2.** If this Policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this Policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy

only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the Policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

**5.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the Policy.

**6.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**7.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**8. Real Property Other Than Residential Properties Occupied By Four Families Or Less**

**Hanover**
Insurance Group.
OBCD394506    1308875

The following applies only if this Policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this Policy, we may cancel this Policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

**a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

   **(1)** Seasonal unoccupancy; or

   **(2)** Building under repair, construction or reconstruction, if property secured against unauthorized entry.

**c.** The building has:

   **(1)** An outstanding order to vacate;

   **(2)** An outstanding demolition order; or

   **(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The Policy will terminate 10 days following receipt of the written notice by the Named Insured(s).

**9. Residential Properties Occupied By Four Families Or Less**

The following applies if this Policy covers residential properties occupied by four families or less:

If this Policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this Policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**2. SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY), H. Other Insurance, 1. SECTION I - PROPERTY** is replaced by the following:

**1. SECTION I - PROPERTY**

   **a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limit of Insurance of all insurance covering on the same basis.

   **b.** If there is other insurance covering the same loss or damage, other than that described in **1**. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of **SECTION I - PROPERTY**.

**3.** The following is added to **SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY):**

**Nonrenewal**

**1.** If we decide not to renew or continue this Policy, we will mail to you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

**2.** Except as provided in paragraph **6**, below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

**3.** If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

  Includes copyrighted materials of Insurance Services Office, Inc. with its permission.
Copyright 2017 The Hanover Insurance Company. All Rights Reserved.

**4.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

**5.** The following provision applies to policies other than those described in paragraph **6.**:

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the Policy.

**6.** The following provision applies only if this Policy covers residential properties occupied by four families or less:

   **a.** If this Policy has been issued to you and in effect with us for five or more years, we may not fail to renew this Policy unless:

   **(1)** The Policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1**. above;

   **(2)** The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1**. above; or

   **(3)** You received 60 days' notice of our intent not to renew as provided in paragraph **1.** above.

   **b.** If this Policy has been issued to you and in effect with us for less than five years, we may not fail to renew this Policy unless you receive 30 days' notice as provided in paragraph **1**. above.

   **c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

   **d.** The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

**E.** The following sentence is deleted from all endorsements containing **Hired Auto - Physical Damage Coverage**:

This coverage is excess to any other valid insurance whether collectible or not.

**F.** The following sentence is deleted from all endorsements containing **Ordinance or Law (Tenant's Improvement Extension):**

This extension is provisional and excess to any other valid insurance for tenant's improvements and betterments whether collectible or not.

**G.** Paragraph **G. Additional Conditions** is deleted from EMERGENCY EVENT MANAGEMENT endorsement.

**H.** The following sentence is deleted from BUSINESSOWNERS COVERAGE FORM, **SECTION E. Property Loss Conditions, 2. Appraisal:**

A decision agreed to by any two will be binding.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The **Hanover**
Insurance Group.

OBCD394506    1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions** in **Section II - Liability:**

**B. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**4.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions** in **Section II - Liability:**

**1.** "Silica" means silicon dioxide, (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

        Copyright, ISO Properties, Inc., 2005

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions - Applicable To Business Liability Coverage** in **Section II - Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 Copyright, Insurance Services Office, Inc., 2009

**The Hanover Insurance Group**

OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **Section II - Liability** Paragraph **A. Coverages:**

If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

Copyright, ISO Properties, Inc., 2005

**The Hanover Insurance Group™**

OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARTH MOVEMENT SCHEDULE

This endorsement provides supplementary information to be used with the following:

EARTH MOVEMENT COVERAGE

| | |
|---|---|
| **Maximum Per "Occurrence" Limit of Insurance** | $ 1,000,000 |
| **Maximum Annual Aggregate Limit of Insurance** | $ 1,000,000 |

## SCHEDULE

**The following Limits and Deductible apply:**

| | |
|---|---|
| Per "Occurrence" - Limit of Insurance | $ 1,000,000 |
| Annual Aggregate - Limit of Insurance | $ 1,000,000 |

**Limit applies solely for Earth Movement at the following locations:**

| Location No. | Building No. | Building Address: | Earth Movement Deductible (% or $) |
|---|---|---|---|
| 001 | 000 | 40 S ASHLAND AVE<br>LA GRANGE    IL 60525 | $25,000 |

**\*Information required to complete this Schedule, if not shown on this endorsement will be shown in the Declarations of this policy.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTH MOVEMENT COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **SECTION I - PROPERTY:**

If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select.

**A. Additional Covered Causes of Loss**

Earth Movement is added as a Covered Cause of Loss for locations described in the Schedule of this Endorsement:

Earth Movement Means:

**1.** Earthquake, including any earth sinking, rising or shifting related to such event;

**2.** Landslide including earth sinking, rising or shifting related to such event;

**3.** Volcanic eruption, meaning the eruption, explosion or effusion of a volcano; or

**4.** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption occurrence. The expiration of this policy will not reduce the 168-hour period.

**B. Exclusions**

In addition to the exclusions found in the Exclusions and Limitation(s) section of the Coverage form, the following will also apply:

**1.** The Collapse exclusion in the Businessowners Coverage Form does not apply to collapse caused by Earthquake or Volcanic Eruption.

**2.** The Additional Coverage - Collapse in the Businessowners Coverage Form, do not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

For the purpose of this endorsement, Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

Collapse does not apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or in any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**3.** We will not pay for loss or damage to land, nor the cost to remediate or restore land. Costs for excavations, grading, backfilling or filling land due to collapse or sinking which results from Earth Movement is not covered under this endorsement.

**4.** We will not pay for loss or damage caused directly or indirectly by:

**a.** Tidal wave or tsunami; or

**b.** The release of water impounded by a dam, levee, dike, seawall or flood control device:

that ensues from an Earth Movement occurrence.

**5.** The Ordinance or Law exclusion in Businessowners Coverage Form will continue to apply with respect to any loss under this policy, including any loss under this endorsement, unless Ordinance or Law coverage is added by endorsement.

**6.** We will not pay for loss or damage caused by or resulting from Earth Movement that begins before the inception of this endorsement.

**C. Additional Coverages and Coverage Extensions**

**1.** With respect to Earth Movement Coverage, the Newly Acquired or Constructed Property Coverage Extension (and any additional limit for Newly Acquired or Constructed

Case: 1:21-cv-02684 Document #: 1-1 Filed: 05/18/21 Page 165 of 252 PageID #:185

Property under a Limit of Insurance clause or an endorsement) is amended by adding the following:

**a.** With respect to Earth Movement Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

**b.** With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the Coverage Extension do not apply to Earth Movement Coverage. Instead, the most we will pay for loss or damage due to Earth Movement on Newly Acquired Or Constructed Property is $100,000 in any one occurrence and in any one policy year. This limit is a part of and does not increase the applicable Limit of Insurance for Earth Movement.

**2.** The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages.

**3.** With respect to any applicable Additional Coverages and Coverage Extension in the Coverage Form to which this endorsement is attached, other than those addressed in **C.1** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit of Insurance for Earth Movement.

## D. Limits of Insurance

### 1. Per Occurrence Limit of Insurance

The most we will pay for loss or damage caused by Earth Movement in any one occurrence is the applicable per occurrence Limit of Insurance shown in the Earth Movement Schedule regardless of the number of locations involved.

### 2. Annual Aggregate Limit of Insurance

The Annual Aggregate Limit of Insurance in the Earth Movement Schedule is the most we will pay for the total of all loss or damage that is caused by Earth Movement even if there is more than one Earth Movement loss in a 12-month policy period (starting with the beginning of the present annual policy period). If the first Earth Movement event does not exhaust the Limit of Insurance, then the balance of that Limit is available for a subsequent Earth Movement event.

If a single occurrence of Earth Movement begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance or Annual Aggregate applicable to that following annual

policy period will not apply to that Earth Movement event.

### 3. Maximum Per Occurrence Limit of Insurance

Regardless of the number of Per occurrence Limits shown in the Earth Movement Schedule, the Maximum Per occurrence Limit of Insurance shown in the Earth Movement Schedule is the Most we will pay in any one occurrence.

### 4. Maximum Annual Aggregate Limit of Insurance

Regardless of the number of Annual Aggregate Limits show in the Earth Movement Schedule, the most we will pay in any 12-month policy period is the Maximum Annual Aggregate Limit of Insurance.

### 5. Ensuing Loss

In the event of covered ensuing loss (such as fire) results from the Earth Movement, the most we will pay for the total of all loss or damage caused by Earth Movement and other Covered Cause of Loss is the Limit of Insurance applicable to such other Covered Cause of Loss. We will not pay the sum of the Fire and Earth Movement Limits of Insurance.

## EXAMPLES - ENSUING LOSS

Two examples follow, using these facts: The policy includes this Earth Movement Coverage endorsement. A building is damaged by Earth Movement and by Fire which is caused by the Earth Movement. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the all Causes Of Loss except Earth Movement, is $800,000. The Limit of Insurance for Earth Movement is $400,000. The Earth Movement Deductible amount is $5,000.

## EXAMPLE #1

The damage due to Earth Movement is $500,000. The damage due to Fire is $500,000.

Payment for Earth Movement damage is $400,000 ($500,000 damage minus $5,000 Earth Movement Deductible = $495,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Earth Movement Limit).

Total Loss Payment is $800,000.

## EXAMPLE #2

The damage due to Earth Movement is $800,000. The damage due to Fire is $100,000.

**391-1738 08 16**     Includes copyrighted material of Insurance Services Office, Inc. with its permission     **Page 2 of 3**

The **Hanover** Insurance Group.

OBCD394506    1308875

Payment for Earth Movement damage is $400,000 ($800,000 damage minus $5,000 Earth Movement deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of Earth Movement and ensuing loss. Therefore, the loss payment stated for Earth Movement damage does not address the situation where another policy also covers the Earth Movement damage.

**E. Deductible**

1. The provisions of Paragraph **E.2.** of this endorsement are applicable to all to the Coverages except:

   a. Business Income;

   b. Extra Expense; and

   c. Civil Authority.

2. The Deductible for coverage provided under this endorsement is the Deductible applicable to Earth Movement as shown in the Earth Movement Schedule.

   a. **Dollar Deductible**

   Where a Dollar Deductible is shown in the Schedule, we will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceed the Dollar deductible shown in the Earth Movement Schedule. We will then pay the amount of loss or damage in excess of the Deductible up to the Earth Movement Limit of Insurance shown in the Earth Movement Schedule.

   b. **Percentage Deductible**

   Where a Percentage Deductible is shown in the Schedule, the Deductible is calculated separately to each building, personal property and personal property in the open. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Earth Movement Schedule) of the Limits of Insurance applicable to the property that has sustained loss or damage. Percentage Deductibles are separately calculated and applied even if:

   a. Two or more buildings sustain loss or damage;

   b. Personal property at two or more buildings sustains loss or damage; or

   c. A building and the personal property in that building sustains loss or damage.

   We will then pay the amount of loss or damage in excess of the Deductible up to the occurrence Limit of Insurance as shown in the Schedule of this endorsement.

3. If Earth Movement results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies.

**F. Example - Application of Percentage Deductible - For Specific or Blanket Insurance**

The values, as shown in the most recent statement of Values on file with us are:

Building #1 $500,000

Building #2 $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building:

Step (1): $500,000 x 10% = $50,000

Step (2): $95,000 - $50,000 = $45,000

Business Personal Property:

Step (1): $250,000 x 10% = $25,000.

The loss, $5000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000 is not covered due to application of the Deductible. There is no loss payment for business personal property.

