# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) NICHOLAS MARIETTI, ROBERT ) PALLEY, JAKE GANTZ and ) 40 S. ASHLAND CONDOMINIUM ) ASSOCIATION ) ) Defendants. ) | Case No. 1:21-cv-02684<br><br>Hon. Elaine E. Bucklo |

## STIPULATION OF DISMISSAL

Plaintiff Citizens Insurance Company of America, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Parties' settlement agreement, hereby requests the dismissal of the present Action in its entirety, including all asserted claims, counterclaims, and defenses of either Party. Each Party shall bear its own attorneys' fees and costs.

DATED: August 18, 2021

Respectfully Submitted,

/s/ Cassandra L. Jones

Cassandra L. Jones (#6309352)
James J. Huberty (#6256115)
Neil E. Holmen (#1250027)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 244-6700
cjones@walkerwilcox.com
jhuberty@walkerwilcox.com
nholmen@walkerwilcox.com
*Attorneys for Plaintiff*

{File: 02286323.DOCX / }

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF Filing System and/or electronic mail this August 18, 2021.

/s/ Cassandra L. Jones

Cassandra L. Jones

{File: 02286323.DOCX / }