**G. Business Income and Extra Expense Period of Restoration**

The "period of restoration" definition stated in the Coverage form, or any endorsement amending the beginning of the "period of restoration", applies to each Earth Movement event. A single Earth Movement event is defined in Paragraph **A.** of this endorsement.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The **Hanover**
Insurance Group™

OBCD394506      1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLOOD SCHEDULE

This endorsement provides supplementary information to be used with the following:

FLOOD COVERAGE

| | |
|---|---|
| **Maximum Per "Occurrence" Limit of Insurance** | $ 1,000,000 |
| **Maximum Annual Aggregate Limit of Insurance** | $ 1,000,000 |

### SCHEDULE

**The following Limits and Deductible apply:**

| | |
|---|---|
| Per "Occurrence" - Limit of Insurance | $ 1,000,000 |
| Annual Aggregate - Limit of Insurance | $ 1,000,000 |

**Limit applies solely for Flood coverage only at the following locations:**

| Location No. | Building No. | Building Address: | Flood Deductible (% or $) |
|---|---|---|---|
| 001 | 000 | 40 S ASHLAND AVE<br>LA GRANGE    IL 60525 | 25,000 |

**\*Information required to complete this Schedule, if not shown on this endorsement will be shown in the Declarations of this policy.**



OBCD394506     1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLOOD COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** This endorsement applies to the Covered Property and coverages, under **Section I - Property**, for which a Flood Limit Of Insurance is shown in the Flood Schedule.

**B. Additional Covered Cause Of Loss**

The following is added to the **Covered Causes Of Loss**:

**1.** Flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

  **a.** Surface water or waves, tides, tidal waves, tsunami, overflow of any body of water or their spray, all whether driven by wind or not (including storm surge);

  **b.** The unusual or rapid accumulation of runoff of surface waters from any source;

  **c.** Mudslides or mudflows which are caused by flooding defined in **B.1.b.** of this endorsement. For purpose of this Covered Cause of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current;

  **d.** Water or waterborne material which backs up through or overflows from a sewer, drain or sump. For the purpose of this endorsement, the term drain includes a roof drain and related fixtures.

  **e.** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment which is designed to remove subsurface water which is drained from the foundation area;

  **f.** Water under the ground surface pressing on, or flowing or seeping through:

    **(1)** Foundations, walls, floor or paved surfaces;

    **(2)** Basements whether paved or not; or

    **(3)** Doors, windows or other openings in any building or other structure; or

  **g.** The release of water impounded by a dam, levee, dike, seawall or flood control device.

All flooding in a continuous or protracted event will constitute a single flood occurrence.

**C. Exclusions, Limitations and Related Provisions**

**1.** The **Exclusions** and **Limitations** sections of **Section I - Property** apply to coverage provided under this endorsement except as provided in **C.2.** and **C.3.** of this endorsement.

**2.** Coverage described in **A.1.d.** and **A.1.e.** of this endorsement does not apply to loss or damage resulting from your failure to:

  **a.** Keep a sump pump or its related equipment in proper working condition; or

  **b.** Perform routine maintenance or repair necessary to keep a sewer or drain free from obstruction.

**3.** To the extent that a part of the **Water** Exclusion might conflict with coverage provided under this endorsement, that part of the **Water** Exclusion does not apply.

**4.** To the extent that tsunami causes the overflow of tidal waters, the exclusion of earthquake in the **Earth Movement** exclusion, will not apply to coverage provided under this endorsement.

**5.** The **Ordinance or Law** Exclusion of **Section I - Property** continues to apply with respect to any loss under the Businessowners Coverage Form including any loss under this endorsement, unless Ordinance or Law Coverage is added by endorsement.

**6.** We do not cover loss or damage by Flood to personal property in the open except to the extent that such coverage, if any is specified in the Flood Schedule.

**7.** The following exclusions and limitations are added and apply to coverage under this endorsement:

  **a. Property Not Covered** is amended and supplemented as follows with respect to Flood Coverage:

    **(1) Property Not Covered** includes boat houses and open structures, and any property in or on the foregoing, if the structure is located on or over a body of water.

**(2)** If bulkheads, pilings, piers, wharves, docks, beach or diving platforms or appurtenances that are not part of a building, have been removed from Property Not Covered and added as Covered Property by separate endorsement, this Flood Coverage Endorsement does not apply to such property.

**(3)** The following are removed from **Property Not Covered** and are therefore Covered Property:

    **(a)** Foundations of buildings, structures, machinery or boilers if their foundations are below the lowest basement floor or below the surface of the ground, if there is no basement;

    **(b)** Underground pipes, flues and drains; and

    **(c)** Retaining walls whether or not part of a building.

**D. Additional Coverages and Coverage Extensions**

  **1.** With respect to Flood Coverage, Paragraph **A.5.a.**, of **Section I - Property**, **Debris Removal** Additional Coverage, is not applicable and replaced by the following:

   **a. Debris Removal**

    **(1)** We will pay your expense to remove debris of Covered Property and other debris that is on described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

    **(2)** We will pay your expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

    **(3)** This coverage for Debris Removal, as set forth in **a.(1)** and **a.(2)** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit of Insurance for Flood that applied to the Covered Property at the affected described premises covered under this endorsement.

  **2.** With respect to Flood Coverage, the **Newly Acquired Or Constructed Property** Coverage Extension (and any additional limit for Newly Acquired Or Constructed Property under a Limit Of Insurance clause or an endorsement) is amended by adding the following:

   **a.** With respect to Flood Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

   **b.** With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the coverage extension do not apply to Flood Coverage. Instead, the most we will pay for loss or damage due to Flood on New Acquired Or Constructed Property is $100,000 in any one "occurrence" and in any one policy year. This limit is a part of and does not increase the applicable Limit Of Insurance for Flood.

  **3.** With respect to any applicable Additional Coverages and Coverage Extension in the Coverage Form to which this endorsement is attached, other than those addressed in **C.1.** and **C.2.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit of Insurance for Flood.

**E. Limits of Insurance**

  **1. Per "Occurrence" Limit of Insurance**

    The most we will pay for loss or damage caused by Flood in any one "occurrence" is the applicable Per "Occurrence" Limit of Insurance shown in the Flood Schedule regardless of the number of locations involved.

  **2. Annual Aggregate Limit of Insurance**

    The Annual Aggregate Limit of Insurance for Flood shown in the Flood Schedule is the most we will pay for the total of all loss or damage that is caused by Flood even if there is more than one Flood event in a 12-month policy period (starting with the beginning of the present annual policy period). If the first Flood does not exhaust the Limit Of Insurance, then the balance of that Limit is available for a subsequent Flood event.

    If a single "occurrence" of Flood begins during one annual policy period and ends during the following annual policy period, any Limit Of Insurance or Annual Aggregate applicable to that following annual policy period will not apply to that Flood event.

    The Limit Of Insurance that applies to Flood Coverage under this endorsement also applies to the **Loss Of Business Income** and **Extra Expense** Additional Coverages.



OBCD394506     1308875

**3. Maximum Per "Occurrence" Limit of Insurance**

Regardless of the number of Per "Occurrence" Limits shown in the Flood Schedule, the Maximum Per "Occurrence" Limit of Insurance shown in the Flood Schedule is the Most we will pay in any one "Occurrence".

**4. Maximum Annual Aggregate Limit of Insurance**

Regardless of the number of Annual Aggregate Limits show in the Flood Schedule, the most we will pay in any 12-month policy period is the Maximum Annual Aggregate Limit of Insurance.

**5. Ensuing Loss**

In the event of covered ensuing loss for example, loss caused by Fire, Explosion or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by Flood, Fire, Explosion, and Sprinkler Leakage is the Limit of Insurance applicable to Fire. We will not pay the sum of the Fire and Flood Limits of Insurance.

**EXAMPLES - ENSUING LOSS**

Two examples follow, using these facts: A policy includes this Flood Coverage endorsement. A building is damaged by Flood and by Fire which is caused by Flood. The value of the damaged building is $1,000,000. The Limit Of Insurance applicable to the building, for all Causes Of Loss except Flood, is $800,000. The Limit Of Insurance for Flood is $400,000. The Flood Deductible amount is $5,000.

**EXAMPLE #1**

The damage due to Flood is $500,000. The damage due to Fire is $500,000.

Payment for Flood damage is $400,000 ($500,000 damage minus $5,000 Flood Deductible = $495,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Flood Limit).

Total Loss Payment is $800,000.

**EXAMPLE #2**

The damage due to Flood is $800,000. The damage due to Fire is $100,000.

Payment for Flood damage is $400,000 ($800,000 damage minus $5,000 Flood deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of flood and ensuing loss. Therefore, the loss payment stated for flood damage does not address the situation where another policy also covers the Flood damage.

**F. Deductible**

**1.** Paragraph **F.2.** of this endorsement applies to all coverages provided under this policy except for the **Loss Of Business Income** and **Extra Expense** Additional Coverages.

**2.** The Deductible, for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Flood Schedule.

**a. Dollar Deductible**

Where a Dollar Deductible is shown in the schedule, we will not pay for loss or damage in any one "occurrence" until the total amount of loss or damage for all coverages exceeds the Dollar Deductible shown in the Flood Schedule. We will then pay the amount of loss or damage in excess of the Deductible up to the Flood per "Occurrence" Limit of Insurance shown in the Flood Schedule.

**b. Percentage Deductible**

Where a Percentage Deductible is shown in the schedule, the Deductible is calculated separately to each building, personal property and personal property in the open. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Flood Schedule) of the Limits of Insurance applicable to the property that has sustained loss or damage. Percentage Deductibles are separately calculated and applied even if:

**(1)** Two or more buildings sustain loss or damage;

**(2)** Personal property at two or more buildings sustains loss or damage; or

**(3)** A building and the personal property in that building sustains loss or damage.

We will then pay the amount of loss or damage in excess of the Deductible up to the "occurrence" Limit of Insurance shown in the Flood Schedule.

**3.** If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies.

**G. Example - Application of Percentage Deductible - For Specific or Blanket Insurance**

The Limits Of Insurance for Covered Property are as follows:

Building #1: $500,000

Building #2: $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits Of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit Of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building:

Step (1): $500,000 x 10% = $50,000

Step (2): $95,000 - $50,000 = $45,000

Business Personal Property:

Step (1): $250,000 x 10% = $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000 is not covered due to application of the Deductible. There is no loss payment for business personal property.

**H. Loss Of Business Income and Extra Expense Period Of Restoration**

The "period of restoration" definition stated in the Coverage form, or any endorsement amending the beginning of the "period of restoration", applies to each Flood event. A single Flood event is defined in Paragraph **A.** of this endorsement.

The **Hanover**
Insurance Group.

OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT - LIMITS OF INSURANCE PERSONAL AND ADVERTISING INJURY SEPARATE LIMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Under **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance,** Paragraph **2.** is replaced with the following:

   **2.** The most we will pay for the sum of all damages because of all "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence" are the Liability limit and the Medical Expenses limit, respectively, shown in the Declarations.

But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**B.** Under **SECTION II - LIABILITY, D. Liability and Medical Expenses Limits of Insurance,** the following is added:

The most we will pay for the sum of all damages because of "personal and advertising injury" sustained by any one person or organization is the same as the Business Liability Limit shown in the Declarations.

**391-1375 01 10**   Includes copyrighted material of Insurance Services Office., Inc., with its permission   **Page 1 of 1**

197



OBCD394506      1308875

THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE. PLEASE READ IT CAREFULLY.

# ILLINOIS - EXCESS COMMERCIAL BUSINESSOWNERS CONDOMINIUM, CO-OP, AND ASSOCIATION - DIRECTORS AND OFFICERS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

---

**CLAIMS-MADE WARNING**

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE ON A CLAIMS-MADE BASIS. SUBJECT TO ITS TERMS, THIS ENDORSEMENT APPLIES ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD , AUTOMATIC EXTENDED REPORTING PERIOD OR ANY PURCHASED OPTIONAL EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGES AND COVERAGE RESTRICTIONS**

---

**SCHEDULE**

| | |
|---|---|
| Condominium, Co-op, and Association - Directors and Officers Each Claim Limit: $ | 1,000,000 |
| Retroactive Date: 10/15/2017 | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

---

**A.** For purposes of the coverage provided by this endorsement, **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement,** is replaced by the following:

    **1. Directors and Officers Liability**

      **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "damages" arising out of a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking such "damages" when the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking "damages" to which this insurance does not apply. At our discretion, we may investigate any "wrongful act" that may involve this insurance and settle any resultant "claim" or "suit" for which we have the duty to defend. But:

      **(1)** The amount we will pay for the "ultimate net loss" is limited as described in the Declarations and **SECTION III - LIMITS OF INSURANCE**; and our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A, B** or **C.** No other obligation or liability to pay sums or perform acts or services is covered under this endorsement unless explicitly provided for under **Supplementary Payments A, B and C.**

      **b.** This insurance applies to a "wrongful act" only if:

      **(1)** The "wrongful act" took place in the "coverage territory" on or after the Retroactive Date, if any, shown in the Schedule and before the end of the policy period;

      **(2)** The "claim" for "damages" because of the "wrongful act" is first made against you during the policy period or any Extended Reporting Period; and

---

**(3)** Prior to the inception date of the first **Excess Commercial General Liability Condominium, Co-op, and Association - Directors and Officers Liability Endorsement** issued and continuously renewed by us, the insured had no knowledge of any "wrongful act", fact, circumstance or situation from which it could reasonably be expected that a "claim" could arise.

**c.** All "claims" arising out of the same "wrongful act" or "interrelated wrongful acts" committed by one or more insureds shall be considered a single "claim". Such single "claim" shall be deemed to be first made on the date the initial "claim" arising out of such "wrongful act" or "interrelated wrongful acts" was first made.

Further, all "claims" for "damages" made by the same person or organization will be deemed to have been made at the time the first of those "claims" is made against any insured.

**B.** For purposes of the coverage provided by this endorsement, **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**a.** **"Bodily Injury", "Property Damage" and "Personal and Advertising Injury"**

"Bodily injury", "property damage", or "personal and advertising injury".

**b.** **Financial Activities**

Any liability or expense arising out of any financial instrument, security or investment, including but not limited to claims for breach of contract, misrepresentation, or failure to pay.

**c.** **Compensation**

Salary, compensation or bonuses voted to or denied to any insured by the directors, officers and trustees of the Named Insured.

**d.** **Insurance**

The advising or requiring, or failure to advise or require, or failure to maintain any form of insurance, suretyship or bond, either with respect to the insured or any other person, firm or organization.

**e.** **Illegal Financial Gain**

Any "claim" arising out of the insured obtaining or attempting to obtain profit, remuneration or financial gain to which such insured is not legally entitled.

**f.** **Asbestos**

"Damages" arising out of any actual or alleged:

**(1)** Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos;

**(2)** Use of asbestos in constructing or manufacturing any good, product or structure;

**(3)** Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure;

**(4)** Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;

**(5)** Products manufactured, sold, handled or distributed by you or on your behalf which contain asbestos; or

**(6)** Acts or omissions by you in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing, or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings, or advice.

**g.** **Radiation**

Nuclear reaction, nuclear radiation or radioactive contamination, or to any act or condition incident to any of the foregoing.

**h.** **Cross Insured Claims**

"Damages" sustained by any insured that arise out of the activities of any other person or organization qualifying as an insured under this policy.

**i.** **Workers Compensation**

Any obligation you may have to pay under any workers compensation act, employers liability law, unemployment compensation law, disability benefit law, or any similar local, state, federal or foreign law or regulation.

**j.** **Employment Related Practices**

OBCD394506    1308875

"Damages" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, "domestic partner", child, parent, brother or sister of that person as a consequence of "damages" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(3)** Whether the injury-causing event described in Paragraphs **(1) (a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(4)** Whether you may be liable as an employer or in any other capacity; and

**(5)** To any obligation to share "damages" with or repay someone else who must pay damages because of the injury.

**k. Contractual Liability**

Any "claim" for breach of any oral, written or implied contract or agreement, or the assumption of liability by any insured under a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**l. Pollution**

Any loss, cost or expense arising out of any:

**(1)** Alleged or threatened discharge, dispersal, seepage, migration, release or escape of any "pollutants" at any time; or

**(2)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(3)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

Including without limitation any "claim" by or on behalf of the association.

**m. Professional Services**

The rendering of or failure to render any professional service:

**(1)** By you; or

**(2)** On your behalf; or

**(3)** For whom the insured assumed liability by reason of a contract or agreement, regardless of whether or not any such service, advice or instruction is ordinary to any insured's profession.

This exclusion applies even if a claim alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "wrongful act" which caused the "damages" involved the rendering of or failure to render any professional service.

**n. Expected or Intended Injury**

"Damages" expected or intended from the standpoint of the insured, as well as "damages" arising out of any willful, dishonest, fraudulent, criminal, or malicious act, error or omission committed by the insured or any person for whom the insured is legally responsible.

**o. Additional Insured**

"Damages" sustained by any insured that arise out of the activities of any other person or organization qualifying as an insured under this policy.

**p. Communicable Disease**

Any "damages" arising out of the actual or alleged transmission of a "communicable disease". This exclusion applies even if the claim against any insured alleges negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

For the purposes of this endorsement, the following definition applies:

"Communicable disease" means a disease or condition that can be imparted to another individual, including avian flu, viral hepatitis-A, viral hepatitis-B, herpes, syphilis, gonorrhea, Chlamydia, acquired immune deficiency syndrome, AIDS-Related Complex (ARC)human immunodeficiency virus (HIV), chicken pox, measles, mumps, influenza, scarlet fever, leprosy, tuberculosis and respiratory infections.

**q. Fungi and Bacteria**

**(1)** "Damages" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and

**(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, re-mediating or disposing of, or in any way responding to, or assessing the effects of, fungi or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any fungi or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

This exclusion does not apply to any fungi resulting from fire or lightning.

**r. Lead**

Any "damages" arising out of any actual or alleged lead poisoning due to:

**(1)** Inhaling, ingesting or prolonged physical exposure by any person to any premises, structure, goods or products containing lead; or

**(2)** The use of lead in constructing or manufacturing any good, product or structure; or

**(3)** Intentional or accidental removal including encapsulation, dispersal,

sealing or disposal of any good, product or structure containing lead; or

**(4)** The manufacturing, transportation, storage or disposal of goods or products containing lead; or

**(5)** Any product manufactured, sold, handled or distributed by or on behalf of the insured which contains lead; or

**(6)** Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of products or materials containing lead.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

**s. Telephone Consumer Protection ACT, CAN-SPAM Act, Fair Credit Reporting Act**

Any "damages" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law: or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**C.** For purposes of the coverage provided by this endorsement, **SUPPLEMENTARY PAYMENT - COVERAGES A, B AND C,** paragraph **1.d** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**D.** For purposes of the coverage provided by this endorsement, **SECTION II - WHO IS AN INSURED** is replaced by with the following:

**SECTION II - WHO IS AN INSURED**

Each of the following is an insured:

**1.** You;

**2.** Your past, present, or future directors, officers, or trustees but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

**3.** The lawful spouse or "domestic partner" of an insured under item **2.** above, but solely with respect to such spouse's or "domestic partner's" status as a spouse or "domestic partner", or such spouse's or "domestic partner's" ownership interest in property that a claimant seeks as recovery for an alleged "wrongful act", and not for "wrongful acts" actually or allegedly committed by the spouse or "domestic partner".

**4.** You are also an insured with respect to "claims" for which you may be obligated to indemnify your past, present or future directors, officers, or trustees; and

**5.** Your "employees" and "volunteer workers", while acting within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "damages":

  **a.** To you, your past, present or future directors, officers, or trustees, a co-"employee" or "volunteer worker" in the course of his or her employment or while performing duties related to the conduct of your business;

  **b.** To the spouse, "domestic partner", child, parent, brother or sister of your past, present or future directors, officers, or trustees, a co-"employee" or "volunteer worker" as a consequence of paragraph **a.(1)** above; or

  **c.** For which there is any obligation to share damages with or repay someone else who must pay "damages" because of the claim described in paragraphs **a.(1)** or **(2)** above.

**6.** Any person or organization acting as real estate property manager for the Named Insured while performing real estate management duties for the Named Insured, but only with respect to liability for "wrongful acts" committed at the express direction of the Named Insured. However, your real estate property manager is not an insured for "claims" or "suits" brought against them by you.

**7.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**E.** For purposes of the coverage provided by this endorsement, **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Schedule to this endorsement, the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** "Claims" made or "suits" brought or number of vehicles involved; or

  **c.** Persons or organizations making "claims" or bringing "suits".

**2.** The Aggregate Limit in the Declarations is the most we will pay for the sum of all "ultimate net loss" under:

  **a.** Coverage A, except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto";

  **b.** Coverage B; and

  **c.** Coverage C**.**

**3.** Subject to Paragraph **2.** above, the Condominium, Co-op, Association - Directors and Officers Each Claim Limit is the most we will pay under Coverage **C** for the sum of all "ultimate net loss" because of all "damages" arising out of any one "wrongful act".

**4.** If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

    **a.** "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part;

    **b.** "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part; or

    **c.** "Damages" for "wrongful acts" committed on or after any retroactive date and before the end of the policy period of this endorsement.

The Aggregate Limit as described in paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**F.** For purposes of the coverage provided by this endorsement, the following is added to **SECTION IV - CONDITIONS**:

    **1.** You must see to it that we are notified as soon as practicable of any "claim" or "wrongful act" which may result in a "claim". To the extent possible, notice should include:

        **a.** How, when and where the "claim" or "wrongful act" took place;

        **b.** How and when you became aware of the "claim" or "wrongful act";

        **c.** The names and addresses of any persons who were involved in the "wrongful act", who potentially sustained damages, and any witnesses; and

        **d.** The nature and location of any damage arising out of the "wrongful act".

    **2.** You and any other involved insured must:

        **a.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim" or "suit";

        **b.** Authorize us to obtain records and other information;

        **c.** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

        **d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "wrongful acts" to which this insurance may also apply.

    **3.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, without our consent.

    **4.** It is our stated intent that the various coverage parts, endorsements or policies issued to the named insured by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same claim. If this endorsement and any other coverage part or policy issued to the named insured by us, or any company affiliated with us, apply to the same "claim", "wrongful act", occurrence, offense, accident or loss, the maximum Limit of Insurance under all such coverage parts, endorsements or policies combined shall not exceed the highest applicable Limit of Insurance under any one coverage part, endorsement or policy.

**G.** For the purposes of the coverage provided by this endorsement, the following **Extended Reporting Period** provisions are added:

**EXTENDED REPORTING PERIOD**

    **1. Automatic Extended Reporting Period**

        For no additional premium, we will provide an Automatic Extended Reporting Period for the coverage granted under this endorsement, with respect to any "claim" first made during a period of 60 days after the policy termination date, but only with respect to any "wrongful act" committed prior to the end of the policy period and otherwise covered under the endorsement. The Automatic Extended Reporting Period shall not apply to you if you have purchased insurance from us or any other insurer covering such "claim". An Automatic Extended Reporting Period will not apply if we cancel for nonpayment of premium.

    **2. Optional Extended Reporting Period**

        **a.** If this endorsement is canceled or not renewed, you shall have the right, upon payment of an additional premium, to a three year extension of the Reporting Period for any "claim" first made and reported against you after the date upon which the policy period ends, but only with respect to "wrongful acts" committed prior to the end of the policy period and otherwise covered by this endorsement. Such period shall be referred to as the Optional Extended Reporting Period. If the Optional Extended Reporting Period is purchased, then the Automatic Extended Reporting Period, as described in Paragraph **1.** above does not apply. We will determine the additional premium in accordance with our rules and rates.

The additional premium will not exceed 100% of the annual premium for this endorsement.

**b.** You must request this Optional Extended Reporting Period in writing and must pay us the additional premium within 60 days following the date of such cancellation, non-renewal or termination. If we do not receive your request and premium payment within 60 days following the date of such cancellation, non-renewal or termination, your right to purchase the Optional Extended Reporting Period shall end.

**c.** If similar insurance is in force covering any "claims" first made during this Optional Extended Reporting Period, coverage provided by this endorsement shall be excess over any such other insurance.

**d.** If we cancel for non-payment of premium, you may purchase the Optional Extended Reporting Period only after any earned premium due us is paid within 10 days after the date of cancellation or endorsement expiration, whichever comes first.

**e.** All premiums paid for an Optional Extended Reporting Period shall be deemed fully earned as of the first day of the Optional Extended Reporting Period. The Optional Extended Reporting Period may not be canceled.

**3.** If the Optional Extended Reporting Period is in effect, we will provide the separate aggregate limit of insurance described below, but only for "claims" first received and recorded during the Optional Extended Reporting Period.

The separate aggregate limit of insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period for the Excess General Liability Condominium, Co-op, and Association - Directors and Officers Liability Aggregate Limit.

**SECTION III - LIMITS OF INSURANCE,** Paragraph **2.** will be amended accordingly. The Each Claim Limit shown in the Declarations will then continue to apply as set forth in paragraph **1.** of that section.

**4.** At the time of termination of coverage, any return premium due to you shall be credited toward the premium for the Optional Extended Reporting Period if you elect to buy this coverage.

If, at the time of termination, you owe any additional premium for coverage provided during the policy term, any premium received by us from you as payment for the Optional Extended Reporting Period shall first be applied to that additional premium.

**H.** For the purposes of the coverage provided by this endorsement, the following definitions are added to **SECTION V - DEFINITIONS**:

**1.** "Claim" means any written demand presented for monetary "damages" for a "wrongful act" or a "suit" against you arising from a "wrongful act" to which this insurance applies.

All "claims" made on account of a single "wrongful act" shall be treated as a single "claim" first made on the date the earliest of the "claims" was made, regardless of whether that date is before or during the policy period or, if applicable, during an Extended Reporting Period.

**2.** "Damages" means economic loss which an insured is legally obligated to pay for any "claim" to which this insurance applies and shall include judgments and settlements.

"Damages" does not include fines or penalties imposed by law, punitive or exemplary damages or other matters which may be deemed uninsurable under the law pursuant to which the policy shall be construed.

**3.** "Domestic Partner" means any natural person qualifying as a domestic partner under the provisions of any applicable federal, state or local law or under the provisions of any formal program established by the Named Insured.

**4.** "Interrelated wrongful act" means all causally connected "wrongful acts".

**5.** "Wrongful act" means any actual or alleged error, omission, misstatement, misleading statement, neglect, breach of duty, or act by the insured, or any matter claimed against the insured solely by reason of their serving in an insured position or capacity. This does not apply to a position or capacity in any entity other than the named insured association, even if the named insured association directed or requested the insured to serve in such other position or capacity.

**I.** The term spouse, wherever found within this Coverage Part, is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The **Hanover**
Insurance Group.

OBCD394506        1308875

THIS ENDORSMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCESS CONDOMINIUM, CO-OP, ASSOCIATION - DIRECTORS & OFFICERS LIABILITY - INSURANCE EXCLUSION DELETION

This endorsement modifies insurance provided under the following:

EXCESS BUSINESSOWNERS CONDOMINIUM, CO-OP, ASSOCIATION - DIRECTORS AND OFFICERS LIABILITY

Under Section **A.2. Exclusions**, exclusion **d.** is deleted.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**SCHEDULE**

| Products-Completed Operations Aggregate Limit Of Insurance: | $ | 1,000,000 |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section III - Limits Of Insurance** is replaced by the following:

1. The Limits Of Insurance shown in the Declarations and the Schedule of this endorsement, and the following rules fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made, "suits" brought, or number of vehicles involved; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

   a. Coverage **A,** except "ultimate net loss" because of "bodily injury" or "property damage":

      (1) Arising out of the ownership, maintenance or use of a "covered auto"; or

      (2) Included in the "products-completed operations hazard"; and

   b. Coverage **B.**

3. The Products-Completed Operations Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

5. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

The Aggregate Limits, as described in Paragraphs **2.** and **3.** above, apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO EXCLUSION OF TERRORISM COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The provisions of this endorsement:

**1.** Apply only to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" that is a "covered auto" under this Coverage Part; and

**2.** Supersede the provisions of any other endorsement addressing terrorism attached to this Coverage Part only with respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" that is a "covered auto".

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

 Copyright, ISO Properties, Inc., 2006

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part.

 Copyright, ISO Properties, Inc., 2006 **CU 21 56 06 06**



OBCD394506        1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**.

**COMMERCIAL UMBRELLA**

**EXCLUSION - AIRCRAFT PRODUCTS, GROUNDING, AND TESTING**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. "Aircraft products" or reliance upon any representation or warranty made with such product; or

2. The "Grounding" of any aircraft; or

3. The "Testing" of any aircraft.

"Aircraft products" mean:

1. Aircraft, including but not limited to missiles or spacecraft, or any other aircraft goods or products you manufacture, sell, handle or distribute; or
2. Aircraft and any ground support or control equipment used in connection therewith; or
3. Any product provided by the insured and installed or used in connection with any aircraft; or
4. Any tooling used in respect to any aircraft; or
5. Training and Navigational aids, instructions, manuals, blueprints, engineering or other data in connection with any aircraft; or
6. Any advice, service or labor supplied in connection with any aircraft; or
7. Services you or others trading under your name provide or recommend for use in the manufacture, repair, operation, maintenance or use of any aircraft.

"Grounding" means:

The withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft, due to the existence of or alleged or suspected existence of:

**a.** any defect, fault or condition in such aircraft or any part sold, handled or distributed by you or that is manufactured, assembled or processed by any other person or organization according to your specifications, plans, suggestions, orders or drawings; or

**b**. any defect, fault or condition with tools, machinery or other equipment furnished to such persons or organizations by you

Whether such withdrawn aircraft are owned or operated by the same or different persons or organizations.

"Grounding" shall be deemed to commence on the date of an "occurrence" which discloses the necessity of "grounding" or on the date of an aircraft is first withdrawn from service because of such condition, whichever occurs first.

"Testing", means examination, observation, evaluation or measuring of the performance of "aircraft products", while either in the air or on the ground.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **u.** of Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**u. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA);or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **a.(17)** of Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(17) Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(c)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(d)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 Copyright, Insurance Services Office, Inc., 2008

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMERCIAL UMBRELLA**

**EXCLUSION - LEAD POISONING LIABILITY**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any actual or alleged lead poisoning due to:

1.  The inhalation of, ingestion of, or prolonged physical exposure to any premises, structure, good, or product containing lead by any person; or

2.  The use of lead in the construction or manufacture of any good, product, or structure; or

3.  Either intentional or accidental removal, including encapsulation, dispersal, sealing, or disposal of any good, product, or structure containing lead; or

4.  The manufacture, transportation, storage, or disposal of good or product containing lead; or

5.  The manufacture, sale, handling, or distribution of any good or product containing lead by or on behalf of an insured; or

6.  An act or omission of an insured in connection with the general supervision of any job which involves the removal, enclosure, encapsulation, dispersal, sealing, or disposal of any premises, structure, good, product, or material containing lead. General supervision includes the rendering of or failure to render any instructions, recommendations, warnings, or advice.

The **Hanover** Insurance Group.

OBCD394506       1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMERCIAL UMBRELLA**

**ASBESTOS LIABILITY EXCLUSION**

This insurance does not apply to "bodily injury", "property damage "or "personal and advertising injury" arising out of any actual or alleged:

1. Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos;

2. Use of asbestos in constructing or manufacturing any good, product or structure;

3. Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure;

4. Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;

5. Product manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or

6. Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing asbestos. General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COMMERCIAL UMBRELLA

## AMENDATORY ENDORSEMENT

Exclusion **s. (9)** of Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability** is replaced with the following:

**(9)** Services in the practice of pharmacy.

Exclusion **(15) (i)** of Paragraph **2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability** is replaced with the following:

**(i)** Services in the practice of pharmacy.

Exclusion **f.** of Paragraph **2**. Exclusions of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is replaced with the following:

### f. Auto Coverages

**(1)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

**(2)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any "auto" that is owned or operated by or rented or loaned to any insured.


Paragraph **5 Other Insurance of Section IV - Conditions** is replaced with the following:

### 5. Other Insurance

This policy shall apply in excess of all "underlying insurance" whether or not valid and collectible. It shall also apply in excess of other valid and collectible insurance (except other insurance purchased specifically to apply in excess of this insurance) which also applies to any loss for which insurance is provided by this policy.

These excess provisions apply, whether such other insurance is stated to be:

1. Primary;
2. Contributing;
3. Excess; or
4. Contingent.


### 13. Maintenance of Underlying Insurance

The "underlying insurance" listed in the schedule of "underlying insurance" in the declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement, or judgments. This means:

1. The terms, conditions and endorsements of "underlying insurance" will not materially change;
2. Renewals or replacements of "underlying insurance" will not be more restrictive in coverage; and
3. "Underlying insurance" may not be canceled or non-renewed without notifying us.

**473-0040 (10/05)** Includes copyrighted material of Insurance Services Office, Inc. 2004 **Page 1 of 2**

The
**Hanover**
Insurance Group™
OBCD394506     1308875

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect.

### Section V - Definitions

### 1.  9. f. is replaced with the following:

That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "covered auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "covered auto" rented or leased by you or any of your "employees".

**2.** 11. "Loading and unloading" is replaced with the following:

**11.** "Loading or unloading" means the handling of property:
   a.    After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft, or "auto";
   b.    While it is in or on an aircraft, watercraft, or "auto"; or
   c.    While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

    **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

    **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

        **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

        **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

**3.** If this policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

    **a.** Nonpayment of premium;

    **b.** The policy was obtained through a material misrepresentation;

    **c.** Any insured has violated any of the terms and conditions of the policy;

    **d.** The risk originally accepted has measurably increased;

    **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

    **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** Condition **10. When We Do Not Renew** is replaced by the following:

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

 Copyright ISO Properties, Inc., 2007



OBCD394506     1308875

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

    **(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.a.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.a.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.a.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. E.R.I.S.A.

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

### f. Auto Coverages

**(1)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

**(2)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

### g. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

 Copyright ISO Properties, Inc., 2007

Hanover
The
Insurance Group.
OBCD394506    1308875

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**h. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**(2)** "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**(4)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

**(5)** Aircraft that is:

    **(a)** Chartered by, loaned to, or hired by you with a paid crew; and

    **(b)** Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

    **(a)** You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **(b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those

operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b)**, **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

Copyright ISO Properties, Inc., 2007 **CU 00 01 12 07**

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

**(3)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

**(4)** Engineering services, including related supervisory or inspection services;

**(5)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(6)** Any health or therapeutic service treatment, advice or instruction;

**(7)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**(8)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

**(9)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(10)** Body piercing services;

**(11)** Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(12)** Law enforcement or firefighting services; and

**(13)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance", unless otherwise directed by this insurance.

**u. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(a)** Liability for damages that the insured would have in the absence of the contract or agreement.

**(b)** Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods - Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10) Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

Copyright ISO Properties, Inc., 2007

**Hanover**
Insurance Group.
OBCD394506    1308875

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-Related Practices**

To:

**(a)** A person arising out of any:

**(i)** Refusal to employ that person;

**(ii)** Termination of that person's employment; or

**(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i), (ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(i), (ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

**(a)** Legal, accounting or advertising services;

**(b)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

**(c)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

**(d)** Engineering services, including related supervisory or inspection services;

**(e)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(f)** Any health or therapeutic service treatment, advice or instruction;

**(g)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**(h)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

**i)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(j)** Body piercing services;

**(k)** Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(l)** Law enforcement or firefighting services; and

**(m)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**(16) War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(17) Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(c)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**b.** "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

**a.** All expenses we incur.

**b.** Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

**3.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and



OBCD394506     1308875

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

**1.** Except for liability arising out of the ownership, maintenance or use of "covered autos":

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**(2)** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(5)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**b.** Each of the following is also an insured:

**(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(a)** "Bodily injury" or "personal and advertising injury":

**(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(ii)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

**(iii)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

Copyright ISO Properties, Inc., 2007

**(b)** "Property damage" to property:

    **(i)** Owned, occupied or used by,

    **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

    **(a)** With respect to liability arising out of the maintenance or use of that property; and

    **(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

**a.** You are an insured.

**b.** Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

**(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

**(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

**(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Copyright ISO Properties, Inc., 2007

**Hanover**
Insurance Group.
OBCD394506    1308875

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made, "suits" brought, or number of vehicles involved; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

**a.** Coverage **A,** except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

**b.** Coverage **B.**

**3.** Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

**5.** If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

**a.** "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

**b.** "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - CONDITIONS

**1. Appeals**

If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and post-judgment interest and disbursements.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy Of Underlying Insurer**

Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**3. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 4. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 5. Other Insurance

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

## 6. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 7. Representations Or Fraud

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

## 8. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

## 9. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

 Copyright ISO Properties, Inc., 2007 **CU 00 01 12 07**



## 10. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## 11. Loss Payable

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

## 12. Transfer Of Defense

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

## 13. Maintenance Of/Changes To Underlying Insurance

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

## 14. Expanded Coverage Territory

**a.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**b.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**c.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

**d.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

Copyright ISO Properties, Inc., 2007

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    **b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

    **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

    However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

    **g.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **(3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

Copyright ISO Properties, Inc., 2007
**CU 00 01 12 07**

The Hanover Insurance Group.

OBCD394506      1308875

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  **b.** While it is in or on an aircraft, watercraft or "auto"; or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Copyright ISO Properties, Inc., 2007

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Pollution cost or expense" means any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**b.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**17.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**18.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CDROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**19.** "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

**20.** "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

Copyright ISO Properties, Inc., 2007 **CU 00 01 12 07**

The
**Hanover**
Insurance Group™
OBCD394506     1308875

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      (2) The providing of or failure to provide warnings or instructions.

   Copyright ISO Properties, Inc., 2007

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A. SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, j. Aircraft or Watercraft** is replaced by the following:

**j. Aircraft Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **j.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft) Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft") or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **j.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft") or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **j.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:
**(i)** Less than 50 feet long; and
**(ii)** Not being used to carry persons or property for a charge;

**(c)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft (other than unmanned aircraft) or watercraft;

**(d)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described in this Paragraph **j.(2)** exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the aircraft or watercraft risks described in this Paragraph **j.(2)** will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance; or

**(e)** Aircraft (other than unmanned aircraft) that is:
**(i)** Chartered by, loaned to, or hired by you with a paid crew; and
**(ii)** Not owned by any insured.

**B.** The following is added to **SECTION I - COVERAGES, COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions**:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned

**The Hanover**
Insurance Group™

OBCD394506          1308875

aircraft".

This exclusion does not apply to:

**(1)** The use of another's advertising idea in your "advertisement"; or

**(2)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** For the purpose of this endorsement, the following is added to **SECTION V - DEFINITIONS:**

**1.** "Unmanned aircraft" means an aircraft that is not:

   **a.** Designed;

   **b.** Manufactured; or

   **c.** Modified after manufacture;

   to be controlled directly by a person from within or on the aircraft.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**I.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**II.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

Copyright, ISO Properties, Inc., 2001



OBCD394506    1308875

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

     Copyright, ISO Properties, Inc., 2001     **CU 21 23 02    02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

 **2. Exclusions**

 This insurance does not apply to:

 **FUNGI OR BACTERIA**

 **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

 **b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

 This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

 **2. Exclusions**

 This insurance does not apply to:

 **FUNGI OR BACTERIA**

 **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

 **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

 "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **SILICA OR SILICA-RELATED DUST**

    **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

    **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **SILICA OR SILICA-RELATED DUST**

    **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

    **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

    **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**The Hanover Insurance Group.**

OBCD394506    1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART   LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART   MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

  **1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

  **2.** Section **II** - Liability Coverage in Paragraph **A.** Coverage under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

  **3.** Section **A.** Coverage under the Legal Liability Coverage Form; and

  **4.** Coverage **C** - Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 Copyright ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **2.t.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**t. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS EXCLUSION - ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I - COVERAGES, COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions:**

**Abuse and Molestation**

This insurance does not apply to any liability or expense arising out of:

**(1)** The actual or threatened abuse or molestation by anyone of any person, whether or not the abuse or molestation was specifically intended or resulted from negligent conduct, or whether or not any insured subjectively intended the injury or damage for which a claim is made.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

The **Hanover**
Insurance Group.
OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

Exclusion **i.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**i. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**(2)** "Pollution cost or expense".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - POLLUTION EXCLUSION - HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following is added to Exclusion **i.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

Paragraph **(1)** of this exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire unless that hostile fire occurred or originated:

    **(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

    **(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

Hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

The
**Hanover**
Insurance Group.
OBCD394506        1308875

# COMMON POLICY CONDITIONS
## UMBRELLA AMENDATORY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMON POLICY CONDITIONS

Common Policy Conditions in form IL 00 17 only apply to the Umbrella Liability Coverage part. All other Coverage parts contain their own Conditions.

**473-1125 02 09**                                                                                    **Page 1 of 1**

The **Hanover** Insurance Group.

OBCD394506    1308875

THIS NOTICE IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT, AS AMENDED. THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THIS POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# NOTICE - REJECTION OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM

**Schedule**

**REJECTION STATEMENT**
You have rejected the offer of terrorism coverage. You understand that an **exclusion** for certain terrorism losses will be made part of your policy.

**Disclosure of Premium:**

| | |
|---|---|
| Total Terrorism Premium | $ 355.00 |
| Fire Following Premium | $ 330.00 |
| Other than Fire Following Premium | $ NOT COVERED |

You have rejected coverage for "acts of terrorism," as defined in Section 102(1) of the Terrorism Risk Insurance Act ("Act") and an exclusion will be included in your policy. You are hereby notified that under the Act, as amended in 2015, the definition of "act of terrorism" is:

Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In your state, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is described as Fire Following Premium in the Schedule above.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**The Hanover Insurance Group**

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Policy Period:  Beginning and Ending at 12:01 a.m. Standard Time at the Location of the Described Premises.**

**Business Type:**  ASSOCIATION.

**Mortgagee/Loss Payable:**

SEE ADDITIONAL INTEREST SCHEDULE

**Business of the Named Insured:**
CONDOMINIUM.

In consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the Schedule below and with respect to those coverages and kinds of property for which a specific Limit of Insurance is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof:

## LOCATION SCHEDULE

**Described Premises:**

NO. 001 000    40 S ASHLAND AVE, LA GRANGE, IL  60525

| SECTION I - PROPERTY | LIMITS OF INSURANCE | | | | | |
|---|---|---|---|---|---|---|
| | Loc No  001 | Bldg No 000 | Loc No | Bldg No | Loc No | Bldg No |
| **Deductible Amount** | $      2,500 | | $ | | $ | |
| **Building Amount Valuation** | $   10,000,000       RC | | | | | |
| **Business Personal Property Valuation** | NOT COVERED | | | | | |
| **Business Income** | ACTUAL BUSINESS LOSS SUSTAINED NOT EXCEEDING 12 CONSECUTIVE MONTHS | | | | | |
| **Business Income Waiting Period** | Excluded / None / 24 hours / 48 hours / 72 hours  24 HOURS | | | | | |
| **SECTION II - LIABILITY** | LIMITS OF INSURANCE | | | | | |

**Liability and Medical Expenses Limits of Insurance:**

Except for Damage to Premises Rented to You,  each paid claim for the following coverages reduce the Amount of Insurance we provide during the applicable annual  period.  Please refer to **SECTION II - LIABILITY, D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE,** paragraph.**4.** of the Businessowners Coverage Form.

| Liability and Medical Expenses Limit | $ 1,000,000 | Per Occurrence | $ 2,000,000 | Aggregate |
|---|---|---|---|---|
| Medical Expenses | $     10,000 | Each Person | | |
| Damage to Premises Rented to You | $    300,000 | All Perils | | |

Date Issued:  10/18/2018              ORIGINAL/INSURED        Payment Type:  DIRECT BILL

GROUP NAME: GENERAL ACCOUNTS              GROUP NUMBER:  ZJA

The
**Hanover**
Insurance Group.

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Additional Property Coverages and Extensions:**
See attached Schedule for Additional Coverages provided for under this Policy.

**Additional Liability Coverages:** General Liability Broadening Endorsement
**General Liability Class**: 62003
**Description**:  CONDO ASSN:RESIDENTIAL 11 - 30 UNITS
**Liability Exposure**:      17        UNITS

**Policy Forms, Endorsements and Optional Coverages Attached:**
See Forms and Endorsements Schedule

```
PREVIOUS PREMIUM IS:                              $7,330
NET PREMIUM CHANGE IS:                            $1,218CR
TOTAL BOP COVERAGE PREMIUM:                       $5,687.00
BOP TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) $ 330.00
      OTHER THAN FIRE FOLLOWING                   NOT COVERED
       FIRE FOLLOWING                             $  330.00
TOTAL UMBRELLA COVERAGE PREMIUM:                  $425.00
UMB TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) NOT COVERED
THE TOTAL ACTUAL PREMIUM:                         $6,112.00
```

Countersigned this _____ Day of _____

**Authorized Representative**

**This Declarations Page with the Policy Contract, Forms and Endorsements, if any,
Complete the Policy.**

Date Issued:  10/18/2018          ORIGINAL/INSURED          Payment Type: DIRECT BILL

The Hanover Insurance Group

# ADDITIONAL INTEREST SCHEDULE

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Name And Address | Interest Type | Location | Building |
|---|---|---|---|
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | MORTGAGEE | 0 0 1 | 0 1 |
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | SECOND MORTGAGEE | 0 0 1 | 0 1 |

Form  391-1014 (7-99)
Date Issued:  10/18/2018                    ORIGINAL/INSURED

The Hanover Insurance Group

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018 NUMBER 01**

07 SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD

E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period From | To | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL 60477

**Agent**

847-427-8400

ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| DEBRIS REMOVAL | NONE | $25,000 | N/A | $25,000 |
| PRESERVATION OF PROPERTY | NONE | 90 DAYS | N/A | 90 DAYS |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $25,000 | N/A | $25,000 |
| POLLUTANT CLEAN-UP AND REMOVAL | NONE | $25,000 | N/A | $25,000 |
| MONEY ORDERS AND COUNTERFEIT MONEY | $500 | $5,000 | N/A | $5,000 |
| FORGERY OR ALTERATION | $500 | $25,000 | N/A | $25,000 |
| GLASS EXPENSES | $250 | INCLUDED | N/A | INCLUDED |
| REWARDS ARSON, THEFT AND VANDALISM | NONE | $10,000 | N/A | $10,000 |
| TENANT SIGNS | $500 | $5,000 | N/A | $5,000 |
| FIRE PROTECTION EQUIPMENT RECHARGE | NONE | $25,000 | N/A | $25,000 |
| INSTALLATION FLOATER | $1,000 | $5,000 | N/A | $5,000 |
| FINE ARTS | $500 | $10,000 | N/A | $10,000 |
| FENCE AND WALLS | SEE BUILDING AND CONTENTS DEDUCTIBLE | INCLUDED | N/A | INCLUDED |
| SALES REPRESENTATIVE SAMPLES | $1,000 | $5,000 | N/A | $5,000 |
| LEASEHOLD INTEREST (TENANT'S ONLY) | NONE | $10,000 | N/A | $10,000 |
| UNAUTHORIZED BUSINESS CREDIT CARD USE | NONE | $5,000 | N/A | $5,000 |
| UTILITY SERVICES | | | N/A | |
| DIRECT DAMAGE | $500 | $10,000 | N/A | $10,000 |
| BUSINESS INCOME | 24 HOURS | $5,000 | N/A | $5,000 |
| DEFERRED PAYMENTS | NONE | $5,000 | N/A | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | | 180 DAYS | N/A | 180 DAYS |
| BUILDINGS | $500 | $1,000,000 | N/A | $1,000,000 |
| PERSONAL PROPERTY | $500 | $500,000 | N/A | $500,000 |
| BUSINESS INCOME AND EXTRA EXPENSE | SEE WAITING PERIOD | $250,000 | N/A | $250,000 |
| OUTDOOR PROPERTY - TREES, SHRUBS AND PLANTS-$1,000 EACH ITEM | $500 | $10,000 | N/A | $10,000 |

Form 391-1018 (7-02)
Date Issued: 10/18/2018

**The Hanover Insurance Group**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01**

07          SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
            E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period From | To | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| PERSONAL EFFECTS | $500 | $10,000 | N/A | $10,000 |
| INVENTORY AND LOSS APPRAISAL | NONE | $10,000 | N/A | $10,000 |
| KEY REPLACEMENT AND LOCK REPAIR | NONE | $1,000 | N/A | $1,000 |
| APPURTENANT STRUCTURE | $500 | $50,000 | N/A | $50,000 |
| PERSONAL PROPERTY IN TRANSIT | $1,000 | $10,000 | N/A | $10,000 |
| EXTENDED BUSINESS INCOME | | 30 DAYS | N/A | 30 DAYS |
| EMPLOYEE THEFT INCLUDING ERISA COMPLIANCE | $1,000 | $10,000 | $90,000 | $100,000 |
| COMMERCIAL TOOLS AND SMALL EQUIP | $500 | $5,000 | N/A | $5,000 |
| PERSONAL PROPERTY OFF PREMISES | $1,000 | $50,000 | N/A | $50,000 |
| BUSINESS INCOME FROM DEPENDENT PROPERTIES | 72 HOURS | $5,000 | N/A | $5,000 |
| TERRORISM | SEE BUILDING AND CONTENTS DEDUCTIBLE | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED | N/A | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED |
| INTERRUPTION OF COMPUTER OPERATIONS | SEE WAITING PERIOD | $10,000 | N/A | $10,000 |
| BUSINESS PERSONAL PROPERTY TEMPORARILY IN PORTABLE STORAGE UNITS | $500 | $25,000 | N/A | $25,000 |
| CIVIL AUTHORITY | 72 HOURS | 4 WEEKS | N/A | 4 WEEKS |
| COMPUTER AND FUNDS TRANSFER FRAUD | $500 | $5,000 | N/A | $5,000 |
| LIMITED COVERAGE FOR FUNGI, WET ROT, OR DRY ROT | $500 | $50,000 | N/A | $50,000 |
| PAVED SURFACES | $500 | $25,000 | N/A | $25,000 |
| TENANT BUILDING COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |
| TENANT BUSINESS PERSONAL PROPERTY COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |

Form  391-1018  (7-02)
Date Issued:  10/18/2018

**The Hanover Insurance Group**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018 NUMBER 01**

07      SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| THEFT OF TELEPHONIC SERVICES | $500 | $25,000 | N/A | $25,000 |
| UNDERGROUND PIPES | $500 | INCLUDED | N/A | INCLUDED |

Form   391-1018  (7-02)
Date Issued:  10/18/2018

ORIGINAL/INSURED

**The Hanover Insurance Group.**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01**

07      SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

Named Insured and Address
40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

Agent
847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Loc. No. | Bldg. No. | Deductible Amount | Amount Included | Additional Amount | Total Limit |
|---|---|---|---|---|---|---|
| ORDINANCE OR LAW | 001 | 000 | NONE | $5,000 | $1,789,260 | $1,794,260 |
| COMPUTER EQUIPMENT | | | $500 | $35,000 | N/A | $35,000 |
| COMPUTER EQUIPMENT EXTRA EXPENSE | | | NONE | $5,000 | N/A | $5,000 |
| ELECTRONIC VANDALISM | | | $500 | | | |
|   OCCURRENCE LIMIT | | | | $10,000 | N/A | $10,000 |
|   AGGREGATE LIMIT | | | | $10,000 | N/A | $10,000 |
| VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| ACCOUNTS RECEIVABLE | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| MONEY AND SECURITIES | | | $500 | | | |
|   ON PREMISES | | | | $10,000 | N/A | $10,000 |
|   OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| EQUIPMENT BREAKDOWN | | | $2,500 | INCLUDED | N/A | INCLUDED |
| PROTECTIVE DEVICES CREDIT | | | | | | |
|   AUTOMATIC SPRINKLER SYSTEM | | | | YES | | |
|   AUTOMATIC FIRE ALARM | | | | YES | | |
|   CENTRAL STATION SECURITY | | | | NO | | |
| COLLAPSE | | | $500 | INCLUDED | N/A | INCLUDED |

Form  391-1018A (9-04)
Date Issued:  10/18/2018

The **Hanover**
Insurance Group.

# BUSINESSOWNERS DECLARATION

### BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 10/15/2018  NUMBER 01

07
SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
E#1 REMOVE-TERRORISM,HNO,EQ,FLOOD,AMND BLDG LIM & EM

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**
40 S ASHLAND CONDO. ASSOC.
C/O CARDINAL PROPERTY MGMT
PO BOX 757
TINLEY PARK, IL  60477

**Agent**
847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

## Forms and Endorsements Schedule

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 391-1389 | 08/16 | DELUXE SILVER BROADENING |
| | 421-0037 | 07/02 | LEAD POISONING LIABILITY EXCLU |
| | 391-1005 | 08/16 | EMPLOYEE BENEFITS LIAB OCCUR |
| | 391-2012 | 08/16 | IL CONDO, CO-OP, ASSOC D AND O |
| | BP0517 | 01/06 | EXC - SILICA OR SILICA DUST |
| | 391-1063 | 08/16 | CONDO D AND O INS EXC DELETE |
| | 391-1890 | 06/15 | CONDO D&O - IL CHANGES |
| * | 401-1126 | 01/15 | REJECTION OF TERRORISM COVERAG |
| * | 391-1115 | 01/15 | EXCL OF CERT ACTS OF TERRORISM |
| | 391-1313 | 01/15 | EXCLUSION OF PUNITIVE DAMAGES |
| | 391-1966 | 08/16 | IL CONDO ASSOC COV |
| | 391-1006 | 08/16 | LIABILITY SPECIAL BROADENING |
| | 391-1390 | 08/16 | CONDO EXTENSION ENDORSEMENT |
| | BP0417 | 01/10 | EMPLYMT RELATED PRACTICES EXCL |
| | 231-0475 | 06/89 | PILR NOTICE |
| | 391-1003 | 08/16 | BUSINESSOWNERS COVERAGE FORM |
| | BP0643 | 04/06 | IL CHANGES - DEFENSE COSTS |
| | 391-1901 | 06/18 | ILLINOIS CHANGES |
| | 421-0022 | 07/02 | ASBESTOS EXCLUSION |
| | 391-1102 | 08/16 | EXCL - FUNGI OR BACTERIA LIAB |
| | 331-0053 | 08/16 | ILLINOIS INQUIRY NOTICE |
| | 391-1375 | 01/10 | AMEND LIMITS PERSONAL AND ADV |
| | 401-1374 | 01/15 | DISCLOSURE PURSUANT TO TRIA |
| | BP1203 | 01/10 | LOSS PAYABLE PROVISIONS |

Form  391-1016 (7-99
Date Issued:  10/18/2018                                    ORIGINAL/INSURED

**The Hanover Insurance Group**

| RENEWAL OF POLICY |
|---|
| **COMMERCIAL UMBRELLA POLICY** |
| THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) COMPLETE THE BELOW NUMBERED POLICY |

POLICY NUMBER: OBC-D394506-01

DECLARATIONS

| Named Insured and Address (No., Street, Town, County, State) | Agent |
|---|---|
| 40 S ASHLAND CONDO. ASSOC.<br>C/O CARDINAL PROPERTY MGMT<br>PO BOX 757<br>TINLEY PARK, IL 60477 | 130887500<br>ASSOCIATED AGENCIES, INC.<br>TOWER 3, SUITE 700<br>1701 GOLF ROAD<br>ROLLING MEADOWS, IL 60008 |

**Policy Period:** (Month, Day, Year)

From 10/15/2018  To 10/15/2019
12:01 AM, standard time at the address of the Named Insured as stated herein.

Form of Business:

☐ Individual  ☐ Partnership  ☐ Corporation  ☐ Limited Liability Company
☒ Organization (Other than Partnership, Joint Venture, or Limited Liability Company)

**Business Description:**
**CONDOMINIUM.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS PREMIUM MAY BE SUBJECT TO AUDIT.

**Limit of Liability (Section III)**
| | |
|---|---|
| Each Occurrence Limit | $ 1,000,000 |
| General Aggregate Limit | $ 1,000,000 |
| Product Completed Operations Aggregate Limit | $ 1,000,000 |

**Retained Limit**  **Self-Insured Retention**  $ NIL

**Premium Computation**

Annual Premium  $  425.00
Advance Premium  $  425.00

**Endorsements:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CU2133 | 01/15 | CU2155 | 12/07 | CU2136 | 01/15 | 473-2207 | 08/16 | 473-1178 | 12/09 | 473-0004 | 10/05 |
| CU0004 | 05/09 | 473-0016 | 10/05 | 473-0023 | 10/05 | 473-0040 | 10/05 | CU0200 | 12/07 | CU0001 | 12/07 |
| 473-2194 | 08/16 | CU2123 | 02/02 | 473-2211 | 10/16 | CU2125 | 12/01 | CU2255 | 09/00 | CU2127 | 12/04 |
| CU2150 | 03/05 | IL0017 | 11/98 | CU2436 | 12/05 | IL0162 | 09/08 | 473-1125 | 02/09 | CU2186 | 05/14 |

☐ PRE PAID - the total annual premium is due at inception.
☐ HANOCASH - the annual premium is payable according to the term of the Hanocash endorsement attachment
☐ ACCOUNT BILL  ☒ DIRECT BILL  ☐ Annual  ☐ Semi-Annual  ☐ Other
Audit period: Non Auditable Unless indicated by ☐ Annual ☐ Semi-Annual ☐ Other
If you cancel this policy, we shall receive and retain not less than $ as a policy minimum premium.

473-1102 1108

The **Hanover** Insurance Group.

OBCD394506    1308875

## SCHEDULE A - SCHEDULE OF UNDERLYING POLICIES

**Insured:**   40 S ASHLAND CONDO. ASSOC.
**Effective on and after:  10/15/2018  ,  12:01 AM Standard Time**
**This schedule is part of Policy Number:  OBC-D394506-01**

| CARRIER, POLICY NUMBER & PERIOD | TYPE OF POLICY | APPLICABLE LIMITS OR AMOUNT OF INSURANCE |
|---|---|---|
| (a)Carrier:<br><br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number:  OBC-D394506-01<br>Policy Period:   10/15/2018    TO 10/15/2019 | Commercial General Liability<br>☐Non-owned & Hired Autos | $ 1,000,000      Each  Occurrence<br>$ 2,000,000      General  Aggregate<br>$ 2,000,000      Product/Compl eted<br>Operations<br>Aggregate |
| (b) Carrier:<br><br>CITIZENS INS CO OF AMERICA<br><br>Policy Number:  OBCD39450601<br>Policy Period:   10/15/2018    TO 10/15/2019 | Comprehensive Automobile Liability | Bodily Injury and Property Damage Liability Combined<br>$  1,000,000      Each Accident<br>Bodily Injury<br>$                      Each Person<br>$                      Each Accident<br>Property Damage<br>$                      Each Accident |
| (c)Carrier:<br><br>EXCLUDED<br><br>Policy Number:<br>Policy Period: | Standard Workers Compensation & Employers Liability<br>**Please Note:** The Umbrella Coverage for Workers Compensation and Employers Liability is not applicable in situations where an employee is subject to the New York Workers Compensation Law. | **Coverage B - Employers Liability**<br>Bodily Injury by Accident<br>$                      Each  Accident<br>Bodily Injury by Disease<br>$                      Aggregate<br>$                      Each  Employee |
| (d)Carrier:<br><br><br>Policy Number:<br>Policy Period: | Liquor Liability | $                      Limit of  Liability |
| (e)Carrier:<br><br><br>Policy Number:<br>Policy Period: | Professional Liability | $                      Limit of Liability |
| An "X" marked in the box provided indicates these broadening or optional coverages are provided in the Underlying Insurance | | |
| (f) Carrier:<br><br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number:  OBC-D394506-01<br>Policy Period:   10/15/2018    TO 10/15/2019 | Directors & Officers Liability | $  1,000,000      Limit of  Liability |
| (g) Carrier:<br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number:  OBC-D394506-01<br>Policy Period:   10/15/2018    TO 10/15/2019 | Employee Benefits Liability | $  1,000,000      Limit of  Liability |
| **Countersigned By:** | | |
| **Date:** | | |
| **Authorized Representative of the Company** | | |

473-1103 (11/08)



OBCD394506    1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s):

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**1.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**B.** The following provisions are added to **Section I-Property,** paragraph **B. Exclusions** of Businessowners Coverage Form **391-0003:**

**1.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**2. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.1.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The following provision is added to **Section II - Liability,** paragraph **B. Exclusions** of the Businessowners Coverage Form **391-0003:**

    **1.** The following exclusion is added:

       This insurance does not apply to:

       **TERRORISM**

       "Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

    **2.** The following definition is added:

       For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.



OBCD394506     1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDED TERRORISM COVERAGE - COVERED AUTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

### SCHEDULE

**CU 21 31** - Limited Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap On Losses From Certified Acts Of Terrorism

**CU 21 32** - Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Exclusion); Cap On Losses From Certified Acts Of Terrorism

**CU 21 33** - Exclusion Of Certified Acts Of Terrorism

**CU 21 34** - Exclusion Of Certified Acts Of Terrorism And Other Nuclear, Biological Or Chemical Acts Of Terrorism

**CU 21 35** - Exclusion Of Certified Acts Of Terrorism And Other Acts Of Terrorism

**CU 21 36** - Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism

**CU 21 39** - Exclusion Of Nuclear, Biological Or Chemical Acts Of Terrorism; Cap On Losses From Certified Acts Of Terrorism

**CU 21 40** - Exclusion Of Certified Acts Of Nuclear, Biological Or Chemical Acts Of Terrorism; Cap On Losses From Certified Acts Of Terrorism

**A.** If any of the endorsements shown in the schedule are attached to the policy, those endorsements do not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto".

**B.** With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto", coverage provided under this Coverage Part for acts of terrorism (however defined) will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**The Hanover Insurance Group**

OBCD394506     1308875

THIS NOTICE IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT, AS AMENDED. THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THIS POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# NOTICE - REJECTION OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM

**Schedule**

**REJECTION STATEMENT**
You have rejected the offer of terrorism coverage. You understand that an **exclusion** for certain terrorism losses will be made part of your policy.

**Disclosure of Premium:**

| | |
|---|---|
| Total Terrorism Premium | $ 355.00 |
| Fire Following Premium | $ 330.00 |
| Other than Fire Following Premium | $ NOT COVERED |

You have rejected coverage for "acts of terrorism," as defined in Section 102(1) of the Terrorism Risk Insurance Act ("Act") and an exclusion will be included in your policy. You are hereby notified that under the Act, as amended in 2015, the definition of "act of terrorism" is:

Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In your state, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is described as Fire Following Premium in the Schedule above.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**The Hanover** Insurance Group.

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018  NUMBER 02

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL  60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Policy Period:  Beginning and Ending at 12:01 a.m. Standard Time at the Location of the Described Premises.**

**Business Type:**  ASSOCIATION.

**Mortgagee/Loss Payable:**

SEE ADDITIONAL INTEREST SCHEDULE

**Business of the Named Insured:**
CONDOMINIUM.

In consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the Schedule below and with respect to those coverages and kinds of property for which a specific Limit of Insurance is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof:

## LOCATION SCHEDULE

**Described Premises:**

NO. 001 000    40 S ASHLAND AVE, LA GRANGE, IL  60525

| SECTION I - PROPERTY | LIMITS OF INSURANCE | | | | | |
|---|---|---|---|---|---|---|
| | Loc No  001 | Bldg No 000 | Loc No | Bldg No | Loc No | Bldg No |
| **Deductible Amount** | $      2,500 | | $ | | $ | |
| **Building Amount Valuation** | $   10,000,000         RC | | | | | |
| **Business  Personal Property Valuation** | NOT COVERED | | | | | |
| **Business Income** | ACTUAL BUSINESS LOSS SUSTAINED NOT EXCEEDING 12 CONSECUTIVE MONTHS | | | | | |
| **Business Income Waiting Period** | Excluded / None / 24 hours / 48 hours / 72 hours    24 HOURS | | | | | |
| **SECTION II - LIABILITY** | LIMITS OF INSURANCE | | | | | |

**Liability and Medical Expenses Limits of Insurance:**

Except for Damage to Premises Rented to You,  each paid claim for the following coverages reduce the Amount of Insurance we provide during the applicable annual  period.  Please refer to **SECTION II - LIABILITY, D. LIABILITY AND MEDICAL  EXPENSES LIMITS OF INSURANCE,** paragraph.**4.** of the Businessowners Coverage Form.

| | | | | | |
|---|---|---|---|---|---|
| **Liability and Medical Expenses Limit** | $ 1,000,000 | **Per Occurrence** | $ 2,000,000 | **Aggregate** |
| **Medical Expenses** | $    10,000 | **Each Person** | | |
| **Damage to Premises Rented to You** | $   300,000 | **All Perils** | | |

Date Issued:  12/24/2018              ORIGINAL/INSURED          Payment Type:   DIRECT BILL

GROUP NAME: GENERAL ACCOUNTS                    GROUP NUMBER:  ZJA

**391-1002 08 16**                                                                                          **Page 1 of 2**

**The Hanover**
**Insurance Group**

## BUSINESSOWNERS DECLARATION

### BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018  NUMBER 02

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL  60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

**Additional Property Coverages and Extensions:**
See attached Schedule for Additional Coverages provided for under this Policy.

**Additional Liability Coverages:**  General Liability Broadening Endorsement
**General Liability Class**:  62003
**Description**:  CONDO ASSN:RESIDENTIAL 11 - 30 UNITS
**Liability Exposure**:        17        UNITS

**Policy Forms, Endorsements and Optional Coverages Attached:**
See Forms and Endorsements Schedule

PREVIOUS PREMIUM IS:                                    $6,112
NET PREMIUM CHANGE IS:                                      $0
TOTAL BOP COVERAGE PREMIUM:                        $5,687.00
BOP TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) $ 330.00
      OTHER THAN FIRE FOLLOWING                   NOT COVERED
       FIRE FOLLOWING                             $  330.00
TOTAL UMBRELLA COVERAGE PREMIUM:                     $425.00
UMB TERRORISM COVG (INCLUDED IN TOTAL POLICY PREMIUM) NOT COVERED
THE TOTAL ACTUAL PREMIUM:                          $6,112.00

Countersigned this _____ Day of _____                    _____
                                                                    **Authorized Representative**

**This Declarations Page with the Policy Contract, Forms and Endorsements, if any,**
**Complete the Policy.**

Date Issued:  12/24/2018        ORIGINAL/INSURED        Payment Type: DIRECT BILL

**391-1002 08 16**                                                              **Page 2 of 2**

![The Hanover Insurance Group]

# ADDITIONAL INTEREST SCHEDULE

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018  NUMBER 02

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL  60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Name And Address | Interest Type | Location | Building |
|---|---|---|---|
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | LOSS PAYEE | 0 0 1 | 0 1 |
| COMMUNITY BANK OF OAK PARK<br>RIVER FOREST, ISAOA<br>1001 LAKE STREET<br>OAK PARK, IL  60301 | MORTGAGEE | 0 0 1 | 0 1 |
| R2 YIELD LENDER, LLC<br>1130 W MONROE STREET<br>CHICAGO, IL  60607 | SECOND MORTGAGEE | 0 0 1 | 0 1 |

Form  391-1014 (7-99)

Date Issued:  12/24/2018                    ORIGINAL/INSURED

**Hanover**
Insurance Group.

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018 NUMBER 02**

07        SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
          AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL 60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| DEBRIS REMOVAL | NONE | $25,000 | N/A | $25,000 |
| PRESERVATION OF PROPERTY | NONE | 90 DAYS | N/A | 90 DAYS |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $25,000 | N/A | $25,000 |
| POLLUTANT CLEAN-UP AND REMOVAL | NONE | $25,000 | N/A | $25,000 |
| MONEY ORDERS AND COUNTERFEIT MONEY | $500 | $5,000 | N/A | $5,000 |
| FORGERY OR ALTERATION | $500 | $25,000 | N/A | $25,000 |
| GLASS EXPENSES | $250 | INCLUDED | N/A | INCLUDED |
| REWARDS ARSON, THEFT AND VANDALISM | NONE | $10,000 | N/A | $10,000 |
| TENANT SIGNS | $500 | $5,000 | N/A | $5,000 |
| FIRE PROTECTION EQUIPMENT RECHARGE | NONE | $25,000 | N/A | $25,000 |
| INSTALLATION FLOATER | $1,000 | $5,000 | N/A | $5,000 |
| FINE ARTS | $500 | $10,000 | N/A | $10,000 |
| FENCE AND WALLS | SEE BUILDING AND CONTENTS DEDUCTIBLE | INCLUDED | N/A | INCLUDED |
| SALES REPRESENTATIVE SAMPLES | $1,000 | $5,000 | N/A | $5,000 |
| LEASEHOLD INTEREST (TENANT'S ONLY) | NONE | $10,000 | N/A | $10,000 |
| UNAUTHORIZED BUSINESS CREDIT CARD USE | NONE | $5,000 | N/A | $5,000 |
| UTILITY SERVICES | | | N/A | |
| DIRECT DAMAGE | $500 | $10,000 | N/A | $10,000 |
| BUSINESS INCOME | 24 HOURS | $5,000 | N/A | $5,000 |
| DEFERRED PAYMENTS | NONE | $5,000 | N/A | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | | 180 DAYS | N/A | 180 DAYS |
| BUILDINGS | $500 | $1,000,000 | N/A | $1,000,000 |
| PERSONAL PROPERTY | $500 | $500,000 | N/A | $500,000 |
| BUSINESS INCOME AND EXTRA EXPENSE | SEE WAITING PERIOD | $250,000 | N/A | $250,000 |
| OUTDOOR PROPERTY - TREES, SHRUBS AND PLANTS-$1,000 EACH ITEM | $500 | $10,000 | N/A | $10,000 |

Form  391-1018  (7-02)
Date Issued:  12/24/2018

**The Hanover Insurance Group**

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018 NUMBER 02**

07  SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
AMENDED MAILING ADDRESS

| Policy Number | Policy Period From | To | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL 60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| PERSONAL EFFECTS | $500 | $10,000 | N/A | $10,000 |
| INVENTORY AND LOSS APPRAISAL | NONE | $10,000 | N/A | $10,000 |
| KEY REPLACEMENT AND LOCK REPAIR | NONE | $1,000 | N/A | $1,000 |
| APPURTENANT STRUCTURE | $500 | $50,000 | N/A | $50,000 |
| PERSONAL PROPERTY IN TRANSIT | $1,000 | $10,000 | N/A | $10,000 |
| EXTENDED BUSINESS INCOME | | 30 DAYS | N/A | 30 DAYS |
| EMPLOYEE THEFT INCLUDING ERISA COMPLIANCE | $1,000 | $10,000 | $90,000 | $100,000 |
| COMMERCIAL TOOLS AND SMALL EQUIP | $500 | $5,000 | N/A | $5,000 |
| PERSONAL PROPERTY OFF PREMISES | $1,000 | $50,000 | N/A | $50,000 |
| BUSINESS INCOME FROM DEPENDENT PROPERTIES | 72 HOURS | $5,000 | N/A | $5,000 |
| TERRORISM | SEE BUILDING AND CONTENTS DEDUCTIBLE | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED | N/A | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED |
| INTERRUPTION OF COMPUTER OPERATIONS | SEE WAITING PERIOD | $10,000 | N/A | $10,000 |
| BUSINESS PERSONAL PROPERTY TEMPORARILY IN PORTABLE STORAGE UNITS | $500 | $25,000 | N/A | $25,000 |
| CIVIL AUTHORITY | 72 HOURS | 4 WEEKS | N/A | 4 WEEKS |
| COMPUTER AND FUNDS TRANSFER FRAUD | $500 | $5,000 | N/A | $5,000 |
| LIMITED COVERAGE FOR FUNGI, WET ROT, OR DRY ROT | $500 | $50,000 | N/A | $50,000 |
| PAVED SURFACES | $500 | $25,000 | N/A | $25,000 |
| TENANT BUILDING COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |
| TENANT BUSINESS PERSONAL PROPERTY COVERAGE - REQUIRED BY LEASE | $500 | $25,000 | N/A | $25,000 |

Form 391-1018 (7-02)
Date Issued: 12/24/2018

The Hanover Insurance Group.

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018 NUMBER 02**

07       SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
             AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL  60515

**Agent**

847-427-8400

ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| THEFT OF TELEPHONIC SERVICES | $500 | $25,000 | N/A | $25,000 |
| UNDERGROUND PIPES | $500 | INCLUDED | N/A | INCLUDED |

Form  391-1018  (7-02)
Date Issued:  12/24/2018

**The Hanover**
Insurance Group.

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

**BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018 NUMBER 02**

07         SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
            AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

Named Insured and Address
40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL 60515

Agent
847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL 60008

| Additional Property Coverages & Extensions | Loc. No. | Bldg. No. | Deductible Amount | Amount Included | Additional Amount | Total Limit |
|---|---|---|---|---|---|---|
| ORDINANCE OR LAW | 001 | 000 | NONE | $5,000 | $1,789,260 | $1,794,260 |
| COMPUTER EQUIPMENT | | | $500 | $35,000 | N/A | $35,000 |
| COMPUTER EQUIPMENT EXTRA EXPENSE | | | NONE | $5,000 | N/A | $5,000 |
| ELECTRONIC VANDALISM | | | $500 | | | |
|   OCCURRENCE LIMIT | | | | $10,000 | N/A | $10,000 |
|   AGGREGATE LIMIT | | | | $10,000 | N/A | $10,000 |
| VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| ACCOUNTS RECEIVABLE | | | $500 | | | |
|   ON PREMISES | | | | $25,000 | N/A | $25,000 |
|   OFF PREMISES | | | | $25,000 | N/A | $25,000 |
| MONEY AND SECURITIES | | | $500 | | | |
|   ON PREMISES | | | | $10,000 | N/A | $10,000 |
|   OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| EQUIPMENT BREAKDOWN | | | $2,500 | INCLUDED | N/A | INCLUDED |
| PROTECTIVE DEVICES CREDIT | | | | | | |
|   AUTOMATIC SPRINKLER SYSTEM | | | | YES | | |
|   AUTOMATIC FIRE ALARM | | | | YES | | |
|   CENTRAL STATION SECURITY | | | | NO | | |
| COLLAPSE | | | $500 | INCLUDED | N/A | INCLUDED |

Form 391-1018A (9-04)
Date Issued: 12/24/2018

The Hanover Insurance Group

# BUSINESSOWNERS DECLARATION

## BUSINESSOWNERS AMENDED DECLARATIONS EFFECTIVE 12/14/2018  NUMBER 02

07

SUPERSEDES ANY PREVIOUS DECLARATIONS BEARING THE SAME NO. FOR THIS POLICY PERIOD
AMENDED MAILING ADDRESS

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| OBC-D394506-01 | 10/15/2018 | 10/15/2019 | CITIZENS INSURANCE COMPANY OF AMERICA | 130887500 |

**Named Insured and Address**

40 S ASHLAND CONDO. ASSOC.
C/O ACM
3041 WOODCREEK DRIVE,SUITE 100
DOWNERS GROVE, IL  60515

**Agent**

847-427-8400
ASSOCIATED AGENCIES, INC.
TOWER 3, SUITE 700
1701 GOLF ROAD
ROLLING MEADOWS, IL  60008

## Forms and Endorsements Schedule

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 391-1389 | 08/16 | DELUXE SILVER BROADENING |
| | 421-0037 | 07/02 | LEAD POISONING LIABILITY EXCLU |
| | 391-1005 | 08/16 | EMPLOYEE BENEFITS LIAB OCCUR |
| | 391-2012 | 08/16 | IL CONDO, CO-OP, ASSOC D AND O |
| | BP0517 | 01/06 | EXC - SILICA OR SILICA DUST |
| | 391-1063 | 08/16 | CONDO D AND O INS EXC DELETE |
| | 391-1890 | 06/15 | CONDO D&O - IL CHANGES |
| * | 401-1126 | 01/15 | REJECTION OF TERRORISM COVERAG |
| * | 391-1115 | 01/15 | EXCL OF CERT ACTS OF TERRORISM |
| | 391-1313 | 01/15 | EXCLUSION OF PUNITIVE DAMAGES |
| | 391-1966 | 08/16 | IL CONDO ASSOC COV |
| | 391-1006 | 08/16 | LIABILITY SPECIAL BROADENING |
| | 391-1390 | 08/16 | CONDO EXTENSION ENDORSEMENT |
| | BP0417 | 01/10 | EMPLYMT RELATED PRACTICES EXCL |
| | 231-0475 | 06/89 | PILR NOTICE |
| | 391-1003 | 08/16 | BUSINESSOWNERS COVERAGE FORM |
| | BP0643 | 04/06 | IL CHANGES - DEFENSE COSTS |
| | 391-1901 | 06/18 | ILLINOIS CHANGES |
| | 421-0022 | 07/02 | ASBESTOS EXCLUSION |
| | 391-1102 | 08/16 | EXCL - FUNGI OR BACTERIA LIAB |
| | 331-0053 | 08/16 | ILLINOIS INQUIRY NOTICE |
| | 391-1375 | 01/10 | AMEND LIMITS PERSONAL AND ADV |
| | 401-1374 | 01/15 | DISCLOSURE PURSUANT TO TRIA |
| | BP1203 | 01/10 | LOSS PAYABLE PROVISIONS |

Form  391-1016 (7-99

Date Issued:  12/24/2018                                    ORIGINAL/INSURED

The **Hanover**
Insurance Group™

| | |
|---|---|
| **RENEWAL OF POLICY** | |
| **COMMERCIAL UMBRELLA POLICY** | |

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE
FORM(S) COMPLETE THE BELOW NUMBERED POLICY

POLICY NUMBER: OBC-D394506-01

DECLARATIONS

| **Named Insured and Address** (No., Street, Town, County, State) | **Agent** |
|---|---|
| 40 S ASHLAND CONDO. ASSOC.<br>C/O ACM<br>3041 WOODCREEK DRIVE,SUITE 100<br>DOWNERS GROVE, IL 60515 | 130887500<br>ASSOCIATED AGENCIES, INC.<br>TOWER 3, SUITE 700<br>1701 GOLF ROAD<br>ROLLING MEADOWS, IL 60008 |

**Policy Period:** (Month, Day, Year)

From 10/15/2018    To 10/15/2019
12:01 AM, standard time at the address of the Named Insured as stated herein.

Form of Business:

☐ Individual       ☐ Partnership       ☐ Corporation       ☐ Limited Liability Company
☒ Organization (Other than Partnership, Joint Venture, or Limited Liability Company)

**Business Description:**
**CONDOMINIUM.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.  THIS PREMIUM MAY
BE SUBJECT TO AUDIT.

| **Limit of Liability (Section III)** | |
|---|---|
| **Each Occurrence Limit** | **$ 1,000,000** |
| **General Aggregate Limit** | **$ 1,000,000** |
| **Product Completed Operations Aggregate Limit** | **$ 1,000,000** |

**Retained Limit        Self-Insured Retention**                    **$ NIL**

**Premium Computation**

**Annual Premium    $      425.00**
**Advance Premium   $      425.00**

**Endorsements:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CU2133 | 01/15 | CU2155 | 12/07 | CU2136 | 01/15 | 473-2207 | 08/16 | 473-1178 | 12/09 | 473-0004 | 10/05 |
| CU0004 | 05/09 | 473-0016 | 10/05 | 473-0023 | 10/05 | 473-0040 | 10/05 | CU0200 | 12/07 | CU0001 | 12/07 |
| 473-2194 | 08/16 | CU2123 | 02/02 | 473-2211 | 10/16 | CU2125 | 12/01 | CU2255 | 09/00 | CU2127 | 12/04 |
| CU2150 | 03/05 | IL0017 | 11/98 | CU2436 | 12/05 | IL0162 | 09/08 | 473-1125 | 02/09 | CU2186 | 05/14 |

☐ PRE PAID - the total annual premium is due at inception.

☐ HANOCASH - the annual premium is payable according to the term of the Hanocash endorsement
attachment

☐ ACCOUNT BILL    ☒ DIRECT BILL    ☐ Annual    ☐ Semi-Annual    ☐ Other
Audit period: Non Auditable Unless indicated by ☐ Annual    ☐ Semi-Annual    ☐ Other
If you cancel this policy, we shall receive and retain not less than $ as a policy minimum
premium.

473-1102 1108

The **Hanover**
Insurance Group.

OBCD394506     1308875

| SCHEDULE A - SCHEDULE OF UNDERLYING POLICIES | | |
|---|---|---|
| **Insured:** 40 S ASHLAND CONDO. ASSOC.<br>**Effective on and after:** 10/15/2018 , 12:01 AM Standard Time<br>**This schedule is part of Policy Number:** OBC-D394506-01 | | |
| CARRIER, POLICY NUMBER & PERIOD | TYPE OF POLICY | APPLICABLE LIMITS OR AMOUNT OF INSURANCE |
| (a)Carrier:<br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Commercial General Liability<br>☐ Non-owned & Hired Autos | $ 1,000,000   Each Occurrence<br>$ 2,000,000   General Aggregate<br>$ 2,000,000   Product/Compl eted<br>              Operations<br>              Aggregate |
| (b) Carrier:<br>CITIZENS INS CO OF AMERICA<br><br>Policy Number: OBCD39450601<br>Policy Period: 10/15/2018 TO 10/15/2019 | Comprehensive Automobile Liability | Bodily Injury and Property Damage Liability Combined<br>$ 1,000,000   Each Accident<br>Bodily Injury<br>$             Each Person<br>$             Each Accident<br>Property Damage<br>$             Each Accident |
| (c)Carrier:<br>EXCLUDED<br>Policy Number:<br>Policy Period: | Standard Workers Compensation & Employers Liability<br>**Please Note:** The Umbrella Coverage for Workers Compensation and Employers Liability is not applicable in situations where an employee is subject to the New York Workers Compensation Law. | **Coverage B - Employers Liability**<br>Bodily Injury by Accident<br>$           Each Accident<br>Bodily Injury by Disease<br>$           Aggregate<br>$           Each Employee |
| (d)Carrier:<br><br>Policy Number:<br>Policy Period: | Liquor Liability | $           Limit of Liability |
| (e)Carrier:<br><br>Policy Number:<br>Policy Period: | Professional Liability | $           Limit of Liability |
| An "X" marked in the box provided indicates these broadening or optional coverages are provided in the Underlying Insurance | | |
| (f) Carrier:<br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Directors & Officers Liability | $ 1,000,000   Limit of Liability |
| (g) Carrier:<br>CITIZENS INSURANCE COMPANY OF AMERICA<br><br>Policy Number: OBC-D394506-01<br>Policy Period: 10/15/2018 TO 10/15/2019 | Employee Benefits Liability | $ 1,000,000   Limit of Liability |
| **Countersigned By:** | | |
| **Date:** | | |
| **Authorized Representative of the Company** | | |

473-1103 (11/08)



OBCD394506   1308875

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| |
|---|
| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
| |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

  **1.** The following definition is added with respect to the provisions of this endorsement:

    "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

  **2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**B.** The following provisions are added to **Section I-Property,** paragraph **B. Exclusions** of Businessowners Coverage Form **391-0003:**

  **1.** The following exclusion is added:

    **CERTIFIED ACT OF TERRORISM EXCLUSION**

    We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  **2. Exception Covering Certain Fire Losses**

    The following exception to the exclusion in Paragraph **B.1.** applies only if indicated and as indicated in the Schedule of this endorsement.

    If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

    If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The following provision is added to **Section II - Liability,** paragraph **B. Exclusions** of the Businessowners Coverage Form **391-0003:**

    **1.** The following exclusion is added:

       This insurance does not apply to:

       **TERRORISM**

       "Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

    **2.** The following definition is added:

       For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.



OBCD394506    1308875

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDED TERRORISM COVERAGE - COVERED AUTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

## SCHEDULE

**CU 21 31** - Limited Terrorism Exclusion (Other Than Certified Acts of Terrorism); Cap On Losses From Certified Acts Of Terrorism

**CU 21 32** - Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Exclusion); Cap On Losses From Certified Acts Of Terrorism

**CU 21 33** - Exclusion Of Certified Acts Of Terrorism

**CU 21 34** - Exclusion Of Certified Acts Of Terrorism And Other Nuclear, Biological Or Chemical Acts Of Terrorism

**CU 21 35** - Exclusion Of Certified Acts Of Terrorism And Other Acts Of Terrorism

**CU 21 36** - Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism

**CU 21 39** - Exclusion Of Nuclear, Biological Or Chemical Acts Of Terrorism; Cap On Losses From Certified Acts Of Terrorism

**CU 21 40** - Exclusion Of Certified Acts Of Nuclear, Biological Or Chemical Acts Of Terrorism; Cap On Losses From Certified Acts Of Terrorism

**A.** If any of the endorsements shown in the schedule are attached to the policy, those endorsements do not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto".

**B.** With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto", coverage provided under this Coverage Part for acts of terrorism (however defined) will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.